**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   20-11413 |
| LVI INTERMEDIATE HOLDINGS, INC. | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**BEXAR COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on <u>4th</u> day of <u>June, 2020</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| G DAVID DEAN | US  TRUSTEE (DELAWARE) | LVI INTERMEDIATE HOLDINGS, INC. |
| COLE SCHOTZ P.C. | 844 KING STREET, RM 2207 | 1555 PALM BEACH LAKES BLVD. |
| 500 DELAWARE AVENUE SUITE 1410 | LOCK BOX #35 | WEST PALM BEACH, FL  33401 |
| WILMINGTON, DE 19801 | WILMINGTON, DE 19899-0035 | |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. Pecan Street, Suite 2200
SAN ANTONIO, TX 78205
Telephone:   (210) 225-6763
Facsimile:    (210) 225-6410
Email:          sanantonio.bankruptcy@publicans.com


By: /s/ Don Stecker
Don Stecker
SBN: 19095300 TX