**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LVI INTERMEDIATE HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-11413 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of Alcon Laboratories, Inc. ("**Alcon**"), an interested party in the above-captioned bankruptcy cases and such counsel hereby request, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "**Bankruptcy Code**"), that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses, telephone numbers, and e-mail addresses indicated below:

| | |
|---|---|
| Ari Newman<br>Greenberg Traurig, P.A.<br>333 SE 2nd Avenue, Suite 4400<br>Miami, FL 33131<br>Telephone:  305-579-0500<br>Facsimile:  305-579-0717<br>Email:  newmanar@gtlaw.com | Dennis A. Meloro<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801<br>Telephone:  302-661-7000<br>Facsimile:  302-661-7360<br>Email:  melorod@gtlaw.com |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows:  LVI Intermediate Holdings, Inc., (7674); Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423): TLC Vision Center Holdings, LLC (5400): TLC Whitten Laser Eye Associates, LLC (0182); TLC Vision Centers, LLC (8271): TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088).  The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and all proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) any right to have final orders in non-core matters entered only after *de novo* review, (2) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdraw, or (4) any other rights, claims, actions, setoffs, or recoupments to which Alcon is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 9, 2020            Respectfully submitted,

                                             GREENBERG TRAURIG, LLP

                                             By: /s/ *Dennis A. Meloro*
                                                   Dennis A. Meloro (DE Bar No. 4435)
                                                   The Nemours Building
                                                   1007 North Orange Street
                                                   Suite 1200
                                                   Wilmington, DE 19801
                                                   Telephone: 302-661-7000
                                                   Facsimile: 302-661-7360
                                                   Email: melorod@gtlaw.com

                                                   and

Ari Newman
Greenberg Traurig, P.A.
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: 305-579-0500
Facsimile: 305-579-0717
Email: newmanar@gtlaw.com

*Counsel to Alcon Laboratories, Inc.*