| Information to identify the case: | | EIN: 51-0487674 |
|---|---|---|
| Debtor | LVI Intermediate Holdings, Inc. | |
| | Name | Date cases filed for chapter 11: May 29, 2020 |
| United States Bankruptcy Court    District of Delaware | | |
| Case number: **20-11413 (KBO)** | | |

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case                                    2/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtor's full name: LVI Intermediate Holdings, Inc. | | | |
|---|---|---|---|
| 2. All other names used in the last 8 years | dba Vision Group Holdings<br>fka SD II Eyeglasses Blocker Corp. | | |

| Jointly Administered Cases<br>[*Other names, if any, used by the Debtor in the last 8 years appear in brackets and italics*] | Case No. | Tax ID No. | Address |
|---|---|---|---|
| Total Vision Institute, LLC<br>[*DBA Bernitsky Vision*]<br>[*DBA Advanced Laser Cataract of Oklahoma*]<br>[*DBA Global Laser Vision Center*]<br>[*DBA Gordon Schanzlin New Vision Institute*]<br>[*DBA Whiting Clinic*] | 20-11414 (KBO) | 47-5037571 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| QualSight, LLC<br>[*FKA QualSight Inc.*] | 20-11415 (KBO) | 47-5383866 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| The LASIK Vision Institute, LLC<br>[*AKA Lasik Vision Institute*] | 20-11416 (KBO) | 65-0927564 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| Cataract Vision Institute, LLC | 20-11417 (KBO) | 47-4787697 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| Healthcare Marketing Services, LLC | 20-11418 (KBO) | 47-4789982 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| Cataract Vision Institute Florida, LLC | 20-11419 (KBO) | 82-0803423 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| TLC Vision Center Holdings, LLC<br>[*Successor-in-interest by merger to Sunglasses Mergerco, LLC*] | 20-11420 (KBO) | 45-4105400 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |

| | | | |
|---|---|---|---|
| *[DBA Vision Group Holdings]* | | | |
| TLC Whitten Laser Eye Associates, LLC<br><br>*[Successor-in-interest by merger to Sunglasses Mergerco, LLC]*<br>*[DBA Vision Group Holdings]* | 20-11421 (KBO) | 52-2290182 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| TLC Vision Centers, LLC<br><br>*[DBA TLC The Laser Eye Centers]*<br>*[FKA TLC Vision Centers, Inc.]* | 20-11422 (KBO) | 46-1248271 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| TruVision, LLC<br><br>*[FKA TruVision, Inc.]*<br>*[FKA Millennium Vision, Inc.]*<br>*[Successor by merger to TLC Wildcard Corp.]* | 20-11423 (KBO) | 87-0533399 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| TruVision Contacts, LLC<br><br>*[FKA TruVision Contacts, Inc.]*<br><br>*[AKA Millennium Vision, Inc.]* | 20-11424 (KBO) | 87-0533399 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| Laser Eye Surgery, LLC | 20-11425 (KBO) | 87-0623448 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| TLC Laser Eye Centers (Refractive I), LLC<br><br>*[FKA TLC Laser Eye Centers (Refractive I) Inc.]* | 20-11426 (KBO) | 52-2182702 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| TLC The Laser Center (Pittsburgh) L.L.C.<br><br>*[DBA Pittsburgh Laser Eye Surgery Center]* | 20-11427 (KBO) | 25-1812881 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| TLC The Laser Center (Indiana) LLC<br><br>*[DBA Indianapolis Laser Eye Surgery Center]* | 20-11428 (KBO) | 35-2078456 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| TLC The Laser Eye Center (Institute), LLC<br><br>*[FKA TLC The Laser Center (Institute) Inc]* | 20-11429 (KBO) | 98-0150959 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |
| LVI Missouri, LLC | 20-11430 (KBO) | 20-1647088 | 1555 Palm Beach Lakes Boulevard, Suite 600<br>West Palm Beach, FL 33401 |

**3. Address:** 1555 Palm Beach Lakes Boulevard, Suite 600, West Palm Beach, FL 33401

**4. Debtor's attorney**
Name and address

COLE SCHOTZ P.C.
G. David Dean (I.D. No. 6403)
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Contact phone: 302-652-3131

Email: ddean@coleschotz.com

COLE SCHOTZ P.C.
Norman L. Pernick (I.D. No. 2290)
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Contact Phone: 302-652-3131

Email: npernick@coleschotz.com

**5. Bankruptcy clerk's office**

Documents in this case may be filed at this address.
You may inspect all records filed in this case at this office or online at www.pacer.gov.

824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Hours open: Monday − Friday
8:00 AM − 4:00 PM
Contact phone 302−252−2900

| | | |
|---|---|---|
| **6. Meeting of creditors** <br><br> The debtor's representative must attend the meeting to be questioned under oath. <br><br> Creditors may attend, but are not required to do so. | **July 6, 2020 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br><br> **TELEPHONIC SECTION 341 MEETING** <br> **CALL-IN NUMBER: 1-866-621-1355** <br> **PASSCODE: 7178157#** |
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** <br><br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as disputed, contingent, or unliquidated; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice: |
| **8. Exception to discharge Deadline** <br><br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint: To be determined.** | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

## If you have questions about this notice, please call (866) 659-2626 or visit https://www.donlinrecano.com/lvi