# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LVI INTERMEDIATE HOLDINGS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-11413 (KBO) <br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that counsel hereby appears in the above-captioned Chapter 11 cases as counsel for Wann Corporation and Blaymore I, LP and request, pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that any and all notices and papers filed or entered in this case or any related adversary proceedings be delivered to and served upon:

| | |
|---|---|
| Mark T. Hurford, Esq. | Justin M. Tuskan, Esq. |
| Campbell & Levine, LLC | Metz Lewis Brodman Must O'Keefe, LLC |
| 222 Delaware Avenue, Suite 1620 | 535 Smithfield Street, Suite 800 |
| Wilmington, DE 19801 | Pittsburgh, PA 15222 |
| Tel: (302) 426-1900 | Tel: (412) 918-1158 |
| Fax: (302) 426-9947 | Fax: (412) 918-1199 |
| Mhurford@camlev.com | jtuskan@metzlewis.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes,

---

[1] The Debtors in these cases, along with the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674);Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Vision Centers, LLC (8271); TLC Whitten Laser Eye Associates, LLC (0182); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to this case.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural right, including: (i) the right to have final orders in non-core matters entered only after de novo review by a District Court, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) abstention, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 10, 2020

Respectfully submitted,

*/s/ Mark T. Hurford*
Mark T. Hurford, Esq. (No. 3299)
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Tel: (302) 426-1900
Fax: (302) 426-9947
Mhurford@camlev.com

and

{C1110809.1 }

Justin M. Tuskan, Esq.
Metz Lewis Brodman Must O'Keefe, LLC
535 Smithfield Street, Suite 800
Pittsburgh, PA 15222
Tel: (412) 918-1158
Fax: (412) 918-1199
jtuskan@metzlewis.com

*Counsel for Wann Corporation and Blaymore I, LP*

{C1110809.1 }