# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LVI INTERMEDIATE HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-11413 (KBO)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Edward Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 12th day of June, 2020, DRC, acting under my supervision, caused a true and accurate copy of the "Amended Notice of Debtors' Motion for Entry of Orders (I)(A) Approving Bid Procedures Relating to the Sale of All Or Substantially All of the Assets of the Debtors, (B) Establishing Procedures in Connection with the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Notice Procedures, and (D) Granting Related Relief; and (Ii)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts and (C) Granting Related Relief" (Docket No. 70), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via First Class US Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674);Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Vision Centers, LLC (8271); TLC Whitten Laser Eye Associates, LLC (0182); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 15th day of June, 2020, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
15th day of June, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

.

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000067P001-1448S-005A<br>ALORICA INC<br>DANIELLE EVANS<br>5161 CALIFORNIA AVE.,STE 100<br>IRVINE CA 92617<br>DANIELLE.EVANS@ALORICA.COM | 000071P001-1448S-005A<br>CAMPBELL & LEVINE LLC<br>MARK T HURFORD,ESQ<br>222 DELAWARE AVE.,STE 1620<br>WILMINGTON DE 19801<br>MHURFORD@CAMLEV.COM | 000069P001-1448S-005A<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000068P001-1448S-005A<br>GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131<br>NEWMANAR@GTLAW.COM |
| 000073P001-1448S-005A<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY<br>P O BOX 24106701<br>ROUND ROCK TX 78680<br>TLEDAY@MVBALAW.COM | 000072P001-1448S-005A<br>METZ LEWIS BRODMAN MUST O'KEEFE LLC<br>JUSTIN M TUSKAN,ESQ<br>535 SMITHFIELD ST.,STE 800<br>PITTSBURGH PA 15222<br>JTUSKAN@METZLEWIS.COM | 000076P001-1448S-005A<br>OASIS MEDICAL<br>MATT KRALL<br>514 S VERMONT AVE<br>GLENDORA CA 91741<br>MKRALL@OASISMEDICAL.COM | 000074P001-1448S-005A<br>PEPPER HAMILTON LLP<br>KENNETH A LISTWAK<br>HERCULES PLAZA STE 5100<br>1313 N MARKET ST<br>WILMINGTON DE 19899-1709<br>LISTWAKK@PEPPERLAW.COM |
| 000075P001-1448S-005A<br>SENSIS INC<br>JOSE VILLA<br>818 SOUTH BROADWAY STE 100<br>LOS ANGELES CA 90041<br>JRVILLA@SENSISAGENCY.COM | 000070P001-1448S-005A<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919<br>EGOLDSTEIN@GOODWIN.COM | 000070P001-1448S-005A<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919<br>BANKRUPTCY@GOODWIN.COM | 000070P001-1448S-005A<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919<br>BANKRUPTCYPARALEGAL@GOODWIN.COM |

Records Printed :   **12**

**EXHIBIT 2**

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 1 of 15                                                                                                    06/12/2020 03:52:11 PM

| | | | |
|---|---|---|---|
| 011567P001-1448A-005A<br>20/20 REFRACTIVE MEDICAL EYE CARE PLLC<br>JODI ABRAMSON MD<br>ADDRESS INTENTIONALLY OMITTED | 011568P001-1448A-005A<br>20/20 REFRACTIVE MEDICAL EYE CARE PLLC<br>MARK SPEAKER MD<br>ADDRESS INTENTIONALLY OMITTED | 005191P001-1448A-005A<br>JOHN ABRAMS MD<br>ADDRESS INTENTIONALLY OMITTED | 005180P001-1448A-005A<br>JODI ABRAMSON MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011494P001-1448A-005A<br>SADIA AFREEN OD<br>ADDRESS INTENTIONALLY OMITTED | 003946P001-1448A-005A<br>CHRISTINE AHN OD<br>ADDRESS INTENTIONALLY OMITTED | 011623P001-1448A-005A<br>HARESH AILANI MD<br>RE HARESH AILANI MD<br>ADDRESS INTENTIONALLY OMITTED | 006323P001-1448A-005A<br>NEYSA ALLEN OD<br>ADDRESS INTENTIONALLY OMITTED |
| 000067P001-1448S-005A<br>ALORICA INC<br>DANIELLE EVANS<br>5161 CALIFORNIA AVE.,STE 100<br>IRVINE CA 92617 | 011495P001-1448A-005A<br>KHYATI AMIN OD<br>ADDRESS INTENTIONALLY OMITTED | 011637P001-1448A-005A<br>JOHN TIMOTHY AMMONS MD<br>ADDRESS INTENTIONALLY OMITTED | 011569P001-1448A-005A<br>ANDREW E HOLZMAN MD PC<br>ANDREW HOLZMAN MD<br>ADDRESS INTENTIONALLY OMITTED |
| 002381P001-1448A-005A<br>JOANNA ANGELES<br>ADDRESS INTENTIONALLY OMITTED | 003719P001-1448A-005A<br>BRANDON AYRES MD<br>ADDRESS INTENTIONALLY OMITTED | 011496P001-1448A-005A<br>RAWZI BAIK OD<br>ADDRESS INTENTIONALLY OMITTED | 011497P001-1448A-005A<br>JOHN BANNWARTH OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011441P001-1448A-005A<br>ERIN BARRETT OD<br>ADDRESS INTENTIONALLY OMITTED | 011498P001-1448A-005A<br>SANDRA BARTHRAM OD<br>ADDRESS INTENTIONALLY OMITTED | 006943P001-1448A-005A<br>SHEEBANI BATHIJA OD<br>ADDRESS INTENTIONALLY OMITTED | 007131P001-1448A-005A<br>SUSAN BAYLUS<br>ADDRESS INTENTIONALLY OMITTED |
| 011566P001-1448A-005A<br>JOHN BELARDO MD<br>ADDRESS INTENTIONALLY OMITTED | 006109P001-1448A-005A<br>MICHAEL BELIN MD<br>ADDRESS INTENTIONALLY OMITTED | 011442P001-1448A-005A<br>LISA BENNETT MD<br>ADDRESS INTENTIONALLY OMITTED | 011443P001-1448A-005A<br>DEBORAH BERNSTEIN MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011499P001-1448A-005A<br>CONSTANCE BERRYMAN OD<br>ADDRESS INTENTIONALLY OMITTED | 011500P001-1448A-005A<br>ANGELA BEVELS OD<br>ADDRESS INTENTIONALLY OMITTED | 011501P001-1448A-005A<br>TODD BEYER DO<br>ADDRESS INTENTIONALLY OMITTED | 002379P001-1448A-005A<br>KRITI BHAGAT<br>ADDRESS INTENTIONALLY OMITTED |

## LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 2 of 15                                                                                                                                      06/12/2020 03:52:11 PM

