# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

LVI INTERMEDIATE HOLDINGS, INC., *et al*.[1]

Debtors.

Chapter 11

Case No. 20-11413 (KBO)

(Jointly Administered)

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO DEBTOR'S MATRIX

Please take notice that Honigman LLP hereby appears in the above-captioned case as counsel for Oakland Common Acquisitions, LLC and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the following attorneys, and that the undersigned be added to the mailing matrix on file with the Clerk of the Court:

> Lawrence A. Lichtman, Esq.
> Honigman LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226
> Telephone:  (313) 465-7590
> Facsimile:  (313) 465-7591
> Email:  llichtman@honigman.com

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674); Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); LVI Missouri, LLC (7088); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Whitten Laser Eye Associates, LLC (0182); TLC Vision Centers, LLC (8271); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); and TLC The Laser Center (Institute), LLC (0959). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

35081340.1

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, email, facsimile or otherwise.

The foregoing request also includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

PLEASE TAKE FURTHER NOTICE THAT, this neither this *Notice of Appearance, Request for Service of Papers and Request To Be Added to Debtor's Matrix* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of Oakland Common Acquisitions, LLC, including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court of the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Oakland Common Acquisitions, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Oakland Common Acquisitions, LLC expressly states otherwise, Oakland Common Acquisitions, LLC does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the

35081340.1

parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Respectfully submitted,

HONIGMAN LLP

*Attorneys for Oakland Common Acquisitions, LLC*

By: /s/Lawrence A. Lichtman
    Lawrence A. Lichtman (MI Bar #P35403)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone:  (313) 465-7590
Facsimile:  (313) 465-7591
Email:  llichtman@honigman.com

Dated:  June 16, 2020

35081340.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

LVI INTERMEDIATE HOLDINGS,
INC., *et al*.[1]

              Debtors.

Chapter 11

Case No. 20-11413 (KBO)

(Jointly Administered)

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, I caused to be electronically filed the foregoing

papers with the Clerk of the Court using the ECF system which will send notification of such filing

to all ECF participants.

By: */s/ Lawrence A. Lichtman*
      Lawrence A. Lichtman

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674); Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); LVI Missouri, LLC (7088); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Whitten Laser Eye Associates, LLC (0182); TLC Vision Centers, LLC (8271); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); and TLC The Laser Center (Institute), LLC (0959). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

35081340.1