**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LVI INTERMEDIATE HOLDINGS, INC. et al., | ) | Case No. 20-11413 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
<u>NOTICES AND DOCUMENTS</u>**

**PLEASE TAKE NOTICE** that, the Official Committee of Unsecured Creditors ("<u>Committee</u>") in the above-captioned cases, hereby appears by its proposed counsel, Morrison & Foerster LLP and Morris James LLP, pursuant to 11 U.S.C. Section 1109(b) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Delaware Bankruptcy Local Rule 2002-1 and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and email addresses:

| | |
|---|---|
| Eric J. Monzo, Esquire | Todd M. Goren, Esquire |
| Brya M. Keilson, Esquire | Mark A. Lightner, Esquire |
| Morris James LLP | Andrew Kissner, Esquire |
| 500 Delaware Avenue, Suite 1500 | Morrison & Foerster LLP |
| Wilmington, DE 19801 | 250 West 55th Street |
| Telephone: (302) 888-6800 | New York, NY 10019 |
| Facsimile (302) 571-1750 | Telephone: (212) 468-8000 |
| E-mail: emonzo@morrisjames.com | Facsimile: (212) 468-7900 |
| E-mail: bkeilson@morrisjames.com | E-mail: tgoren@mofo.com |
| | E-mail: mlightner@mofo.com |
| | E-mail: akissner@mofo.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice,

application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive the rights of the Committee: (1) to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Committee may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

[Signature Page Follows]

Dated:  June 18, 2020 **MORRIS JAMES LLP**

<u>*/s/ Eric J. Monzo*</u>
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

Todd M. Goren, Esquire
Mark A. Lightner, Esquire
Andrew Kissner, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: tgoren@mofo.com
E-mail: mlightner@mofo.com
E-mail: akissner@mofo.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*