**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-11413 |
| LVI INTERMEDIATE HOLDINGS, INC. | § | |
| DEBTORS(S), | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HARRIS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on ___19___ day of ___June___, 2020, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

G DAVID DEAN
COLE SCHOTZ P.C.
500 DELAWARE AVENUE SUITE 1410
WILMINGTON, DE 19801

US TRUSTEE (DELAWARE)
844 KING STREET, RM 2207
LOCK BOX #35
WILMINGTON, DE 19899-0035

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone: (713) 844-3400
Facsimile: (713) 844-3503
Email: houston_bankruptcy@publicans.com

By: ___/s/ John P. Dillman___
John P. Dillman
SBN: 05874400 TX