# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LVI INTERMEDIATE HOLDINGS, | ) | Case No. 20-11413 (KBO) |
| INC. *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Genesis Building Ltd. c/o Dalad Group ("Creditor"), hereby appears by its counsel, Meyers, Roman, Friedberg & Lewis ("Meyers Roman") and requests that the undersigned attorney be added to the official mailing matrix and service lists in these cases. Creditor requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Creditor through service upon Meyers Roman as set forth below:

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674; Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC 97564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataraxt Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Whiteen Laser Eye Associates, LLC (0182); TLC Vision Centers, LLC (8271); TruVision, LLC (3399); True Vision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute) (0959); and LVI Missouri, LLC (7088). The Debtors executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

David M. Neumann
*dneumann@meyersroman.com*
Meyers, Roman, Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
Telephone: (216) 831-0042
Fax: (216) 831-0542

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned case(s) and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Creditor's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Date:  June 24, 2020

*/s/ David M. Neumann*

David M. Neumann (0068747)
*dneumann@meyersroman.com*
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, Ohio 44122
Telephone:  216-831-0042
Fax: 216-831-0542
*Counsel for Genesis Building Ltd.*
*c/o Dalad Group*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 24th day of June, 2020 via the Court's electronic filing system upon the following:

- **Gretchen A. Crawford**    grecra@oklahomacounty.org, tammik@oklahomacounty.org
- **Kasey H. DeSantis**    kdesantis@foxrothschild.com, brayford@foxrothschild.com;dkemp@foxrothschild.com
- **G. David Dean**    ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **John P. Dillman**    houston_bankruptcy@publicans.com
- **Donlin, Recano & Company, Inc.**    ljordan@donlinrecano.com
- **Robert C. Furr**    rfurr@furrcohen.com, ltitus@furrcohen.com
- **Steven A. Ginther**    deecf@dor.mo.gov
- **Eric S. Goldstein**    egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
- **Mark T Hurford**    mhurford@camlev.com
- **Brya Michele Keilson**    bkeilson@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **Randall L. Klein**    randall.klein@goldbergkohn.com, kristina.bunker@goldbergkohn.com;prisca.kim@goldbergkohn.com
- **Jeffrey Kurtzman**    kurtzman@kurtzmansteady.com
- **Tara LeDay**    bankruptcy@mvbalaw.com,tleday@ecf.courtdrive.com,jwilliams@mvbalaw.com,alocklin@mvbalaw.com;kmorriss@mvbalaw.com
- **Lawrence A. Lichtman**    LLichtman@honigman.com
- **Kenneth Listwak**    listwakk@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
- **Gerard Luckman**    gluckman@forchellilaw.com
- **Dennis A. Meloro**    melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- **Stephen Ari Metz**    smetz@offitkurman.com
- **Eric Moats**    emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
- **Eric J. Monzo**    emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
- **Victor W. Newmark**    vnewmark@evict.net
- **Matteo Percontino**    mpercontino@coleschotz.com
- **Norman L. Pernick**    npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Richard A. Robinson**    rrobinson@burr.com, debankruptcy@burr.com
- **Richard L. Schepacarter**    richard.schepacarter@usdoj.gov

- **Don Stecker**    don.stecker@lgbs.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Helen Elizabeth Weller**    dallas.bankruptcy@publicans.com,
  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

**Via Regular U.S. Mail:**

**Eva Gadzheva**
Goldberg Kohn Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603

**EScribers LLC**
352 Seventh Avenue
Suite #604
New York, NY 10001

**Todd M. Goren**
Morrison Foerster
250 West 55th Street
New York, NY 10019

**Andrew Kissner**
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

**Krista K. Kulp**
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07601

**Mark A. Lightner**
250 West 55th Street
New York, NY 10019

**Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania**
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**Mark Tsukerman**
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019

**Justin Tuskan**
Metz Lewis Brodman Must OKeefe, LLC
535 Smithfield Street
Suite 800
Pittsburgh, PA 15222

/s/ *David M. Neumann*
*Counsel for Genesis Building Ltd. c/o Dalad Group*