# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LVI INTERMEDIATE HOLDINGS, INC., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-11413 (KBO)<br><br>(Jointly Administered) |

## REQUEST FOR SERVICE OF NOTICES

NOW COMES Attorney Christine L. Baglioni, of the law firm Wieck DeLuca & Gemma Incorporated and on behalf of Omni Combined W.E., LLC, Creditor, and does hereby file this Request for Service of Notices in the above-entitled matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　Omni Combined W.E., LLC,

　　　　　　　　　　　　　　　　　　By and through their Attorneys,

　　　　　　　　　　　　　　　　　　 /s/   Christine L. Baglioni
　　　　　　　　　　　　　　　　　　Christine L. Baglioni, Esq.
　　　　　　　　　　　　　　　　　　Wieck DeLuca & Gemma Incorporated
　　　　　　　　　　　　　　　　　　One Turks Head Place, Suite 1300
　　　　　　　　　　　　　　　　　　Providence, Rhode Island 02903
　　　　　　　　　　　　　　　　　　Tel. (401) 454-8705
　　　　　　　　　　　　　　　　　　Fax (401) 454-8755
　　　　　　　　　　　　　　　　　　cbaglioni@wdglaw.com
　　　　　　　　　　　　　　　　　　DATED:  June 24, 2020

## CERTIFICATION OF SERVICE

　　　　I hereby certify that on the 24th day of June 2020 I caused to be served a true and accurate copy of the within Request For Service Of Notices on all parties registered to receive notice through the Court's Electronic Filing System.

　　　　　　　　　　　　　　　　　　 /s/   Christine L. Baglioni