IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LVI INTERMEDIATE HOLDINGS, INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-11413 (KBO)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                             )  ss:
COUNTY OF KINGS    )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 18th day of June, 2020, DRC, acting under my supervision, caused a true and accurate copy of the "Supplemental Declaration of G. David Dean in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cole Schotz P.C. as Counsel for the Debtors Nunc Pro Tunc to the Petition Date" (Docket No. 126), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via First Class US Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674);Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Vision Centers, LLC (8271); TLC Whitten Laser Eye Associates, LLC (0182); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 24th day of June, 2020, Brooklyn, New York.

By: _Edward A. Calderon_
Edward A. Calderon

Sworn before me this
24th day of June, 2020

_John Burlacu_
Notary Public

> JOHN BURLACU
> Notary Public - State of New York
> No. 01BU6376078
> Qualified in Nassau County
> My Comm. Expires June 4, 2022

LVI00015

# EXHIBIT 1

Case 20-11413-KBO   Doc 195   Filed 06/25/20   Page 4 of 8

LVI Intermediate Holdings, Inc. et al.

Electronic Mail
Exhibit Pages

Page # : 1 of 3

06/18/2020 12:10:47 PM

| | | | |
|---|---|---|---|
| 000022P001-1448S-015<br>ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775<br>BRENT.POLLY@ALCON.COM | 000022P001-1448S-015<br>ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775<br>INSTRUMENTATION.CS@ALCON.COM | 000022P001-1448S-015<br>ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775<br>ASA.CS@ALCON.COM | 000022P001-1448S-015<br>ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775<br>AR.PAYMENTS@ALCON.COM |
| 000067P001-1448S-015<br>ALORICA INC<br>DANIELLE EVANS<br>5161 CALIFORNIA AVE.,STE 100<br>IRVINE CA 92617<br>DANIELLE.EVANS@ALORICA.COM | 000023P001-1448S-015<br>AMERICAN EXPRESS<br>AUSTIN SIEGFRIED<br>PO BOX 650448<br>DALLAS TX 75265-0448<br>AUSTIN.SIEGFRIED@AEXP.COM | 000033P001-1448S-015<br>AMO SALES AND SVC INC<br>GERARD SHIN<br>PO BOX 74007099<br>CHICAGO IL 60674-7099<br>GSHIN2@ITS.JNJ.COM | 000031P001-1448S-015<br>AMOBEE INC<br>MEGAN REIFEISS<br>PO BOX 894409<br>LOS ANGELES CA 90189<br>MEGAN.REIFEISS@AMOBEE.COM |
