**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re: LVI Intermediate Holdings Inc    Chapter  11  

                                              Case No.  20 - 11413  ( KBO )

**GOVERNMENT ATTORNEY CERTIFICATION**

     Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent  Maricopa County Treasurer  in this action: I am admitted to practice law in __(court(s))

  See Attachment

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

                                          /s/ Peter Muthig (AZ Bar No. 018526)

| | |
|---|---|
| Agency/Organization Name: | Maricopa County Attorney's Office |
| Address: | 225 W. Madison Avenue |
| | Phoenix, AZ 85003 |
| Phone: | (602) 506-1923 |
| Email: | muthigk@mcao.maricopa.gov |

Local Form 105A

**ATTACHMENT**

Admitted to practice law in the following Courts:
The United States Supreme Court
United States Court of Appeals for the Ninth Circuit
The United States District Court for the District of Arizona
The Supreme Court of Arizona
The United States District Courts for the Northern, Eastern and Central Districts of California, and the Supreme Court of California (currently voluntarily inactive in California)