# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LVI INTERMEDIATE HOLDINGS, INC., *et al.*, | Case No. 20-11413 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          )   ss:
COUNTY OF KINGS    )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 30th day of June, 2020, DRC, acting under my supervision, caused a true and accurate copy of the "*Notice of Rejection of Executory Contracts and Unexpired Leases and Abandonment of Property*" (Docket No. 266), to be served via electronic mail upon the parties as set forth in Exhibit 1; and via First Class US Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674);Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Vision Centers, LLC (8271); TLC Whitten Laser Eye Associates, LLC (0182); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of July, 2020, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
2nd day of July, 2020

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

LVI00040

# EXHIBIT 1

LVI00040

| | | | |
|---|---|---|---|
| 007512P001-1448A-040<br>BMOI BALLAS PLACE LLC<br>600 EMERSON RD STE 210<br>CREVE COEUR MO 63141<br>ZKONJICIJA@INTCRE.COM | 002660P001-1448A-040<br>BMOI BALLAS PLACE, LLC<br>LAURA CHAMBERS<br>600 EMERSON<br>STE 210<br>CREVE COEUR MO 63141<br>LCHAMBERS@INTCRE.COM | 002705P001-1448A-040<br>BRANDYWINE REALTY TRUST<br>BOB BARSON<br>PO BOX 826730<br>PHILADELPHIA PA 19182-6730<br>BOB.BARSON@BDNREIT.COM | 002629P001-1448A-040<br>BUTLER INVSMT GRP LLC/7088 BLDG<br>SCOTT BUTLER<br>2160 N FINE AVE<br>FRESNO CA 93727<br>SCOTT@TRBUTLER.COM |
| 000021P001-1448S-040<br>GOLDBERG KOHN<br>RANDALL L KLEIN<br>55 EAST MONROE STREET<br>SUITE 3300<br>CHICAGO IL 60603<br>RANDALL.KLEIN@GOLDBERGKOHN.COM | 000082P001-1448S-040<br>MORRIS JAMES LLP<br>ERIC J MONZO;BRYA M KEILSON<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>EMONZO@MORRISJAMES.COM | 000082P001-1448S-040<br>MORRIS JAMES LLP<br>ERIC J MONZO;BRYA M KEILSON<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>BKEILSON@MORRISJAMES.COM | 000052P001-1448S-040<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ROBERT J DEHNEY<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801<br>RDEHNEY@MNAT.COM |
| 000083P001-1448S-040<br>MORRISON & FOERSTER LLP<br>TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019<br>TGOREN@MOFO.COM | 000083P001-1448S-040<br>MORRISON & FOERSTER LLP<br>TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019<br>MLIGHTNER@MOFO.COM | 000083P001-1448S-040<br>MORRISON & FOERSTER LLP<br>TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019<br>AKISSNER@MOFO.COM | 000091P001-1448S-040<br>OFFICE OF THE U.S. TRUSTEE<br>KAREN E. STARR, CPA<br>BANKRUPTCY ANALYST<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>WILMINGTON DELAWARE 19801<br>KAREN.E.STARR@USDOJ.GOV |
| 000003P002-1448S-040<br>OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER, ESQ<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>RICHARD.SCHEPACARTER@USDOJ.GOV | 002699P001-1448A-040<br>PARMENTER / ROCKY POINT CENTRE<br>DENISE RUE<br>PO BOX 743578<br>ATLANTA GA 30374-3578<br>DRUE@PARMCO.COM | 002657P002-1448A-040<br>SHAREHOLDER VALUE LTD<br>SCOTT CAIN<br>5307 WEST LOOP 289<br>STE 201<br>LUBBOCK TX 79414<br>SCOTT@TIGRISLLC.NET | 002657P002-1448A-040<br>SHAREHOLDER VALUE LTD<br>SCOTT CAIN<br>5307 WEST LOOP 289<br>STE 201<br>LUBBOCK TX 79414<br>DIANA@TIGRISLLC.NET |
| 007625P001-1448A-040<br>SHAREHOLDER VALUE LTD<br>5307 WEST LOOP 289 STE 201<br>LUBBOCK TX 79414<br>DIANA@TIGRISLLC.NET | | | |

Records Printed :   17

# **EXHIBIT 2**

LVI00040

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Page

Page # : 1 of 1                                                                                             06/30/2020 10:39:42 PM

| | | | |
|---|---|---|---|
| 007512P001-1448A-040<br>BMOI BALLAS PLACE LLC<br>600 EMERSON RD STE 210<br>CREVE COEUR MO 63141 | 002660P001-1448A-040<br>BMOI BALLAS PLACE, LLC<br>LAURA CHAMBERS<br>600 EMERSON<br>STE 210<br>CREVE COEUR MO 63141 | 002705P001-1448A-040<br>BRANDYWINE REALTY TRUST<br>BOB BARSON<br>PO BOX 826730<br>PHILADELPHIA PA 19182-6730 | 007518P001-1448A-040<br>BUTLER INVESTMENT GROUP LLC<br>ROBERT L JENSEN AND ASSOCIATES<br>2160 N FINE AVE<br>FRESNO CA 93727 |
| 002629P001-1448A-040<br>BUTLER INVSMT GRP LLC/7088 BLDG<br>SCOTT BUTLER<br>2160 N FINE AVE<br>FRESNO CA 93727 | 000021P001-1448S-040<br>GOLDBERG KOHN<br>RANDALL L KLEIN<br>55 EAST MONROE STREET<br>SUITE 3300<br>CHICAGO IL 60603 | 000082P001-1448S-040<br>MORRIS JAMES LLP<br>ERIC J MONZO;BRYA M KEILSON<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801 | 000052P001-1448S-040<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ROBERT J DEHNEY<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801 |
| 000083P001-1448S-040<br>MORRISON & FOERSTER LLP<br>TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019 | 000091P001-1448S-040<br>OFFICE OF THE U.S. TRUSTEE<br>KAREN E. STARR, CPA<br>BANKRUPTCY ANALYST<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>WILMINGTON DELAWARE 19801 | 000003P002-1448S-040<br>OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER, ESQ<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 002699P001-1448A-040<br>PARMENTER / ROCKY POINT CENTRE<br>DENISE RUE<br>PO BOX 743578<br>ATLANTA GA 30374-3578 |
| 002657P002-1448A-040<br>SHAREHOLDER VALUE LTD<br>SCOTT CAIN<br>5307 WEST LOOP 289<br>STE 201<br>LUBBOCK TX 79414 | 007625P001-1448A-040<br>SHAREHOLDER VALUE LTD<br>5307 WEST LOOP 289 STE 201<br>LUBBOCK TX 79414 | 007626P001-1448A-040<br>SILVER CREEK LLC<br>PO BOX 675431<br>RANCHO SANTA FE CA 92067 | |

Records Printed :  15