# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LVI INTERMEDIATE HOLDINGS, INC., *et al.*, | Case No. 20-11413 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 29th day of June, 2020, DRC, acting under my supervision, caused a true and accurate copy of the "Order Authorizing the Sale of Miscellaneous Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, Interests and Encumbrances" (Docket No. 251), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via First Class US Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 3rd day of July, 2020, Brooklyn, New York.

By /s/ Sung Jae Kim
   Sung Kim

Sworn before me this
3rd day of July, 2020

/s/ John Burlacu
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these cases, along with the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674); Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Vision Centers, LLC (8271); TLC Whitten Laser Eye Associates, LLC (0182); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000067P001-1448S-036<br>ALORICA INC<br>DANIELLE EVANS<br>5161 CALIFORNIA AVE.,STE 100<br>IRVINE CA 92617<br>DANIELLE.EVANS@ALORICA.COM | 000080P001-1448S-036<br>BURR & FORMAN LLP<br>RICHARD A ROBINSON,ESQ<br>1201 N MARKET ST.,STE 1407<br>WILMINGTON DE 19801<br>RROBINSON@BURR.COM | 000071P001-1448S-036<br>CAMPBELL & LEVINE LLC<br>MARK T HURFORD,ESQ<br>222 DELAWARE AVE.,STE 1620<br>WILMINGTON DE 19801<br>MHURFORD@CAMLEV.COM | 000020P001-1448S-036<br>COLE SCHOTZ P.C.<br>G. DAVID DEAN<br>500 DELAWARE AVE<br>SUITE 1410<br>WILMINGTON DE 19801<br>DDEAN@COLESCHOTZ.COM |
| 000079P001-1448S-036<br>FORCHELLI DEEGAN TERRANA LLP<br>GERARD R LUCKMAN<br>333 EARLE OVINGTON BLVD.,STE 1010<br>UNIONDALE NY 11553<br>GLUCKMAN@FORCHELLILAW.COM | 000066P001-1448S-036<br>FURR AND COHEN PA<br>ROBERT C FURR,ESQ<br>2255 GLADES RD.,STE 301E<br>BOCA RATON FL 33431<br>RFURR@FURRCOHEN.COM | 000066P001-1448S-036<br>FURR AND COHEN PA<br>ROBERT C FURR,ESQ<br>2255 GLADES RD.,STE 301E<br>BOCA RATON FL 33431<br>LTITUS@FURRCOHEN.COM | 000069P001-1448S-036<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801<br>MELOROD@GTLAW.COM |
| 000068P001-1448S-036<br>GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131<br>NEWMANAR@GTLAW.COM | 000063P001-1448S-036<br>KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN,ESQ<br>401 S 2ND ST.,STE 200<br>PHILADELPHIA PA 19147<br>KURTZMAN@KURTZMANSTEADY.COM | 000061P001-1448S-036<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY, STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | 000085P001-1448S-036<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| 000065P001-1448S-036<br>LINEBARGER GOOGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>112 E PECAN ST.,STE 2200<br>SAN ANTONIO TX 78205<br>SANANTONIO.BANKRUPTCY@PUBLICANS.COM | 000073P001-1448S-036<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY<br>P O BOX 24106701<br>ROUND ROCK TX 78680<br>TLEDAY@MVBALAW.COM | 000072P001-1448S-036<br>METZ LEWIS BRODMAN MUST O'KEEFE LLC<br>JUSTIN M TUSKAN,ESQ<br>535 SMITHFIELD ST.,STE 800<br>PITTSBURGH PA 15222<br>JTUSKAN@METZLEWIS.COM | 000088P001-1448S-036<br>MEYERS ROMAN FRIEDBERG & LEWIS LPA<br>DAVID M NEUMANN<br>28601 CHAGRIN BLVD.,STE 600<br>CLEVELAND OH 44122<br>DNEUMANN@MEYERSROMAN.COM |
| 000086P001-1448S-036<br>MILLER NASH GRAHAM & DUNN LLP<br>JOHN R KNAPP JR<br>PIER 70<br>2801 ALASKAN WAY STE 300<br>SEATTLE WA 98121<br>JOHN.KNAPP@MILLERNASH.COM | 000082P001-1448S-036<br>MORRIS JAMES LLP<br>ERIC J MONZO;BRYA M KEILSON<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>EMONZO@MORRISJAMES.COM | 000082P001-1448S-036<br>MORRIS JAMES LLP<br>ERIC J MONZO;BRYA M KEILSON<br>500 DELAWARE AVE.,STE 1500<br>WILMINGTON DE 19801<br>BKEILSON@MORRISJAMES.COM | 000083P001-1448S-036<br>MORRISON & FOERSTER LLP<br>TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019<br>TGOREN@MOFO.COM |
| 000083P001-1448S-036<br>MORRISON & FOERSTER LLP<br>TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019<br>MLIGHTNER@MOFO.COM | 000083P001-1448S-036<br>MORRISON & FOERSTER LLP<br>TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER<br>250 WEST 55TH ST<br>NEW YORK NY 10019<br>AKISSNER@MOFO.COM | 000081P001-1448S-036<br>OFFIT KURMAN PA<br>STEPHEN A METZ,ESQ<br>4800 MONTGOMERY LANE, 9TH FLR<br>BETHESDA MD 20814<br>SMETZ@OFFITKURMAN.COM | 000074P001-1448S-036<br>PEPPER HAMILTON LLP<br>KENNETH A LISTWAK<br>HERCULES PLAZA STE 5100<br>1313 N MARKET ST<br>WILMINGTON DE 19899-1709<br>LISTWAKK@PEPPERLAW.COM |

