# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LVI INTERMEDIATE HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter: 11<br><br>Case No. 20-11413 (KBO)<br>(Jointly Administered)<br><br>**Obj. Deadline: July 21, 2020 at 4:00 p.m. (ET)**<br>**Hearing Date: July 28, 2020 at 1:00 p.m. (ET)** |

## NOTICE OF APPLICATION

On July 7, 2020, the Official Committee of Unsecured Creditors (the "Applicant") filed the Application for an Order Authorizing and Approving the Employment of Morrison & Foerster LLP as Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to June 16, 2020 (the "Application").

If you object to the relief requested by the Application, you are required to file a response on or before **July 21, 2020 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon Applicant's proposed attorneys:

| | |
|---|---|
| Jeffrey R. Waxman, Esquire | Todd M. Goren, Esquire |
| Eric J. Monzo, Esquire | Mark A. Lightner, Esquire |
| Brya M. Keilson, Esquire | Andrew Kissner, Esquire |
| Morris James LLP | Morrison & Foerster LLP |
| 500 Delaware Avenue, Suite 1500 | 250 West 55th Street |
| Wilmington, DE 19801 | New York, NY 10019 |
| Telephone: (302) 888-6800 | Telephone: (212) 468-8000 |
| Facsimile (302) 571-1750 | Facsimile: (212) 468-7900 |
| E-mail: jwaxman@morrisjames.com | E-mail: tgoren@mofo.com |
| E-mail: emonzo@morrisjames.com | E-mail: mlightner@mofo.com |
| E-mail: bkeilson@morrisjames.com | E-mail: akissner@mofo.com |

---

[1] The Debtors in these cases, along with the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674); Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Vision Centers, LLC (8271); TLC Whitten Laser Eye Associates, LLC (0182); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

2

   If objections are filed, a hearing on the Application will be held on **July 28, 2020 at 1:00 p.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware.

   **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 7, 2020

               */s/ Todd M. Goren*
               Todd M. Goren