# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LVI INTERMEDIATE HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter: 11<br><br>Case No. 20-11413 (KBO)<br>(Jointly Administered)<br><br>**Obj. Deadline: July 21, 2020 at 4:00 p.m. (ET)**<br>**Hearing Date: July 28, 2020 at 1:00 p.m. (ET)** |

## NOTICE OF APPLICATION

On July 7, 2020, the Official Committee of Unsecured Creditors (the "Applicant") filed the Application for an Order Authorizing and Approving the Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to June 16, 2020 (the "Application").

If you object to the relief requested by the Application, you are required to file a response on or before **July 21, 2020 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon Applicant's proposed attorneys:

| | |
|---|---|
| Jeffrey R. Waxman, Esquire | Todd M. Goren, Esquire |
| Eric J. Monzo, Esquire | Mark A. Lightner, Esquire |
| Brya M. Keilson, Esquire | Andrew Kissner, Esquire |
| Morris James LLP | Morrison & Foerster LLP |
| 500 Delaware Avenue, Suite 1500 | 250 West 55th Street |
| Wilmington, DE 19801 | New York, NY 10019 |
| Telephone: (302) 888-6800 | Telephone: (212) 468-8000 |
| Facsimile (302) 571-1750 | Facsimile: (212) 468-7900 |
| E-mail: jwaxman@morrisjames.com | E-mail: tgoren@mofo.com |
| E-mail: emonzo@morrisjames.com | E-mail: mlightner@mofo.com |
| E-mail: bkeilson@morrisjames.com | E-mail: akissner@mofo.com |

If objections are filed, a hearing on the Application will be held on **July 28, 2020 at 1:00 p.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware.

---

[1] The Debtors in these cases, along with the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674); Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Vision Centers, LLC (8271); TLC Whitten Laser Eye Associates, LLC (0182); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

11835752/1

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 7, 2020                                 */s/ Jeffrey R. Waxman*
                                                    Jeffrey R. Waxman, Esquire