# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LVI INTERMEDIATE HOLDINGS, INC. et al., | ) | Case No. 20-11413 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2020, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the:

**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MORRISON & FOERSTER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JUNE 16, 2020**
**[D.I. 286]**

**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF MORRIS JAMES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JUNE 16, 2020**
**[D.I. 287]**

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 1103 AND 328 AND BANKRUPTCY RULE 2014(A) (I) APPROVING THE EMPLOYMENT AND RETENTION OF GAVIN/SOLMONESE LLC *NUNC PRO TUNC* TO JUNE 23, 2020, AS FINANCIAL ADVISOR TO THE COMMITTEE**
**[D.I. 288]**

upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via US mail on the parties listed below.

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)

11835838/1

| | | |
|---|---|---|
| ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | ALORICA INC<br>DANIELLE EVANS<br>5161 CALIFORNIA AVE.,STE 100<br>IRVINE CA 92617 | AMERICAN EXPRESS<br>AUSTIN SIEGFRIED<br>PO BOX 650448<br>DALLAS TX 75265-0448 |
| AMO SALES AND SVC INC<br>GERARD SHIN<br>PO BOX 74007099<br>CHICAGO IL 60674-7099 | AMOBEE INC<br>MEGAN REIFEISS<br>PO BOX 894409<br>LOS ANGELES CA 90189 | ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 |
| BALLARD SPAHR LLP<br>DUSTIN P BRANCH;JESSICA M SIMON<br>2029 CENTURY PARK EAST STE 800<br>LOS ANGELES CA 90067- 2909 | BALLARD SPAHR LLP<br>LESLIE C HEILMAN;LAUREL D ROGLEN<br>919 N MARKET ST.,11TH FLOOR<br>WILMINGTON DE 19801-3034 | BEN COOK<br>ADDRESS INTENTIONALLY OMITTED |
| BRACE WOOD<br>SARA TAYLOR<br>1400 E EXPRESSWAY 83<br>SUITE 155<br>MCALLEN TX 78503 | BURR & FORMAN LLP<br>RICHARD A ROBINSON,ESQ<br>1201 N MARKET ST.,STE 1407<br>WILMINGTON DE 19801 | CAMPBELL & LEVINE LLC<br>MARK T HURFORD,ESQ<br>222 DELAWARE AVE.,STE 1620<br>WILMINGTON DE 19801 |
| CENTURYLINK<br>MIGUEL ZELAYA<br>PO BOX 52187<br>PHOENIX AZ 85072-2187 | CLINICAL PROPERTY HOLDINGS, LLC<br>ERIC SOLHEIM<br>653 COLLINS MEADOW DRVIE<br>GEORGETOWN SC 29940 | COLE SCHOTZ P.C.<br>G. DAVID DEAN<br>500 DELAWARE AVE<br>SUITE 1410<br>WILMINGTON DE 19801 |
| COLE SCHOTZ P.C.<br>NORMAN L PERNICK<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801 | COLE SCHOTZ P.C.<br>G DAVID DEAN<br>500 DELAWARE AVE<br>STE 1410<br>WILMINGTON DELAWARE 19801 | CROSS & SIMON LLC<br>CHRISTOPHER P SIMON;KEVIN S MANN<br>1105 N MARKET ST.,STE 901<br>WILMINGTON DE 19801 |
| DAVIS VISION INC<br>PAT CERVINO<br>175 EAST HOUSTON S<br>SAN ANTONIO TX 78205 | DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | DELAWARE DIVISION OF REVENUE<br>CHRISTINA ROJAS<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| DOUGLAS EMMETT 2010 LLC<br>CARMELA VILLAGRACIA<br>1003 BISHOP ST<br>#440<br>HONOLULU HI 96813 | FACEBOOK INC<br>1601 WILLOW RD<br>MENLO PARK CA 94025 | FORCHELLI DEEGAN TERRANA LLP<br>GERARD R LUCKMAN<br>333 EARLE OVINGTON BLVD.,STE 1010<br>UNIONDALE NY 11553 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FURR AND COHEN PA<br>ROBERT C FURR,ESQ<br>2255 GLADES RD.,STE 301E<br>BOCA RATON FL 33431 | GOLDBERG KOHN<br>RANDALL L KLEIN<br>55 EAST MONROE STREET<br>SUITE 3300<br>CHICAGO IL 60603 |