---

| | | | |
|---|---|---|---|
| 004144P001-1448A-005A<br>DAVID BOES MD<br>ADDRESS INTENTIONALLY OMITTED | 006767P001-1448A-005A<br>RYAN BOHNERT OD<br>ADDRESS INTENTIONALLY OMITTED | 011638P001-1448A-005A<br>PAUL BOTELHO MD<br>ADDRESS INTENTIONALLY OMITTED | 011444P001-1448A-005A<br>TODD BRAGIN MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011502P001-1448A-005A<br>HAL BREEDLOVE OD<br>ADDRESS INTENTIONALLY OMITTED | 011503P001-1448A-005A<br>MELISSA BRIGHT (HUNT) OD<br>ADDRESS INTENTIONALLY OMITTED | 011504P001-1448A-005A<br>MELISSA BRIGHT OD<br>ADDRESS INTENTIONALLY OMITTED | 011639P001-1448A-005A<br>ROBERT BRODERICK MD<br>ADDRESS INTENTIONALLY OMITTED |
| 002328P001-1448A-005A<br>KRISTEN BROWN FILLION<br>ADDRESS INTENTIONALLY OMITTED | 006070P001-1448A-005A<br>MEGHAN BROWN OD<br>ADDRESS INTENTIONALLY OMITTED | 011505P001-1448A-005A<br>MICHAEL BRUSCO MD<br>ADDRESS INTENTIONALLY OMITTED | 011608P001-1448A-005A<br>LINDSEY BULL OD<br>EYECARE ASSOCIATES OF SOUTH TULSA<br>ADDRESS INTENTIONALLY OMITTED |
| 011445P001-1448A-005A<br>CHRIS BUNTROCK MD<br>ADDRESS INTENTIONALLY OMITTED | 006792P001-1448A-005A<br>SALIM BUTRUS MD<br>ADDRESS INTENTIONALLY OMITTED | 006423P001-1448A-005A<br>PAUL CACCHILLO MD<br>ADDRESS INTENTIONALLY OMITTED | 000071P001-1448S-005A<br>CAMPBELL & LEVINE LLC<br>MARK T HURFORD,ESQ<br>222 DELAWARE AVE.,STE 1620<br>WILMINGTON DE 19801 |
| 011570P001-1448A-005A<br>CAMPEN EYECARE LLC<br>THOMAS CAMPEN MD<br>ADDRESS INTENTIONALLY OMITTED | 009250P001-1448A-005A<br>DR THOMAS CAMPEN-EFT-CORP<br>ADDRESS INTENTIONALLY OMITTED | 006399P001-1448A-005A<br>PATRICIA CARNIGLIA OD<br>ADDRESS INTENTIONALLY OMITTED | 011506P001-1448A-005A<br>JONATHAN CARR MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011604P001-1448A-005A<br>BRANT CARROLL MD<br>BRANT CARROLL MD<br>ADDRESS INTENTIONALLY OMITTED | 011507P001-1448A-005A<br>JOHN CHAN OD<br>ADDRESS INTENTIONALLY OMITTED | 011508P001-1448A-005A<br>MANMEET CHATHA OD<br>ADDRESS INTENTIONALLY OMITTED | 011640P001-1448A-005A<br>MICHELLE CHEN OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011446P001-1448A-005A<br>JONATHAN CHEN OD<br>ADDRESS INTENTIONALLY OMITTED | 011509P001-1448A-005A<br>NEIL CHESEN MD<br>ADDRESS INTENTIONALLY OMITTED | 005780P001-1448A-005A<br>LIN CHIA OD<br>ADDRESS INTENTIONALLY OMITTED | 011447P001-1448A-005A<br>A. ROBERT CHILD OD<br>ADDRESS INTENTIONALLY OMITTED |

011510P001-1448A-005A
HARMIN CHIMA OD
ADDRESS INTENTIONALLY OMITTED

011591P001-1448A-005A
CHIPPEWA VALLEY EYE CLINIC
TERRENCE MCCANNA  MD
2525 HWY I
CHIPPEWA FALLS WI 54729

011571P001-1448A-005A
CHIPPEWA VALLEY EYE CLINIC LTD
THOMAS HARVEY MD
ADDRESS INTENTIONALLY OMITTED

011448P001-1448A-005A
MICHAEL CHOI MD
ADDRESS INTENTIONALLY OMITTED

003799P001-1448A-005A
BRYCE CHRISTOPHERSON OD
ADDRESS INTENTIONALLY OMITTED

011449P001-1448A-005A
BENJAMIN CHUN MD
ADDRESS INTENTIONALLY OMITTED

004698P001-1448A-005A
GINA CIARMIELLO
ADDRESS INTENTIONALLY OMITTED

011511P001-1448A-005A
MELVIN CLARK MD
ADDRESS INTENTIONALLY OMITTED

005585P001-1448A-005A
KEVIN CLARK
ADDRESS INTENTIONALLY OMITTED

004499P001-1448A-005A
ELIZABETH JEAN COCKERILL
ADDRESS INTENTIONALLY OMITTED

011592P001-1448A-005A
COLORADO OPHTHALMOLOGY ASSOCIATES
JASON JACOBS  MD
1666 S UNIVERSITY BLVD
DENVER CO 80210

011572P001-1448A-005A
CONCOOL VISION LLC
BARRY CONCOOL MD
ADDRESS INTENTIONALLY OMITTED

011641P001-1448A-005A
ERIC CONLEY OD
ADDRESS INTENTIONALLY OMITTED

011512P001-1448A-005A
CHRISTOPHER CONNELL OD
ADDRESS INTENTIONALLY OMITTED

011632P001-1448A-005A
JUDITH CORAN MD
RICHARD D DAVENPORT AND ASSOCIATES
ADDRESS INTENTIONALLY OMITTED

011450P001-1448A-005A
DANIEL CORBETT MD
ADDRESS INTENTIONALLY OMITTED

008672P001-1448A-005A
MICHAEL CORTESE OD
ADDRESS INTENTIONALLY OMITTED

011451P001-1448A-005A
MATTHEW DAHLGREN MD
ADDRESS INTENTIONALLY OMITTED

011642P001-1448A-005A
REBECCA DALE MD
ADDRESS INTENTIONALLY OMITTED

011643P001-1448A-005A
PATRICK DANAHER MD
ADDRESS INTENTIONALLY OMITTED

011513P001-1448A-005A
ROSA DASTRANGE OD
ADDRESS INTENTIONALLY OMITTED

011644P001-1448A-005A
GERARD DAVERSA MD
ADDRESS INTENTIONALLY OMITTED

011645P001-1448A-005A
PETER DEBLASIO MD
ADDRESS INTENTIONALLY OMITTED

006277P001-1448A-005A
NANCY DENTON OD
ADDRESS INTENTIONALLY OMITTED

005206P001-1448A-005A
JOHN DESTAFENO MD
ADDRESS INTENTIONALLY OMITTED

011646P001-1448A-005A
VIJAYATA VERA DHAM OD
ADDRESS INTENTIONALLY OMITTED

011647P001-1448A-005A
MARGARET DIXON OD
ADDRESS INTENTIONALLY OMITTED

004541P001-1448A-005A
ERIC DONNENFELD MD
ADDRESS INTENTIONALLY OMITTED

Case 20-11413-KBO    Doc 115    Filed 06/15/20    Page 9 of 20

LVI Intermediate Holdings, Inc. et al.
Exhibit Pages

Page # : 4 of 15                                                                                                    06/12/2020 03:52:11 PM