| 000031P001-1448S-015<br>AMOBEE INC<br>MEGAN REIFEISS<br>PO BOX 894409<br>LOS ANGELES CA 90189<br>CLIENTACCTG-US@AMOBEE.COM | 000054P001-1448S-015<br>BEN COOK<br>ADDRESS INTENTIONALLY OMITTED<br>BCOOK1266@HOTMAIL.COM | 000057P001-1448S-015<br>BRACE WOOD<br>SARA TAYLOR<br>1400 E EXPRESSWAY 83<br>SUITE 155<br>MCALLEN TX 78503<br>SARA.TAYLORAPSO@GMAIL.COM | 000080P001-1448S-015<br>BURR & FORMAN LLP<br>RICHARD A ROBINSON,ESQ<br>1201 N MARKET ST.,STE 1407<br>WILMINGTON DE 19801<br>RROBINSON@BURR.COM |
| 000071P001-1448S-015<br>CAMPBELL & LEVINE LLC<br>MARK T HURFORD,ESQ<br>222 DELAWARE AVE.,STE 1620<br>WILMINGTON DE 19801<br>MHURFORD@CAMLEV.COM | 000026P001-1448S-015<br>CENTURYLINK<br>MIGUEL ZELAYA<br>PO BOX 52187<br>PHOENIX AZ 85072-2187<br>MIGUEL.ZELAYA@CENTURYLINK.COM | 000056P001-1448S-015<br>CLINICAL PROPERTY HOLDINGS, LLC<br>ERIC SOLHEIM<br>653 COLLINS MEADOW DRVIE<br>GEORGETOWN SC 29940<br>ERIC@CLINICALPROPERTYHOLDINGS.COM | 000027P001-1448S-015<br>DAVIS VISION INC<br>PAT CERVINO<br>175 EAST HOUSTON S<br>SAN ANTONIO TX 78205<br>PAT.CERVINO@VERSANTHEALTH.COM |
| 000014P001-1448S-015<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P002-1448S-015<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000004P001-1448S-015<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000059P001-1448S-015<br>DOUGLAS EMMETT 2010 LLC<br>CARMELA VILLAGRACIA<br>1003 BISHOP ST<br>#440<br>HONOLULU HI 96813<br>CVILLAGRACIA@DOUGLASEMMET.COM |
| 000030P001-1448S-015<br>FACEBOOK INC<br>1601 WILLOW RD<br>MENLO PARK CA 94025<br>AR@FB.COM | 000079P001-1448S-015<br>FORCHELLI DEEGAN TERRANA LLP<br>GERARD R LUCKMAN<br>333 EARLE OVINGTON BLVD.,STE 1010<br>UNIONDALE NY 11553<br>GLUCKMAN@FORCHELLILAW.COM | 000066P001-1448S-015<br>FURR AND COHEN PA<br>ROBERT C FURR,ESQ<br>2255 GLADES RD.,STE 301E<br>BOCA RATON FL 33431<br>RFURR@FURRCOHEN.COM | 000066P001-1448S-015<br>FURR AND COHEN PA<br>ROBERT C FURR,ESQ<br>2255 GLADES RD.,STE 301E<br>BOCA RATON FL 33431<br>LTITUS@FURRCOHEN.COM |