| | | | |
|---|---|---|---|
| 000087P001-1448S-036<br>SIRLIN LESSER & BENSON PC<br>DANA S PLON,ESQ<br>123 SOUTH BROAD ST.,STE 2100<br>PHILADELPHIA PA 19109<br>DPLON@SIRLINLAW.COM | 000092P002-1448S-036<br>TN DEPT OF REVENUE<br>LAURA L MCCLOUD, SR ASST ATTORNEY GENERAL<br>TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>P O BOX 20207<br>NASHVILLE TN 37202-0207<br>AGBANKDELAWARE@AG.TN.GOV | 000089P001-1448S-036<br>WIECK DELUCA & GEMMA INCORPORATED<br>ROBERT D WIECK,ESQ<br>ONE TURKS HEAD PLACE, STE 1300<br>PROVIDENCE RI 02903<br>RWIECK@WDGLAW.COM | 000090P001-1448S-036<br>WIECK DELUCA & GEMMA INCORPORATED<br>CHRISTINE L BAGLIONI,ESQ<br>ONE TURKS HEAD PLACE STE 1300<br>PROVIDENCE RI 02903<br>CBAGLIONI@WDGLAW.COM |
| 000062P001-1448S-036<br>WILES & WILES LLP<br>VICTOR W NEWMARK,ESQ<br>800 KENNESAW AVE.,STE 400<br>MARIETTA GA 30060-7946<br>BANKRUPTCY@EVICT.NET | | | |

Records Printed :   **29**

**EXHIBIT 2**

## LVI Intermediate Holdings, Inc. et al.
### Exhibit Page

Page # : 1 of 1  06/29/2020 04:54:17 PM

009950P001-1448A-037
GOLD COAST OPHTHALMIC INSTRUMENT
3600 S CONGRESS AVE
STE C
BOYNTON BEACH FL 33426

Records Printed : 1

## LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 1 of 3                                                                                                          06/29/2020 04:35:10 PM