| | | |
|---|---|---|
| GOOGLE INC<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW CA 94043 | GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST.,STE 1200<br>WILMINGTON DE 19801 | GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE.,STE 4400<br>MIAMI FL 33131 |
| HENRY SCHEIN INC<br>HEATHER STEPHENS<br>PO BOX 371952<br>PITTSBURGH PA 15250-7952 | HONIGMAN LLP<br>LAWRENCE A LICHTMAN,ESQ<br>2290 FIRST NATIONAL BLDG<br>660 WOODWARD AVE<br>DETROIT MI 48226 | HW HOLLINGER CANADA INC<br>ROBERTO MANCUSO<br>550 RUE SHERBROOKE O STE 2070<br>MONTREAL QC H3A1B9<br>CANADA |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN,ESQ<br>401 S 2ND ST.,STE 200<br>PHILADELPHIA PA 19147 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY, STE 1000<br>DALLAS TX 75207 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | LINEBARGER GOOGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>112 E PECAN ST.,STE 2200<br>SAN ANTONIO TX 78205 |
| LVI INTERMEDIATE HOLDINGS, INC.<br>LISA MELAMED, INTERIM CEO<br>1555 PALM BEACH LAKES BLVD<br>SUITE 600<br>WEST PALM BEACH FL 33401 | MARICOPA COUNTY TREASURER<br>PETER MUTHIG<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>225 W MADISON AVE<br>PHOENIX AZ 85003 | MARKETING ARCHITECTS<br>B QUARBERG<br>110 CHESHIRE LN STE 200<br>MINNEAPOLIS MN 55305 |
| MARKUS HOCKENSON<br>ADDRESS INTENTIONALLY OMITTED | MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY<br>P O BOX 24106701<br>ROUND ROCK TX 78680 | METLIFE GROUP BENEFITS<br>METLIFE SMALL BUSINESS CENTER<br>SHANNA CURRY<br>BOX # 804466<br>811 MAIN ST 7TH FLOOR<br>KANSAS CITY MO 64180-4466 |
| METZ LEWIS BRODMAN MUST O'KEEFE LLC<br>JUSTIN M TUSKAN,ESQ<br>535 SMITHFIELD ST.,STE 800<br>PITTSBURGH PA 15222 | MEYERS ROMAN FRIEDBERG & LEWIS LPA<br>DAVID M NEUMANN<br>28601 CHAGRIN BLVD.,STE 600<br>CLEVELAND OH 44122 | MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 |
| MICROSOFT ONLINE INC<br>PO BOX 847543<br>DALLAS TX 75284-7543 | MILLER NASH GRAHAM & DUNN LLP<br>JOHN R KNAPP JR<br>PIER 70<br>2801 ALASKAN WAY STE 300<br>SEATTLE WA 98121 | MISSOURI DEPT OF REVENUE<br>STEVEN A GINTHER, SPECIAL ASST ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>BANKRUPTCY UNIT<br>P.O. BOX 475<br>JEFFERSON CITY MO 65105-0475 |
| NEUSTAR INFO SVC INC<br>BANK OF AMERICA<br>HOMAN HAGHARI<br>PO BOX 742000<br>ATLANTA GA 30374-2000 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ROBERT J DEHNEY<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801 | OASIS MEDICAL INC<br>MONICA LOERA<br>514 SOUTH VERMONT AVE<br>GLENDORA CA 91741 |
| OFFICE OF THE U.S. TRUSTEE<br>KAREN E. STARR, CPA<br>BANKRUPTCY ANALYST<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>WILMINGTON DELAWARE 19801 | OASIS MEDICAL<br>MATT KRALL<br>514 S VERMONT AVE<br>GLENDORA CA 91741 | OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (UCTS)<br>DEB SECREST<br>PA- DEPT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST.,RM 925<br>HARRISBURG PA 17121 |

| | | |
|---|---|---|
| OFFIT KURMAN PA<br>STEPHEN A METZ,ESQ<br>4800 MONTGOMERY LANE, 9TH FLR<br>BETHESDA MD 20814 | OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER, ESQ<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | PEPPER HAMILTON LLP<br>KENNETH A LISTWAK<br>HERCULES PLAZA STE 5100<br>1313 N MARKET ST<br>WILMINGTON DE 19899-1709 |
| RONALD ANTONIEWICZ<br>ADDRESS INTENTIONALLY OMITTED | OKLAHOMA COUNTY TREASURER<br>GRETCHEN CRAWFORD, ASST DISTRICT ATTORNEY<br>320 ROBERT S KERR, RM 505<br>OKLAHOMA CITY OK 73102 | RP AVENTINE OFFICE OWNER LLC<br>M GONZALEZ<br>3953 MAPLE AVE STE 300<br>DALLAS TX 75219 |
| SECURED COMMUNICATIONS INC<br>STEVE SYNENKO<br>3249 SE QUAY ST<br>PORT ST. LUCIE FL 34984 | ROSENBERG MEDIA<br>JAY ROSENBERG<br>14413 AUTUMN BRANCH TERRACE<br>BOYDS MD 20841 | SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 |
| SIRLIN LESSER & BENSON PC<br>DANA S PLON,ESQ<br>123 SOUTH BROAD ST.,STE 2100<br>PHILADELPHIA PA 19109 | SENSIS INC<br>JOSE VILLA<br>818 SOUTH BROADWAY STE 100<br>LOS ANGELES CA 90041 | SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GDN ST<br>PHILADELPHIA PA 19123 |
| STAPLES ADVANTAGE<br>DEPT ATL<br>JAMIE THOMAS<br>PO BOX 105748<br>ATLANTA GA 30348-5748 | SLOSBURG REAL PROPERTY<br>BRIAN SCHUKAR<br>10040 REGENCY CIRCLE<br>OMAHA NE 86114 | TOWER 1555<br>DEBRA LAWSON<br>1555 PALM BEACH LAKES BLVD STE 1100<br>WEST PALM BEACH FL 33401 |
| US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | TN DEPT OF REVENUE<br>LAURA L MCCLOUD, SR ASST ATTORNEY GENERAL<br>TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>P O BOX 20207<br>NASHVILLE TN 37202-0207 | VINCODO LLC<br>TIM DALY<br>1554 CLARK DR<br>YARDLY PA 19067 |
| WIECK DELUCA & GEMMA INCORPORATED<br>ROBERT D WIECK,ESQ<br>ONE TURKS HEAD PLACE, STE 1300<br>PROVIDENCE RI 02903 | US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | WILES & WILES LLP<br>VICTOR W NEWMARK,ESQ<br>800 KENNESAW AVE.,STE 400<br>MARIETTA GA 30060-7946 |
| ZIEMER USA<br>CAROL DEPPING OR BETH PRATT<br>620 E 3RD ST<br>ALTON IL 62002 | WIECK DELUCA & GEMMA INCORPORATED<br>CHRISTINE L BAGLIONI,ESQ<br>ONE TURKS HEAD PLACE STE 1300<br>PROVIDENCE RI 02903 | |