| | | | |
|---|---|---|---|
| 011452P001-1448A-005A<br>SIMA DOSHI MD<br>ADDRESS INTENTIONALLY OMITTED | 005840P001-1448A-005A<br>LOUISE DOYLE DO<br>ADDRESS INTENTIONALLY OMITTED | 011648P001-1448A-005A<br>JACKIE LYNN DOYLE OD<br>ADDRESS INTENTIONALLY OMITTED | 006563P001-1448A-005A<br>REBECCA RAY DOYLE<br>ADDRESS INTENTIONALLY OMITTED |
| 011573P001-1448A-005A<br>DR GEORGE GOODMAN INC<br>GEORGE GOODMAN MD<br>ADDRESS INTENTIONALLY OMITTED | 006622P001-1448A-005A<br>RITA CHERIAN DULGARIAN<br>ADDRESS INTENTIONALLY OMITTED | 011574P001-1448A-005A<br>EAU CLAIRE REFRACTIVE LLC<br>LEE HOFER MD<br>ADDRESS INTENTIONALLY OMITTED | 011453P001-1448A-005A<br>MEGAN EBEL OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011454P001-1448A-005A<br>ROBERT EDEN MD<br>ADDRESS INTENTIONALLY OMITTED | 011455P001-1448A-005A<br>JASON EDMONDS MD<br>ADDRESS INTENTIONALLY OMITTED | 004716P001-1448A-005A<br>GREG EIPPERT MD<br>ADDRESS INTENTIONALLY OMITTED | 011514P001-1448A-005A<br>MAX ENGLEMAN OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011626P001-1448A-005A<br>JOHN ESSEPIAN MD<br>RE JOHN ESSEPIAN MD<br>ADDRESS INTENTIONALLY OMITTED | 011515P001-1448A-005A<br>DEREK EVANS OD<br>ADDRESS INTENTIONALLY OMITTED | 011575P001-1448A-005A<br>EYE ASSOCIATES NORTHWEST PC<br>THOMAS GILLETTE MD<br>ADDRESS INTENTIONALLY OMITTED | 011593P001-1448A-005A<br>EYE CLINIC OF RACINE<br>LAWRENCE PLATT MD<br>3805A SPRING ST STE 111<br>MT. PLEASANT WI 53405 |
| 009869P001-1448A-005A<br>EYE SURGEONS OF INDIANA PC<br>8103 CLEARVISTA PKWY<br>INDIANAPOLIS IN 46256 | 011594P001-1448A-005A<br>EYECARE ASSOCIATES OF SOUTH TULSA<br>LINDSEY BULL OD<br>10010 EAST 81ST ST STE 100<br>TULSA OK 74133 | 011516P001-1448A-005A<br>JANICE FAN-SMITH OD<br>ADDRESS INTENTIONALLY OMITTED | 003684P001-1448A-005A<br>BILAL FARHAT MD<br>ADDRESS INTENTIONALLY OMITTED |
| 007788P001-1448A-005A<br>BERNARD FEINMAN OD<br>ADDRESS INTENTIONALLY OMITTED | 002367P001-1448A-005A<br>DESPINA FIKARIS SHIKAR<br>ADDRESS INTENTIONALLY OMITTED | 011517P001-1448A-005A<br>AARON FLORKOWSKI MD<br>ADDRESS INTENTIONALLY OMITTED | 008534P001-1448A-005A<br>LINDA FOLEY OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011456P001-1448A-005A<br>PETER FOOTE MD<br>ADDRESS INTENTIONALLY OMITTED | 011457P001-1448A-005A<br>GARRETT FRANK MD<br>ADDRESS INTENTIONALLY OMITTED | 008518P001-1448A-005A<br>LAWRENCE FRANK MD<br>ADDRESS INTENTIONALLY OMITTED | 003412P001-1448A-005A<br>ALI FREESE<br>ADDRESS INTENTIONALLY OMITTED |

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 5 of 15							06/12/2020 03:52:11 PM

| | | | |
|---|---|---|---|
| 006790P001-1448A-005A<br>SABRINA GAAN OD<br>ADDRESS INTENTIONALLY OMITTED | 005674P001-1448A-005A<br>KRUPA GAJERA OD<br>ADDRESS INTENTIONALLY OMITTED | 004582P001-1448A-005A<br>EZRA GALLER MD<br>ADDRESS INTENTIONALLY OMITTED | 005290P001-1448A-005A<br>JONATHAN DAVID GARCIA<br>ADDRESS INTENTIONALLY OMITTED |
| 004637P001-1448A-005A<br>GARRANA_RMG APC DO NOTUSE<br>ADDRESS INTENTIONALLY OMITTED | 009371P001-1448A-005A<br>THOMAS GILBERT<br>1558 OXBOW DR<br>BLACKLICK OH 43004 | 007227P001-1448A-005A<br>THOMAS GILLETTE MD<br>ADDRESS INTENTIONALLY OMITTED | 004427P001-1448A-005A<br>DR ANTHONY GLASSER 1099<br>ADDRESS INTENTIONALLY OMITTED |
| 011518P001-1448A-005A<br>SELVIN GNANAKKAN OD<br>ADDRESS INTENTIONALLY OMITTED | 004397P001-1448A-005A<br>DR GEORGE GOODMAN INC<br>ADDRESS INTENTIONALLY OMITTED | 011624P001-1448A-005A<br>JAMES GORDON MD<br>RE JAMES GORDON MD<br>ADDRESS INTENTIONALLY OMITTED | 007019P001-1448A-005A<br>STEPHANIE GRAZIANI OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011458P001-1448A-005A<br>ALLEN GREENBAUM MD<br>ADDRESS INTENTIONALLY OMITTED | 000069P001-1448S-005A<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | 000068P001-1448S-005A<br>GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131 | 003257P001-1448A-005A<br>GREENVILLE AVE SURGICAL PARTNERS LTD<br>4108 W 15TH ST<br>STE 100<br>PLANO TX 75093 |
| 003558P001-1448A-005A<br>ANNE GRIFFIN OD<br>ADDRESS INTENTIONALLY OMITTED | 011649P001-1448A-005A<br>JAY GROCHMAL MD<br>ADDRESS INTENTIONALLY OMITTED | 011519P001-1448A-005A<br>MATTHEW HAMMOND MD<br>ADDRESS INTENTIONALLY OMITTED | 007427P001-1448A-005A<br>WILLIAM HAMMONDS MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011459P001-1448A-005A<br>THOMAS HANSTEAD OD<br>ADDRESS INTENTIONALLY OMITTED | 006294P001-1448A-005A<br>NATALIE HARN-REID OD<br>ADDRESS INTENTIONALLY OMITTED | 007393P001-1448A-005A<br>WALTER HARRIS MD<br>ADDRESS INTENTIONALLY OMITTED | 011520P001-1448A-005A<br>DANIEL HARRIS OD<br>ADDRESS INTENTIONALLY OMITTED |
| 007230P001-1448A-005A<br>THOMAS HARVEY MD<br>THOMAS HARVEY<br>ADDRESS INTENTIONALLY OMITTED | 003952P001-1448A-005A<br>CHRISTINE HAYES OD<br>ADDRESS INTENTIONALLY OMITTED | 006056P001-1448A-005A<br>MAXWELL HELFGOTT MD<br>ADDRESS INTENTIONALLY OMITTED | 011609P001-1448A-005A<br>GEOFFREY HILL MD<br>HILL VISION SERVICES<br>ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 011595P001-1448A-005A<br>HILL VISION SERVICES<br>GEOFFREY HILL  MD<br>522 NORTH NEW BALLAS RD STE 113<br>CREVE COEUR MO 63141 | 011460P001-1448A-005A<br>MARC HIRSCH MD<br>ADDRESS INTENTIONALLY OMITTED | 005749P001-1448A-005A<br>LEE HOFER MD<br>ADDRESS INTENTIONALLY OMITTED | 011521P001-1448A-005A<br>DOYLE HOLLE OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011461P001-1448A-005A<br>AARON HOLTEBECK MD<br>ADDRESS INTENTIONALLY OMITTED | 009246P001-1448A-005A<br>ANDREW E HOLZMAN MD PC<br>ADDRESS INTENTIONALLY OMITTED | 003514P001-1448A-005A<br>ANDREW HOLZMAN MD<br>ADDRESS INTENTIONALLY OMITTED | 006412P001-1448A-005A<br>PATRICK HOPEN  MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011522P001-1448A-005A<br>SAMANTHA HORNBERGER OD<br>ADDRESS INTENTIONALLY OMITTED | 004700P001-1448A-005A<br>GINA L HOROWITZ<br>ADDRESS INTENTIONALLY OMITTED | 011462P001-1448A-005A<br>JIMMY HU MD<br>ADDRESS INTENTIONALLY OMITTED | 011634P001-1448A-005A<br>GRADY HUGHES MD<br>SEATTLE EYE CARE<br>ADDRESS INTENTIONALLY OMITTED |
| 003872P001-1448A-005A<br>CHAD HUMMEL MD<br>ADDRESS INTENTIONALLY OMITTED | 011523P001-1448A-005A<br>IVAN IRELAND MD<br>ADDRESS INTENTIONALLY OMITTED | 006876P001-1448A-005A<br>SCOTT JABEN MD<br>ADDRESS INTENTIONALLY OMITTED | 011524P001-1448A-005A<br>KATHERINE ANNE JACOBS MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011606P001-1448A-005A<br>JASON JACOBS MD<br>COLORADO OPHTHALMOLOGY ASSOCIATES<br>ADDRESS INTENTIONALLY OMITTED | 011463P001-1448A-005A<br>MARTHA JAY MD<br>ADDRESS INTENTIONALLY OMITTED | 004818P001-1448A-005A<br>HUGH JELLIE MD<br>ADDRESS INTENTIONALLY OMITTED | 011650P001-1448A-005A<br>GEORGE JOSEPH MD<br>ADDRESS INTENTIONALLY OMITTED |
| 004954P001-1448A-005A<br>JANAE KADLEC<br>ADDRESS INTENTIONALLY OMITTED | 005438P001-1448A-005A<br>KAREN KADLER MD<br>ADDRESS INTENTIONALLY OMITTED | 011464P001-1448A-005A<br>RINAT KALMAN OD<br>ADDRESS INTENTIONALLY OMITTED | 004574P001-1448A-005A<br>EVAN KAPLAN OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011525P001-1448A-005A<br>MOHAMMED KARBASSI MD<br>ADDRESS INTENTIONALLY OMITTED | 011465P001-1448A-005A<br>SYED KARIM MD<br>ADDRESS INTENTIONALLY OMITTED | 011526P001-1448A-005A<br>FATIMA KARIM OD<br>ADDRESS INTENTIONALLY OMITTED | 011527P001-1448A-005A<br>SADIA KARIM OD<br>ADDRESS INTENTIONALLY OMITTED |