Case 20-11413-KBO    Doc 195    Filed 06/25/20    Page 5 of 8

LVI Intermediate Holdings, Inc. et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 3                                                                                                  06/18/2020 12:10:47 PM

| | | | |
|---|---|---|---|
| 000021P001-1448S-015<br>GOLDBERG KOHN<br>RANDALL L KLEIN<br>55 EAST MONROE STREET<br>SUITE 3300<br>CHICAGO IL 60603<br>RANDALL.KLEIN@GOLDBERGKOHN.COM | 000024P001-1448S-015<br>GOOGLE INC<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW CA 94043<br>COLLECTIONS-GOOGLE@GOOGLE.COM | 000069P001-1448S-015<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM | 000068P001-1448S-015<br>GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131<br>NEWMANAR@GTLAW.COM |
| 000028P001-1448S-015<br>HENRY SCHEIN INC<br>HEATHER STEPHENS<br>PO BOX 371952<br>PITTSBURGH PA 15250-7952<br>HEATHER.STEPHENS@HENRYSCHEIN.COM | 000077P001-1448S-015<br>HONIGMAN LLP<br>LAWRENCE A LICHTMAN,ESQ<br>2290 FIRST NATIONAL BLDG<br>660 WOODWARD AVE<br>DETROIT MI 48226<br>LICHTMAN@HONIGMAN.COM | 000041P001-1448S-015<br>HW HOLLINGER CANADA INC<br>ROBERTO MANCUSO<br>550 RUE SHERBROOKE O STE 2070<br>MONTREAL QC H3A1B9<br>CANADA<br>INFO@HWHOLLINGER.COM | 000063P001-1448S-015<br>KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN,ESQ<br>401 S 2ND ST.,STE 200<br>PHILADELPHIA PA 19147<br>KURTZMAN@KURTZMANSTEADY.COM |
| 000061P001-1448S-015<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY, STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | 000065P001-1448S-015<br>LINEBARGER GOOGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>112 E PECAN ST.,STE 2200<br>SAN ANTONIO TX 78205<br>SANANTONIO.BANKRUPTCY@PUBLICANS.COM | 000037P001-1448S-015<br>MARKETING ARCHITECTS<br>B QUARBERG<br>110 CHESHIRE LN STE 200<br>MINNEAPOLIS MN 55305<br>BQUARBERG@MARKARCH.COM | 000053P001-1448S-015<br>MARKUS HOCKENSON<br>ADDRESS INTENTIONALLY OMITTED<br>MHOCKENSON@COMCAST.NET |
| 000073P001-1448S-015<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY<br>P O BOX 24106701<br>ROUND ROCK TX 78680<br>TLEDAY@MVBALAW.COM | 000042P001-1448S-015<br>METLIFE GROUP BENEFITS<br>METLIFE SMALL BUSINESS CENTER<br>SHANNA CURRY<br>BOX # 804466<br>811 MAIN ST 7TH FLOOR<br>KANSAS CITY MO 64180-4466<br>SHANNA.CURRY@METLIFESERVICE.COM | 000072P001-1448S-015<br>METZ LEWIS BRODMAN MUST O'KEEFE LLC<br>JUSTIN M TUSKAN,ESQ<br>535 SMITHFIELD ST.,STE 800<br>PITTSBURGH PA 15222<br>JTUSKAN@METZLEWIS.COM | 000043P001-1448S-015<br>MICROSOFT ONLINE INC<br>PO BOX 847543<br>DALLAS TX 75284-7543<br>ADBILL@MICROSOFT.COM |
| 000052P001-1448S-015<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ROBERT J DEHNEY<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801<br>RDEHNEY@MNAT.COM | 000044P001-1448S-015<br>NEUSTAR INFO SVC INC<br>BANK OF AMERICA<br>HOMAN HAGHARI<br>PO BOX 742000<br>ATLANTA GA 30374-2000<br>NISBILLING@NEUSTAR.BIZ | 000044P001-1448S-015<br>NEUSTAR INFO SVC INC<br>BANK OF AMERICA<br>HOMAN HAGHARI<br>PO BOX 742000<br>ATLANTA GA 30374-2000<br>SUPPORT-INFOSERVICES@TEAM.NEUSTAR | 000076P001-1448S-015<br>OASIS MEDICAL<br>MATT KRALL<br>514 S VERMONT AVE<br>GLENDORA CA 91741<br>MKRALL@OASISMEDICAL.COM |
| 000039P001-1448S-015<br>OASIS MEDICAL INC<br>MONICA LOERA<br>514 SOUTH VERMONT AVE<br>GLENDORA CA 91741<br>MLOERA@OASISMEDICAL.COM | 000078P001-1448S-015<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (<br>DEB SECREST<br>PA- DEPT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST.,RM 925<br>HARRISBURG PA 17121<br>RA-LI-UCTS-BANKRUPTCY@STATE.PA.US | 000081P001-1448S-015<br>OFFIT KURMAN PA<br>STEPHEN A METZ,ESQ<br>4800 MONTGOMERY LANE, 9TH FLR<br>BETHESDA MD 20814<br>SMETZ@OFFITKURMAN.COM | 000064P001-1448S-015<br>OKLAHOMA COUNTY TREASURER<br>GRETCHEN CRAWFORD, ASST DISTRICT ATTORNEY<br>320 ROBERT S KERR, RM 505<br>OKLAHOMA CITY OK 73102<br>GRECRA@OKLAHOMACOUNTY.ORG |

# LVI Intermediate Holdings, Inc. et al.
## Electronic Mail
## Exhibit Pages

Page # : 3 of 3                                                                                                 06/18/2020 12:10:47 PM