| | | | |
|---|---|---|---|
| 000022P001-1448S-036<br>ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | 000023P001-1448S-036<br>AMERICAN EXPRESS<br>AUSTIN SIEGFRIED<br>PO BOX 650448<br>DALLAS TX 75265-0448 | 000033P001-1448S-036<br>AMO SALES AND SVC INC<br>GERARD SHIN<br>PO BOX 74007099<br>CHICAGO IL 60674-7099 | 000031P001-1448S-036<br>AMOBEE INC<br>MEGAN REIFEISS<br>PO BOX 894409<br>LOS ANGELES CA 90189 |
| 000013P001-1448S-036<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000054P001-1448S-036<br>BEN COOK<br>ADDRESS INTENTIONALLY OMITTED | 000057P001-1448S-036<br>BRACE WOOD<br>SARA TAYLOR<br>1400 E EXPRESSWAY 83<br>SUITE 155<br>MCALLEN TX 78503 | 000026P001-1448S-036<br>CENTURYLINK<br>MIGUEL ZELAYA<br>PO BOX 52187<br>PHOENIX AZ 85072-2187 |
| 000056P001-1448S-036<br>CLINICAL PROPERTY HOLDINGS, LLC<br>ERIC SOLHEIM<br>653 COLLINS MEADOW DRVIE<br>GEORGETOWN SC 29940 | 000020P001-1448S-036<br>COLE SCHOTZ P.C.<br>G. DAVID DEAN<br>500 DELAWARE AVE<br>SUITE 1410<br>WILMINGTON DE 19801 | 000027P001-1448S-036<br>DAVIS VISION INC<br>PAT CERVINO<br>175 EAST HOUSTON S<br>SAN ANTONIO TX 78205 | 000014P001-1448S-036<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 |
| 000008P002-1448S-036<br>DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000004P001-1448S-036<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000006P001-1448S-036<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1448S-036<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| 000059P001-1448S-036<br>DOUGLAS EMMETT 2010 LLC<br>CARMELA VILLAGRACIA<br>1003 BISHOP ST<br>#440<br>HONOLULU HI 96813 | 000030P001-1448S-036<br>FACEBOOK INC<br>1601 WILLOW RD<br>MENLO PARK CA 94025 | 000009P001-1448S-036<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000021P001-1448S-036<br>GOLDBERG KOHN<br>RANDALL L KLEIN<br>55 EAST MONROE STREET<br>SUITE 3300<br>CHICAGO IL 60603 |
| 000024P001-1448S-036<br>GOOGLE INC<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW CA 94043 | 000028P001-1448S-036<br>HENRY SCHEIN INC<br>HEATHER STEPHENS<br>PO BOX 371952<br>PITTSBURGH PA 15250-7952 | 000077P001-1448S-036<br>HONIGMAN LLP<br>LAWRENCE A LICHTMAN,ESQ<br>2290 FIRST NATIONAL BLDG<br>660 WOODWARD AVE<br>DETROIT MI 48226 | 000041P001-1448S-036<br>HW HOLLINGER CANADA INC<br>ROBERTO MANCUSO<br>550 RUE SHERBROOKE O STE 2070<br>MONTREAL QC H3A1B9<br>CANADA |
| 000001P001-1448S-036<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1448S-036<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000037P001-1448S-036<br>MARKETING ARCHITECTS<br>B QUARBERG<br>110 CHESHIRE LN STE 200<br>MINNEAPOLIS MN 55305 | 000053P001-1448S-036<br>MARKUS HOCKENSON<br>ADDRESS INTENTIONALLY OMITTED |