Case 20-11413-KBO   Doc 115   Filed 06/15/20   Page 12 of 20

LVI Intermediate Holdings, Inc. et al.
Exhibit Pages

Page # : 7 of 15                                                                                                06/12/2020 03:52:11 PM

| | | | |
|---|---|---|---|
| 011528P001-1448A-005A<br>JEFFREY KARLIK MD<br>ADDRESS INTENTIONALLY OMITTED | 011529P001-1448A-005A<br>DARYL KASWINKEL MD-OAP<br>ADDRESS INTENTIONALLY OMITTED | 011629P001-1448A-005A<br>MICHAEL KAY MD<br>RE MICHAEL KAY MD<br>ADDRESS INTENTIONALLY OMITTED | 011625P001-1448A-005A<br>JEAN KEAMY MD<br>RE JEAN KEAMY MD<br>ADDRESS INTENTIONALLY OMITTED |
| 003485P001-1448A-005A<br>AMY KELMENSON MD<br>ADDRESS INTENTIONALLY OMITTED | 006287P001-1448A-005A<br>NAREH KESHISHYAN<br>ADDRESS INTENTIONALLY OMITTED | 011630P001-1448A-005A<br>ROBERT KEYSER MD<br>RE ROBERT KEYSER MD<br>ADDRESS INTENTIONALLY OMITTED | 011619P001-1448A-005A<br>SAMEER KHAN MD<br>POLYCLINIC OPHTHALMOLGY<br>ADDRESS INTENTIONALLY OMITTED |
| 003756P001-1448A-005A<br>BRIAN KI PER DIEM<br>ADDRESS INTENTIONALLY OMITTED | 011466P001-1448A-005A<br>JEREMY KIEVAL MD<br>ADDRESS INTENTIONALLY OMITTED | 011530P001-1448A-005A<br>MICAH KINNEY OD<br>ADDRESS INTENTIONALLY OMITTED | 004500P001-1448A-005A<br>ELIZABETH KNIGHTON OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011467P001-1448A-005A<br>NARAE KO MD<br>ADDRESS INTENTIONALLY OMITTED | 011613P001-1448A-005A<br>STEVEN KOENIG MD<br>MEDICAL COLLEGE OF WISCONSIN EYE INSTITUTE<br>ADDRESS INTENTIONALLY OMITTED | 011651P001-1448A-005A<br>HOWARD KORNSTEIN MD<br>ADDRESS INTENTIONALLY OMITTED | 011652P001-1448A-005A<br>OSCAR KRANZ MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011653P001-1448A-005A<br>MATTHEW KRUGER MD<br>ADDRESS INTENTIONALLY OMITTED | 005599P001-1448A-005A<br>KEVIN KURT<br>ADDRESS INTENTIONALLY OMITTED | 008340P001-1448A-005A<br>JOCELYN KURYAN MD<br>ADDRESS INTENTIONALLY OMITTED | 011654P001-1448A-005A<br>TERRY KWAK MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011468P001-1448A-005A<br>WILLY KY MD<br>ADDRESS INTENTIONALLY OMITTED | 005481P001-1448A-005A<br>KATHRYN LACHENMAN OD<br>ADDRESS INTENTIONALLY OMITTED | 002330P001-1448A-005A<br>KRISTEN P LAMOREAU<br>ADDRESS INTENTIONALLY OMITTED | 003273P002-1448A-005A<br>LASIK EDUCATION PLLC<br>2302 COBBLE HILL TER<br>SILVER SPRING MD 20902 |
| 011576P001-1448A-005A<br>LASIK MANAGEMENT EDISON LLC<br>CHIRAG SHAH MD<br>ADDRESS INTENTIONALLY OMITTED | 011577P001-1448A-005A<br>LASIK MANAGEMENT PHILADELPHIA LLC<br>CHIRAG SHAH MD<br>ADDRESS INTENTIONALLY OMITTED | 011578P001-1448A-005A<br>LEE FOFER MD<br>DBA CHPPEWA VALLEY EYE CLINIC LTD<br>LEE HOFER MD<br>ADDRESS INTENTIONALLY OMITTED | 011469P001-1448A-005A<br>MICHELE LEE MD<br>ADDRESS INTENTIONALLY OMITTED |