| | | | |
|---|---|---|---|
| 000074P001-1448S-015<br>PEPPER HAMILTON LLP<br>KENNETH A LISTWAK<br>HERCULES PLAZA STE 5100<br>1313 N MARKET ST<br>WILMINGTON DE 19899-1709<br>LISTWAKK@PEPPERLAW.COM | 000055P001-1448S-015<br>RONALD ANTONIEWICZ<br>ADDRESS INTENTIONALLY OMITTED<br>RANTONIEWICZ@AOL.COM | 000032P001-1448S-015<br>ROSENBERG MEDIA<br>JAY ROSENBERG<br>14413 AUTUMN BRANCH TERRACE<br>BOYDS MD 20841<br>JAY@ROSENBERGMEDIA.COM | 000040P001-1448S-015<br>RP AVENTINE OFFICE OWNER LLC<br>M GONZALEZ<br>3953 MAPLE AVE STE 300<br>DALLAS TX 75219<br>MGONZALEZ@ROCKHILLMANAGEMENT.COM |
| 000038P001-1448S-015<br>SECURED COMMUNICATIONS INC<br>STEVE SYNENKO<br>3249 SE QUAY ST<br>PORT ST. LUCIE FL 34984<br>SCISYSTEMS@GMAIL.COM | 000016P001-1448S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000017P001-1448S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC  BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000075P001-1448S-015<br>SENSIS INC<br>JOSE VILLA<br>818 SOUTH BROADWAY STE 100<br>LOS ANGELES CA 90041<br>JRVILLA@SENSISAGENCY.COM |
| 000070P001-1448S-015<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919<br>EGOLDSTEIN@GOODWIN.COM | 000070P001-1448S-015<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919<br>BANKRUPTCY@GOODWIN.COM | 000070P001-1448S-015<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919<br>BANKRUPTCYPARALEGAL@GOODWIN.COM | 000058P001-1448S-015<br>SLOSBURG REAL PROPERTY<br>BRIAN SCHUKAR<br>10040 REGENCY CIRCLE<br>OMAHA NE 86114<br>BSCHUKAR@SLOSBURG.COM |
| 000029P001-1448S-015<br>STAPLES ADVANTAGE<br>DEPT ATL<br>JAMIE THOMAS<br>PO BOX 105748<br>ATLANTA GA 30348-5748<br>ARCREDITCARDTEAM@STAPLES.COM | 000029P001-1448S-015<br>STAPLES ADVANTAGE<br>DEPT ATL<br>JAMIE THOMAS<br>PO BOX 105748<br>ATLANTA GA 30348-5748<br>STAPLESCREDITSD@STAPLES.COM | 000034P001-1448S-015<br>TOWER 1555<br>DEBRA LAWSON<br>1555 PALM BEACH LAKES BLVD STE 1100<br>WEST PALM BEACH FL 33401<br>DLAWSON@ECCLESTONE.COM | 000034P001-1448S-015<br>TOWER 1555<br>DEBRA LAWSON<br>1555 PALM BEACH LAKES BLVD STE 1100<br>WEST PALM BEACH FL 33401<br>PROPERTYADMIN@ECCLESTONE.COM |
| 000005P001-1448S-015<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000036P001-1448S-015<br>VINCODO LLC<br>TIM DALY<br>1554 CLARK DR<br>YARDLY PA 19067<br>TDALY@VINCODO.COM | 000062P001-1448S-015<br>WILES & WILES LLP<br>VICTOR W NEWMARK,ESQ<br>800 KENNESAW AVE.,STE 400<br>MARIETTA GA 30060-7946<br>BANKRUPTCY@EVICT.NET | 000025P001-1448S-015<br>ZIEMER USA<br>CAROL DEPPING OR BETH PRATT<br>620 E 3RD ST<br>ALTON IL 62002<br>CAROL.DEPPING@ZIEMERGROUP.COM |
| 000025P001-1448S-015<br>ZIEMER USA<br>CAROL DEPPING OR BETH PRATT<br>620 E 3RD ST<br>ALTON IL 62002<br>BETH.PRATT@ZIEMERGROUP.COM | | | |

Records Printed :  69

**EXHIBIT 2**

## LVI Intermediate Holdings, Inc. et al.
### Exhibit Page

Page # : 1 of 1                                                               06/18/2020 01:14:18 PM

| | | | |
|---|---|---|---|
| 000013P001-1448S-015<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000006P001-1448S-015<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1448S-015<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000059P001-1448S-015<br>DOUGLAS EMMETT 2010 LLC<br>CARMELA VILLAGRACIA<br>1003 BISHOP ST<br>#440<br>HONOLULU HI 96813 |
| 000009P001-1448S-015<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000077P001-1448S-015<br>HONIGMAN LLP<br>LAWRENCE A LICHTMAN,ESQ<br>2290 FIRST NATIONAL BLDG<br>660 WOODWARD AVE<br>DETROIT MI 48226 | 000001P001-1448S-015<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1448S-015<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000010P001-1448S-015<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000003P001-1448S-015<br>OFFICE OF THE US TRUSTEE<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000078P001-1448S-015<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (<br>DEB SECREST<br>PA- DEPT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST.,RM 925<br>HARRISBURG PA 17121 | 000055P001-1448S-015<br>RONALD ANTONIEWICZ<br>ADDRESS INTENTIONALLY OMITTED |
| 000015P001-1448S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000012P001-1448S-015<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 | 000011P001-1448S-015<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | |

Records Printed :  **15**