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

Page # : 2 of 3                                                                                                       06/29/2020 04:35:10 PM

| | | | |
|---|---|---|---|
| 000042P001-1448S-036<br>METLIFE GROUP BENEFITS<br>METLIFE SMALL BUSINESS CENTER<br>SHANNA CURRY<br>BOX # 804466<br>811 MAIN ST 7TH FLOOR<br>KANSAS CITY MO 64180-4466 | 000010P001-1448S-036<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000043P001-1448S-036<br>MICROSOFT ONLINE INC<br>PO BOX 847543<br>DALLAS TX 75284-7543 | 000084P001-1448S-036<br>MISSOURI DEPT OF REVENUE<br>STEVEN A GINTHER, SPECIAL ASST ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>BANKRUPTCY UNIT<br>P.O. BOX 475<br>JEFFERSON CITY MO 65105-0475 |
| 000052P001-1448S-036<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ROBERT J DEHNEY<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801 | 000044P001-1448S-036<br>NEUSTAR INFO SVC INC<br>BANK OF AMERICA<br>HOMAN HAGHARI<br>PO BOX 742000<br>ATLANTA GA 30374-2000 | 000076P001-1448S-036<br>OASIS MEDICAL<br>MATT KRALL<br>514 S VERMONT AVE<br>GLENDORA CA 91741 | 000039P001-1448S-036<br>OASIS MEDICAL INC<br>MONICA LOERA<br>514 SOUTH VERMONT AVE<br>GLENDORA CA 91741 |
| 000091P001-1448S-036<br>OFFICE OF THE U.S. TRUSTEE<br>KAREN E. STARR, CPA<br>BANKRUPTCY ANALYST<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>WILMINGTON DELAWARE 19801 | 000003P002-1448S-036<br>OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER, ESQ<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000078P001-1448S-036<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (<br>DEB SECREST<br>PA- DEPT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST.,RM 925<br>HARRISBURG PA 17121 | 000064P001-1448S-036<br>OKLAHOMA COUNTY TREASURER<br>GRETCHEN CRAWFORD, ASST DISTRICT ATTORNEY<br>320 ROBERT S KERR, RM 505<br>OKLAHOMA CITY OK 73102 |
| 000055P001-1448S-036<br>RONALD ANTONIEWICZ<br>ADDRESS INTENTIONALLY OMITTED | 000032P001-1448S-036<br>ROSENBERG MEDIA<br>JAY ROSENBERG<br>14413 AUTUMN BRANCH TERRACE<br>BOYDS MD 20841 | 000040P001-1448S-036<br>RP AVENTINE OFFICE OWNER LLC<br>M GONZALEZ<br>3953 MAPLE AVE STE 300<br>DALLAS TX 75219 | 000038P001-1448S-036<br>SECURED COMMUNICATIONS INC<br>STEVE SYNENKO<br>3249 SE QUAY ST<br>PORT ST. LUCIE FL 34984 |
| 000015P001-1448S-036<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE   BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000016P001-1448S-036<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 | 000017P001-1448S-036<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000075P001-1448S-036<br>SENSIS INC<br>JOSE VILLA<br>818 SOUTH BROADWAY STE 100<br>LOS ANGELES CA 90041 |
| 000070P001-1448S-036<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 | 000058P001-1448S-036<br>SLOSBURG REAL PROPERTY<br>BRIAN SCHUKAR<br>10040 REGENCY CIRCLE<br>OMAHA NE 86114 | 000012P001-1448S-036<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 | 000029P001-1448S-036<br>STAPLES ADVANTAGE<br>DEPT ATL<br>JAMIE THOMAS<br>PO BOX 105748<br>ATLANTA GA 30348-5748 |
| 000034P001-1448S-036<br>TOWER 1555<br>DEBRA LAWSON<br>1555 PALM BEACH LAKES BLVD STE 1100<br>WEST PALM BEACH FL 33401 | 000005P001-1448S-036<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000011P001-1448S-036<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 000036P001-1448S-036<br>VINCODO LLC<br>TIM DALY<br>1554 CLARK DR<br>YARDLY PA 19067 |

## LVI Intermediate Holdings, Inc. et al.
### Exhibit Pages

Page # : 3 of 3                                                                                     06/29/2020 04:35:10 PM

000025P001-1448S-036
ZIEMER USA
CAROL DEPPING OR BETH PRATT
620 E 3RD ST
ALTON IL 62002

Records Printed : 57