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 8 of 15                                                                                                       06/12/2020 03:52:11 PM

| | | | |
|---|---|---|---|
| 006037P001-1448A-005A<br>MATTHEW K LEE<br>ADDRESS INTENTIONALLY OMITTED | 011655P001-1448A-005A<br>MARC LEIBOLE MD<br>ADDRESS INTENTIONALLY OMITTED | 006592P001-1448A-005A<br>RICHARD LEVINSON MD<br>ADDRESS INTENTIONALLY OMITTED | 011531P001-1448A-005A<br>WONCHON LIN MD-OAP<br>ADDRESS INTENTIONALLY OMITTED |
| 011596P001-1448A-005A<br>LITTLE ROCK EYE CLINIC<br>SEVERIN POULY  MD<br>201 EXECUTIVE CT STE A<br>LITTLE ROCK AR 72205 | 010693P002-1448A-005A<br>SUSAN LITTLEFIELD OD<br>ADDRESS INTENTIONALLY OMITTED | 011470P001-1448A-005A<br>THOMAS LITZINGER MD<br>ADDRESS INTENTIONALLY OMITTED | 006715P001-1448A-005A<br>ROCCO LOCCISANO OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011532P001-1448A-005A<br>ALFRED LOVATO MD<br>ADDRESS INTENTIONALLY OMITTED | 004524P001-1448A-005A<br>EMILY LOVE OD<br>ADDRESS INTENTIONALLY OMITTED | 002341P001-1448A-005A<br>SHAUNA B LUSHKO<br>ADDRESS INTENTIONALLY OMITTED | 002321P001-1448A-005A<br>JONATHAN JAY LYTLE<br>ADDRESS INTENTIONALLY OMITTED |
| 011471P001-1448A-005A<br>AISHA MACEDO MD<br>ADDRESS INTENTIONALLY OMITTED | 011579P001-1448A-005A<br>MACHAT PC<br>JEFFERY MACHAT MD<br>ADDRESS INTENTIONALLY OMITTED | 004578P001-1448A-005A<br>EVEENA MAHAL<br>ADDRESS INTENTIONALLY OMITTED | 007164P001-1448A-005A<br>TANIA MALARA<br>ADDRESS INTENTIONALLY OMITTED |
| 011614P001-1448A-005A<br>MICHAEL MANNING JR MD<br>MICHAEL MANNING JR MD<br>ADDRESS INTENTIONALLY OMITTED | 011472P001-1448A-005A<br>JENNIFER MARQUES OD<br>ADDRESS INTENTIONALLY OMITTED | 011656P001-1448A-005A<br>J ALBERTO MARTINEZ MD<br>ADDRESS INTENTIONALLY OMITTED | 011605P001-1448A-005A<br>TERRENCE MCCANNA MD<br>CHIPPEWA VALLEY EYE CLINIC<br>ADDRESS INTENTIONALLY OMITTED |
| 000073P001-1448S-005A<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY<br>P O BOX 24106701<br>ROUND ROCK TX 78680 | 011657P001-1448A-005A<br>MARGUERITE MCDONALD MD<br>ADDRESS INTENTIONALLY OMITTED | 011621P001-1448A-005A<br>BRIAN MCKILLOP MD<br>RE BRIAN MCKILLOP MD<br>ADDRESS INTENTIONALLY OMITTED | 002375P001-1448A-005A<br>KENNETH MCMACKIN<br>ADDRESS INTENTIONALLY OMITTED |
| 003573P001-1448A-005A<br>ANTHONY LOMBARDO MD<br>ADDRESS INTENTIONALLY OMITTED | 011597P001-1448A-005A<br>MEDICAL COLLEGE OF WISCONSIN, EYE INSTITUTE<br>STEVEN KOENIG  MD<br>925 NORTH 87TH ST<br>MILWAUKEE WI 53226 | 005065P001-1448A-005A<br>JENINE MELKO<br>ADDRESS INTENTIONALLY OMITTED | 006091P001-1448A-005A<br>MELISSA MELOTT<br>ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 011658P001-1448A-005A<br>SETH MESKIN MD<br>ADDRESS INTENTIONALLY OMITTED | 000072P001-1448S-005A<br>METZ LEWIS BRODMAN MUST O'KEEFE LLC<br>JUSTIN M TUSKAN,ESQ<br>535 SMITHFIELD ST.,STE 800<br>PITTSBURGH PA 15222 | 004490P001-1448A-005A<br>ELIZABETH ANN MEYERS<br>ADDRESS INTENTIONALLY OMITTED | 004237P001-1448A-005A<br>DAWN OSHEA MICHAEL OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011659P001-1448A-005A<br>RUTH MILLER MD<br>ADDRESS INTENTIONALLY OMITTED | 011660P001-1448A-005A<br>PERRY MOLLICK MD<br>ADDRESS INTENTIONALLY OMITTED | 011473P001-1448A-005A<br>MELINA MORKIN MD<br>ADDRESS INTENTIONALLY OMITTED | 002356P001-1448A-005A<br>DANA MORSCHAUSER-BRUNO<br>ADDRESS INTENTIONALLY OMITTED |
| 011474P001-1448A-005A<br>HART MOSS MD<br>ADDRESS INTENTIONALLY OMITTED | 003363P001-1448A-005A<br>ADAM MOTACEK OD<br>ADDRESS INTENTIONALLY OMITTED | 003612P001-1448A-005A<br>ASHLEY MOTACEK<br>ADDRESS INTENTIONALLY OMITTED | 011661P001-1448A-005A<br>ANANTH MUDGIL MD<br>ADDRESS INTENTIONALLY OMITTED |
| 000867P001-1448A-005A<br>DAVID J MURPHY OD PC<br>ADDRESS INTENTIONALLY OMITTED | 011533P001-1448A-005A<br>JAMES MUSE OD<br>ADDRESS INTENTIONALLY OMITTED | 011475P001-1448A-005A<br>VALLIAMMAI MUTHAPPAN MD<br>ADDRESS INTENTIONALLY OMITTED | 011476P001-1448A-005A<br>ALANNA NATTIS DO<br>ADDRESS INTENTIONALLY OMITTED |
| 011633P001-1448A-005A<br>RICHARD NATTIS MD<br>RICHARD NATTIS MD<br>ADDRESS INTENTIONALLY OMITTED | 008688P001-1448A-005A<br>MICHAEL NEGREY<br>ADDRESS INTENTIONALLY OMITTED | 011662P001-1448A-005A<br>SARAH NEHLS MD<br>ADDRESS INTENTIONALLY OMITTED | 011534P001-1448A-005A<br>BRETT NELSON MD<br>ADDRESS INTENTIONALLY OMITTED |
| 005070P001-1448A-005A<br>JENNA NELSON OD<br>ADDRESS INTENTIONALLY OMITTED | 008924P001-1448A-005A<br>RYAN NELSON OD<br>ADDRESS INTENTIONALLY OMITTED | 006416P001-1448A-005A<br>PATRICK W NELSON<br>ADDRESS INTENTIONALLY OMITTED | 011477P001-1448A-005A<br>ASHER NEREN MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011598P001-1448A-005A<br>NEW ENGLAND EYE CENTER<br>HELEN WU  MD<br>260 TREMONT ST<br>BOSTON MA 02111 | 005621P001-1448A-005A<br>KIM KHANH NGUYEN OD<br>ADDRESS INTENTIONALLY OMITTED | 007348P001-1448A-005A<br>TUANH NGUYEN OD<br>ADDRESS INTENTIONALLY OMITTED | 007200P001-1448A-005A<br>THANH NGUYEN<br>ADDRESS INTENTIONALLY OMITTED |

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 003790P001-1448A-005A<br>BRUCE NICHOLS<br>ST JOSEPH HEALTH CENTER<br>ADDRESS INTENTIONALLY OMITTED | 000076P001-1448S-005A<br>OASIS MEDICAL<br>MATT KRALL<br>514 S VERMONT AVE<br>GLENDORA CA 91741 | 011610P001-1448A-005A<br>JACK OATS MD<br>JACK OATS MD<br>ADDRESS INTENTIONALLY OMITTED | 011663P001-1448A-005A<br>DAVID ODAY MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011535P001-1448A-005A<br>GODWIN STANLEY OKOYE MD<br>ADDRESS INTENTIONALLY OMITTED | 011536P001-1448A-005A<br>WILLIAM OPFERMAN OD<br>ADDRESS INTENTIONALLY OMITTED | 011599P001-1448A-005A<br>OPHTHALMOLOGY ASSOCIATES GREATER ANNAPOLIS<br>AUGUST PASQUALE MD<br>83 CHURCH RD<br>ARNOLD MD 21012 | 011580P001-1448A-005A<br>OPHTHALMOLOGY ASSOCIATES OF OSBORNE INC<br>KEVIN CLARK MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011600P001-1448A-005A<br>OPTHALMIC CONSULTANTS<br>WALTER ROTKIS MD<br>1221 MADISON ST STE 1420<br>SEATTLE WA 98104 | 005258P001-1448A-005A<br>JOHN OSTER MD<br>ADDRESS INTENTIONALLY OMITTED | 011537P001-1448A-005A<br>STANLEY PAJKA MD-OAP<br>ADDRESS INTENTIONALLY OMITTED | 006993P001-1448A-005A<br>STACI PALMER OD<br>PROGRESSIVE VISION GROUP<br>ADDRESS INTENTIONALLY OMITTED |
| 011617P001-1448A-005A<br>AUGUST PASQUALE MD<br>OPHTHALMOLOGY ASSOCIATES GREATER ANNAPOLIS<br>ADDRESS INTENTIONALLY OMITTED | 002305P001-1448A-005A<br>DEBBIE PIAN PATCH<br>ADDRESS INTENTIONALLY OMITTED | 011538P001-1448A-005A<br>NAYAN PATEL OD<br>ADDRESS INTENTIONALLY OMITTED | 011539P001-1448A-005A<br>NILPA PATEL OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011540P001-1448A-005A<br>SHEETAL PATEL OD<br>ADDRESS INTENTIONALLY OMITTED | 011541P001-1448A-005A<br>SONALI PATEL OD<br>ADDRESS INTENTIONALLY OMITTED | 006501P001-1448A-005A<br>PRIYA PATEL<br>ADDRESS INTENTIONALLY OMITTED | 004925P001-1448A-005A<br>JAMES PATTERSON MD<br>ADDRESS INTENTIONALLY OMITTED |
| 005152P001-1448A-005A<br>JESSICA PEEL<br>ADDRESS INTENTIONALLY OMITTED | 011631P001-1448A-005A<br>SAGUN PENDSE MD<br>RE SAGUN PENDSE MD<br>ADDRESS INTENTIONALLY OMITTED | 004468P001-1448A-005A<br>EDWARD PENICK MD<br>ADDRESS INTENTIONALLY OMITTED | 000074P001-1448S-005A<br>PEPPER HAMILTON LLP<br>KENNETH A LISTWAK<br>HERCULES PLAZA STE 5100<br>1313 N MARKET ST<br>WILMINGTON DE 19899-1709 |
| 011478P001-1448A-005A<br>ELLIOT PERLMAN MD<br>ADDRESS INTENTIONALLY OMITTED | 011542P001-1448A-005A<br>JEANNE PERRINE OD<br>ADDRESS INTENTIONALLY OMITTED | 011664P001-1448A-005A<br>HENRY PERRY MD<br>ADDRESS INTENTIONALLY OMITTED | 011543P001-1448A-005A<br>CRAIG PERRY OD<br>ADDRESS INTENTIONALLY OMITTED |

| | | | |
|---|---|---|---|
| 011544P001-1448A-005A<br>AMY PIKO OD<br>ADDRESS INTENTIONALLY OMITTED | 011665P001-1448A-005A<br>JOHN PILAVAS MD<br>ADDRESS INTENTIONALLY OMITTED | 011545P001-1448A-005A<br>VINCENT PIRAINO OD<br>ADDRESS INTENTIONALLY OMITTED | 011607P001-1448A-005A<br>LAWRENCE PLATT MD<br>EYE CLINIC OF RACINE<br>ADDRESS INTENTIONALLY OMITTED |
| 004542P001-1448A-005A<br>ERIC E POLK<br>ADDRESS INTENTIONALLY OMITTED | 011601P001-1448A-005A<br>POLYCLINIC OPHTHALMOLGY<br>SAMEER KHAN  MD<br>904 7TH AVE<br>SEATTLE WA 98104 | 011666P001-1448A-005A<br>STACY PORTER MD<br>ADDRESS INTENTIONALLY OMITTED | 011546P001-1448A-005A<br>RYAN MARCEL POSSE OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011612P001-1448A-005A<br>SEVERIN POULY MD<br>LITTLE ROCK EYE CLINIC<br>ADDRESS INTENTIONALLY OMITTED | 004796P001-1448A-005A<br>HITEN PRAJAPATI OD<br>ADDRESS INTENTIONALLY OMITTED | 005839P001-1448A-005A<br>LOUIS PROBST MD<br>ADDRESS INTENTIONALLY OMITTED | 011667P001-1448A-005A<br>MARK PYFER MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011479P001-1448A-005A<br>MARY ELLEN QUAN OD<br>ADDRESS INTENTIONALLY OMITTED | 007851P001-1448A-005A<br>CARRIE QUILLA OD<br>ADDRESS INTENTIONALLY OMITTED | 008267P001-1448A-005A<br>JAMIN QUILLA OD<br>ADDRESS INTENTIONALLY OMITTED | 004837P001-1448A-005A<br>IRVING RABER  MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011480P001-1448A-005A<br>YUNA RAPOPORT MD<br>ADDRESS INTENTIONALLY OMITTED | 002320P001-1448A-005A<br>MARY RAUCH<br>ADDRESS INTENTIONALLY OMITTED | 011581P001-1448A-005A<br>REFRACTIVE SURGERY SPECIALISTS LLC<br>STEPHEN WEXLER MD<br>ADDRESS INTENTIONALLY OMITTED | 011668P001-1448A-005A<br>DANIELLE REMINGTON OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011481P001-1448A-005A<br>ALTHEA RIVERA-MOLINA OD<br>ADDRESS INTENTIONALLY OMITTED | 011615P001-1448A-005A<br>MICHAEL RIZEN MD<br>MICHAEL RIZEN MD<br>ADDRESS INTENTIONALLY OMITTED | 011482P001-1448A-005A<br>RAMY RIZKALLA MD<br>ADDRESS INTENTIONALLY OMITTED | 011547P001-1448A-005A<br>RYAN ROBERTS MD<br>ADDRESS INTENTIONALLY OMITTED |
| 005298P001-1448A-005A<br>JONATHAN ROSIN MD<br>ADDRESS INTENTIONALLY OMITTED | 011618P001-1448A-005A<br>WALTER ROTKIS MD<br>OPTHALMIC CONSULTANTS<br>ADDRESS INTENTIONALLY OMITTED | 011582P001-1448A-005A<br>RTM MD PLLC<br>ROBERT TODD MORASON MD<br>ADDRESS INTENTIONALLY OMITTED | 011548P001-1448A-005A<br>LAURA RUBINATE DO<br>ADDRESS INTENTIONALLY OMITTED |

## LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 12 of 15                                                                                      06/12/2020 03:52:11 PM

| | | | |
|---|---|---|---|
| 011669P001-1448A-005A<br>ROY RUBINFELD MD<br>ADDRESS INTENTIONALLY OMITTED | 011549P001-1448A-005A<br>SARAH RULE OD<br>ADDRESS INTENTIONALLY OMITTED | 011670P001-1448A-005A<br>MAX RUMBACH OD<br>ADDRESS INTENTIONALLY OMITTED | 011620P001-1448A-005A<br>ALLAN RUTZEN MD<br>RE ALLAN RUTZEN MD<br>ADDRESS INTENTIONALLY OMITTED |
| 004400P001-1448A-005A<br>DR JAMES M RYNERSON DR PR<br>ADDRESS INTENTIONALLY OMITTED | 011671P001-1448A-005A<br>DAVID SACHS MD<br>ADDRESS INTENTIONALLY OMITTED | 007130P001-1448A-005A<br>SURAJIT SAHA MD<br>ADDRESS INTENTIONALLY OMITTED | 000841P001-1448A-005A<br>AMANDA M SANFORD-SAYANI<br>ADDRESS INTENTIONALLY OMITTED |
| 011483P001-1448A-005A<br>DANIEL SAREZKY MD<br>ADDRESS INTENTIONALLY OMITTED | 011484P001-1448A-005A<br>AMY SCHAGG OD<br>ADDRESS INTENTIONALLY OMITTED | 011628P001-1448A-005A<br>LAUREN SCHNEIDER MD<br>RE LAUREN SCHNEIDER MD<br>ADDRESS INTENTIONALLY OMITTED | 008508P001-1448A-005A<br>LAURA SCHROEDER OD<br>ADDRESS INTENTIONALLY OMITTED |
| 006690P001-1448A-005A<br>ROBERT SCHULTZE MD<br>TLC ALBANY<br>ADDRESS INTENTIONALLY OMITTED | 008576P001-1448A-005A<br>MARIA SCOTT MD<br>CHESAPEAKE EYE CARE AND LASER CENTER<br>ADDRESS INTENTIONALLY OMITTED | 011602P001-1448A-005A<br>SEATTLE EYE CARE<br>GRADY HUGHES  MD<br>1600 EAST JEFFERSON STE 202<br>SEATTLE WA 98122 | 000075P001-1448S-005A<br>SENSIS INC<br>JOSE VILLA<br>818 SOUTH BROADWAY STE 100<br>LOS ANGELES CA 90041 |
| 011672P001-1448A-005A<br>SAMUEL SETO MD<br>ADDRESS INTENTIONALLY OMITTED | 000070P001-1448S-005A<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 | 002358P001-1448A-005A<br>STEVEN SIEGEL<br>ADDRESS INTENTIONALLY OMITTED | 007116P001-1448A-005A<br>STEVEN SIKALIS OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011673P001-1448A-005A<br>MUHAMMAD SILK MD<br>ADDRESS INTENTIONALLY OMITTED | 011485P001-1448A-005A<br>JORAWER SINGH MD<br>ADDRESS INTENTIONALLY OMITTED | 011550P001-1448A-005A<br>ROBIN SINN OD<br>ADDRESS INTENTIONALLY OMITTED | 002365P001-1448A-005A<br>JAMES F SMERIGLIO<br>ADDRESS INTENTIONALLY OMITTED |
| 011551P001-1448A-005A<br>LAWRENCE SMITH OD<br>ADDRESS INTENTIONALLY OMITTED | 011552P001-1448A-005A<br>WILLIAM SMITH OD<br>ADDRESS INTENTIONALLY OMITTED | 011553P001-1448A-005A<br>ABIGAIL SOKOL-MADER OD<br>ADDRESS INTENTIONALLY OMITTED | 005300P001-1448A-005A<br>JONATHAN SOLOMON MD<br>ADDRESS INTENTIONALLY OMITTED |

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 13 of 15                                                                                                                                                   06/12/2020 03:52:11 PM

| | | | |
|---|---|---|---|
| 011486P001-1448A-005A<br>DANIEL SOLVERSON DO<br>ADDRESS INTENTIONALLY OMITTED | 011554P001-1448A-005A<br>VINCENT SORGENTONI OD<br>ADDRESS INTENTIONALLY OMITTED | 005963P001-1448A-005A<br>MARK SPEAKER MD<br>ADDRESS INTENTIONALLY OMITTED | 011555P001-1448A-005A<br>PATRICK SPENCER DO<br>ADDRESS INTENTIONALLY OMITTED |
| 005301P001-1448A-005A<br>JONATHAN STEIN MD<br>ADDRESS INTENTIONALLY OMITTED | 011622P001-1448A-005A<br>DAVID STEINBERG MD<br>RE DAVID STEINBERG MD<br>ADDRESS INTENTIONALLY OMITTED | 003864P001-1448A-005A<br>CEARA RAE STEINER<br>ADDRESS INTENTIONALLY OMITTED | 009329P001-1448A-005A<br>KAYLA STEWART<br>PO BOX 59<br>JOLIET MT 59041 |
| 005450P001-1448A-005A<br>KARL STONECIPHER MD<br>ADDRESS INTENTIONALLY OMITTED | 011487P001-1448A-005A<br>SAMUEL STOPAK MD<br>ADDRESS INTENTIONALLY OMITTED | 011603P001-1448A-005A<br>SUSON EYE SPECIALISTS<br>JOHN SUSON  MD<br>203 NORTH MAYFAIR RD STE 1101 STE 1101<br>WAUWATOSA WI 53226 | 011635P001-1448A-005A<br>JOHN SUSON MD<br>SUSON EYE SPECIALISTS<br>ADDRESS INTENTIONALLY OMITTED |
| 008089P001-1448A-005A<br>EDMUND SWAN OD<br>ADDRESS INTENTIONALLY OMITTED | 005484P001-1448A-005A<br>KATHRYN SWAN<br>ADDRESS INTENTIONALLY OMITTED | 002372P001-1448A-005A<br>ADAM J SWEENEY<br>ADDRESS INTENTIONALLY OMITTED | 005371P001-1448A-005A<br>JOSHUA TEICHMAN MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011556P001-1448A-005A<br>SUCHITA THAKKAR OD<br>ADDRESS INTENTIONALLY OMITTED | 011583P001-1448A-005A<br>THE LASIK VISION INSTITUTE CHARLOTTE PLLC<br>THOMAS CAMPEN MD<br>ADDRESS INTENTIONALLY OMITTED | 011584P001-1448A-005A<br>THE LASIK VISION INSTITUTE OPTOMETRY LLC<br>MARTIN FOX MD<br>ADDRESS INTENTIONALLY OMITTED | 008263P001-1448A-005A<br>JAMES THIMONS OD<br>ADDRESS INTENTIONALLY OMITTED |
| 006606P001-1448A-005A<br>RICHARD TIPPERMAN MD<br>ADDRESS INTENTIONALLY OMITTED | 011557P001-1448A-005A<br>ALEJANDRO TIRADO OD<br>ADDRESS INTENTIONALLY OMITTED | 011585P001-1448A-005A<br>TLC THE LASER CENTER (NORTHEAST) INC<br>JODI ABRAMSON MD<br>ADDRESS INTENTIONALLY OMITTED | 011586P001-1448A-005A<br>TLC VISION ASSOCIATES OF CONNECTICUT PC<br>JONATHAN STEIN MD<br>ADDRESS INTENTIONALLY OMITTED |
| 011587P001-1448A-005A<br>TLC VISION ASSOCIATES OF PITTSBURGH PC<br>SANTIAGO VILLAZON MD<br>ADDRESS INTENTIONALLY OMITTED | 011588P001-1448A-005A<br>TOM HARVEY MD<br>DBA CHPPEWA VALLEY EYE CLINIC LTD<br>THOMAS HARVEY MD<br>ADDRESS INTENTIONALLY OMITTED | 007121P001-1448A-005A<br>STEVEN TOWLE OD<br>ADDRESS INTENTIONALLY OMITTED | 006719P001-1448A-005A<br>ROLANDO TOYOS MD<br>ADDRESS INTENTIONALLY OMITTED |

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 14 of 15                                                                                           06/12/2020 03:52:11 PM

---

011558P001-1448A-005A  
ANHTHUY TRAN OD  
ADDRESS INTENTIONALLY OMITTED

011674P001-1448A-005A  
WILLIAM TRATTLER MD-OAP  
ADDRESS INTENTIONALLY OMITTED

011636P001-1448A-005A  
LINDA TSAI MD  
WASHINGTON UNIVERSITY  
ADDRESS INTENTIONALLY OMITTED

011488P001-1448A-005A  
CHRIS ULLRICH DO  
ADDRESS INTENTIONALLY OMITTED

011589P001-1448A-005A  
VALLEY OUTPATIENT SURGICAL EYE CENTER  
BERNARD FEINMAN OD  
ADDRESS INTENTIONALLY OMITTED

011675P001-1448A-005A  
STEPHANIE VAN DE VEN OD  
ADDRESS INTENTIONALLY OMITTED

004808P001-1448A-005A  
HOLLY VAUGHT  
ADDRESS INTENTIONALLY OMITTED

009270P001-1448A-005A  
ARLENE VAZQUEZ  
89 MAIN ST  
NORTHPORT NY 11768

008797P001-1448A-005A  
PASQUALE VECCHIO OD  
ADDRESS INTENTIONALLY OMITTED

011489P001-1448A-005A  
CHAD VIETH OD  
ADDRESS INTENTIONALLY OMITTED

006827P001-1448A-005A  
SANTIAGO VILLAZON  MD  
TLC LASER EYE  
ADDRESS INTENTIONALLY OMITTED

011590P001-1448A-005A  
VISION CORRECTION ASSOCIATES OF  
RHODE ISLAND LTD  
EZRA GALLER MD  
ADDRESS INTENTIONALLY OMITTED

011559P001-1448A-005A  
ANTON VLASOV DO  
ADDRESS INTENTIONALLY OMITTED

011560P001-1448A-005A  
MAI PHOUNG VU OD  
ADDRESS INTENTIONALLY OMITTED

011490P001-1448A-005A  
EVAN WARNER MD  
ADDRESS INTENTIONALLY OMITTED

011561P001-1448A-005A  
TORRENCE WATKINS OD  
ADDRESS INTENTIONALLY OMITTED

003865P001-1448A-005A  
CELINA WATSON  
ADDRESS INTENTIONALLY OMITTED

011491P001-1448A-005A  
JACQUELYN WEBER MD  
ADDRESS INTENTIONALLY OMITTED

005576P001-1448A-005A  
KERRY WEEDFALL  
ADDRESS INTENTIONALLY OMITTED

005063P001-1448A-005A  
JEN WEIGEL OD  
ADDRESS INTENTIONALLY OMITTED

007067P001-1448A-005A  
STEPHEN WEXLER MD  
ADDRESS INTENTIONALLY OMITTED

011676P001-1448A-005A  
MARK WHITTEN MD  
ADDRESS INTENTIONALLY OMITTED

011562P001-1448A-005A  
LESLIE WILDERSON OD  
ADDRESS INTENTIONALLY OMITTED

003993P001-1448A-005A  
CHRISTOPHER WILLIAMS MD  
ADDRESS INTENTIONALLY OMITTED

004746P001-1448A-005A  
HALEY WILSON OD  
ADDRESS INTENTIONALLY OMITTED

011677P001-1448A-005A  
DOUGLAS WISNER MD  
ADDRESS INTENTIONALLY OMITTED

005278P001-1448A-005A  
JOHN WITHERELL MD  
ADDRESS INTENTIONALLY OMITTED

011627P001-1448A-005A  
JOHN WITTPENN MD  
RE JOHN WITTPENN MD  
ADDRESS INTENTIONALLY OMITTED

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 15 of 15                                                                                                              06/12/2020 03:52:11 PM

| | | | |
|---|---|---|---|
| 005713P001-1448A-005A<br>LARRY WOMACK MD<br>ADDRESS INTENTIONALLY OMITTED | 006409P001-1448A-005A<br>PATRICIA WOO<br>ADDRESS INTENTIONALLY OMITTED | 011492P001-1448A-005A<br>WILLIAM WOOD OD<br>ADDRESS INTENTIONALLY OMITTED | 011616P001-1448A-005A<br>HELEN WU MD<br>NEW ENGLAND EYE CENTER<br>ADDRESS INTENTIONALLY OMITTED |
| 011493P001-1448A-005A<br>MICHELLE YAO MD<br>ADDRESS INTENTIONALLY OMITTED | 011563P001-1448A-005A<br>CHIHUANG YEE MD<br>ADDRESS INTENTIONALLY OMITTED | 011678P001-1448A-005A<br>CHIHUANG EDWARD YEE MD<br>ADDRESS INTENTIONALLY OMITTED | 011564P001-1448A-005A<br>WADE YOUNG MD<br>ADDRESS INTENTIONALLY OMITTED |
| 004692P001-1448A-005A<br>GERALD ZAIDMAN MD<br>ADDRESS INTENTIONALLY OMITTED | 003422P001-1448A-005A<br>ALISON ZAMBELLI MD<br>ADDRESS INTENTIONALLY OMITTED | 011565P001-1448A-005A<br>TING ZHANG OD<br>ADDRESS INTENTIONALLY OMITTED | 011611P001-1448A-005A<br>LAUREN ZIMSKI MD<br>LAUREN ZIMSKI MD<br>ADDRESS INTENTIONALLY OMITTED |

Records Printed :   404