**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LVI INTERMEDIATE HOLDINGS, INC., *et al.,* | Case No. 20-11413 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        )   ss:
COUNTY OF KINGS         )

I, Winnie Yeung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 7th day of July, 2020, DRC, acting under my supervision, caused a true and accurate copy of the "Notice of Chapter 11 Bankruptcy Case" (Docket No. 95), to be served via First Class US Mail upon the parties as set forth on Exhibit 1, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of July, 2020, Brooklyn, New York.

By _____
                                          Winnie Yeung

Sworn before me this
8th day of July, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1] The Debtors in these cases, along with the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674);Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Vision Centers, LLC (8271); TLC Whitten Laser Eye Associates, LLC (0182); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

LVI00010B

.

# EXHIBIT 1

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 011874P001-1448A-010B<br>1ST SOLUTION PEST CONTROL<br>PO BOX 972506<br>MIAMI FL 33197 | 011749P001-1448A-010B<br>40 RICHARDS LLC<br>187 DANBURY RD<br>WILTON CT 06897 | 011750P001-1448A-010B<br>9601 BLACKWELL ICJV LLC<br>9601 BLACKWELL RD<br>ROCKVILLE MD 20850 | 011907P001-1448A-010B<br>A AND T 287277669170 CC REGIONS<br>AT AND T 287277669170<br>PO BOX 6463<br>CAROL STREAM IL 60197-6463 |
| 011875P001-1448A-010B<br>A B FIRE EQUIPMENT<br>2759 N WN 19TH ST<br>POMPANO BEACH FL 33069 | 009391P002-1448A-010B<br>ABB OPTICAL GROUP<br>12301 NW 39TH ST<br>CORAL SPRINGS FL 33065 | 011876P001-1448A-010B<br>ABBA OPTICAL INC<br>PO BOX 815519<br>DALLAS TX 75381-5519 | 011752P001-1448A-010B<br>ACACIA COURT<br>PO BOX 82552<br>GOLETA CA 93118-2552 |
| 011877P001-1448A-010B<br>ACCESS INFORMATION PROTECTED<br>500 UNICORN PK DR STE 503<br>WOBURN MA 01801 | 011878P001-1448A-010B<br>ACCOUNTING PRINCIPALS INC<br>DEPT CH 14031<br>PALATINE IL 60055 | 011879P001-1448A-010B<br>AETNA INC USE AETN0001<br>151 FARMINGTON AVE RT21<br>HARTFORD CT 06156 | 011880P001-1448A-010B<br>AETNA LIFE INSURANCE CO<br>151 FARMINGTON AVE<br>HARTFORD CT 06156 |
| 011881P001-1448A-010B<br>AIRGAS USA LLC<br>PO BOX 102289<br>PASADENA CA 91189-2289 | 011882P001-1448A-010B<br>AIRGAS USA LLC<br>PO BOX 734672<br>DALLAS TX 75373-4672 | 011883P001-1448A-010B<br>AIRGAS USA LLC<br>PO BOX 734671<br>DALLAS TX 75373-4671 | 011884P001-1448A-010B<br>ALCON<br>PO BOX 677775<br>DALLAS TX 75267-7775 |
| 011884S001-1448A-010B<br>ALCON<br>ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | 011884S002-1448A-010B<br>ALCON<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST STE 1200<br>WILMINGTON DE 19801 | 011884S003-1448A-010B<br>ALCON<br>GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE STE 4400<br>MIAMI FL 33131 | 009435S002-1448A-010B<br>ALCON LABORATORIES INC<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST STE 1200<br>WILMINGTON DE 19801 |
| 009435S003-1448A-010B<br>ALCON LABORATORIES INC<br>GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE STE 4400<br>MIAMI FL 33131 | 011885P001-1448A-010B<br>ALCON LABORATORIES INC 75395-1125<br>PO BOX 677775<br>DALLAS TX 75267-7775 | 011885S001-1448A-010B<br>ALCON LABORATORIES INC 75395-1125<br>ALCON LABORATORIES INC<br>BRENT POLLY<br>PO BOX 677775<br>DALLAS TX 75267-7775 | 011885S002-1448A-010B<br>ALCON LABORATORIES INC 75395-1125<br>GREENBERG TRAURIG LLP<br>DENNIS A MELORO<br>THE NEMOURS BLDG<br>1007 NORTH ORANGE ST STE 1200<br>WILMINGTON DE 19801 |
| 011885S003-1448A-010B<br>ALCON LABORATORIES INC 75395-1125<br>GREENBERG TRAURIG PA<br>ARI NEWMAN<br>333 SE 2ND AVE STE 4400<br>MIAMI FL 33131 | 011886P001-1448A-010B<br>ALDEN OPTICAL<br>6 LANCASTER PKWY<br>LANCASTER NY 14086 | 009444P002-1448A-010B<br>ALLERGAN USA INC<br>12975 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | 011889P001-1448A-010B<br>ALLINA HEALTH SYSTEM<br>NW 7710<br>PO BOX 9383<br>MINNEAPOLIS MN 55440-9383 |

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

07/07/2020  07:44:12 PM

---

011890P001-1448A-010B
ALORICA INC
PO BOX 748624
LOS ANGELES CA 90074

011890S001-1448A-010B
ALORICA INC
DANIELLE EVANS
5161 CALIFORNIA AVE STE 100
IRVINE CA 92617

011955P001-1448A-010B
ALYSSA CURCIO
ADDRESS INTENTIONALLY OMITTED

011891P001-1448A-010B
AMAZON BUSINESS
410 TERRY AVE NORTH
SEATTLE WA 98109

012199P001-1448A-010B
AMBER ZAUNBRECHER OD
ADDRESS INTENTIONALLY OMITTED

009460P002-1448A-010B
AMCON LABORATORIES INC
VICTORIA MAUSEY
9735 GREEN PARK INDUSTRIAL DR
ST LOUIS MO 63123

011729P001-1448A-010B
AMERICAN AIRLINES
4255 AMON CARTER BLVD
FORT WORTH TX 76155

011892P001-1448A-010B
AMERICAN EXPRESS
PO BOX 650448
DALLS TX 75265-0448

011730P001-1448A-010B
AMERICAN EXPRESS 360001
PO BOX 650448
DALLAS TX 75265-0448

011730S001-1448A-010B
AMERICAN EXPRESS 360001
AUSTIN SIEGFRIED
PO BOX 650448
DALLAS TX 75265-0448

011893P001-1448A-010B
AMERICAN FAMILY FITNESS INC
11760 WEST BROAD ST
RICHMOND VA 23233

011894P001-1448A-010B
AMERICAN OPTOMETRIC ASSOC
AOA MEETINGS DEPT
243 N LINDBERGH BLVD FL 1
ST. LOUIS MO 63141-7881

011751P001-1448A-010B
AMIR ABYANEH
ADDRESS INTENTIONALLY OMITTED

011895P001-1448A-010B
AMO SALES AND SVC INC
PO BOX  74007099
CHICAGO IL 60674-7099

011895S001-1448A-010B
AMO SALES AND SVC INC
AMO SALES AND SVC INC
GERARD SHIN
PO BOX 74007099
CHICAGO IL 60674-7099

011992P001-1448A-010B
AMY HAVENS OD
ADDRESS INTENTIONALLY OMITTED

011753P001-1448A-010B
APEX PACIFIC PARTNERS
14180 DALLAS PKWY
STE 320
DALLAS TX 75254

011897P001-1448A-010B
APOTHECARE COMPOUNDING SOLUTIONS
3303 SOUTH COUNTY TRL
EAST GREENWICH RI 02818

011898P001-1448A-010B
AQUA FILTER FRESH INC
ONE COMMERCE DR
PITTSBURGH PA 15239

011902P001-1448A-010B
ARAMARK REFRESHMENT 46084
1851 HOWARD ST STE F
ELK GROVE VILLAGE IL 60007

011899P001-1448A-010B
ARAMARK REFRESHMENT SVC
4300 HIGHLANDS PKWY STE D
SMYRNA GA 30082

011900P001-1448A-010B
ARAMARK REFRESHMENT SVC
8435 GEORGETOWN RD
STE 100
INDIANAPOLIS IN 46268

011901P001-1448A-010B
ARAMARK REFRESHMENT SVC
9627 PREMIER PKWY
MIRAMAR FL 33025

011835P001-1448A-010B
ARAN EYE ASSOCIATES AND ALBERT ARAN MD
ADDRESS INTENTIONALLY OMITTED

011903P001-1448A-010B
ARENT FOX LLP
PO BOX 644672
PITTSBURGH PA 15264

012156P001-1448A-010B
ARIANNA SILVER
ADDRESS INTENTIONALLY OMITTED

011904P001-1448A-010B
ARKANSAS SOFT WATER LLC
131 W MILITARY
NORTH LITTLE ROCK AR 72118

011837P001-1448A-010B
ARLENE VASQUEZ
ADDRESS INTENTIONALLY OMITTED

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

011906P001-1448A-010B
ARVIK UPHOLSTERY
5239 CORNISH ST
HOUSTON TX 77007

011754P001-1448A-010B
ASHCRAFT REAL ESTATE AND DEVELOPMENT CORP
8200 MOUNTAIN RD NE
STE 102
ALBUQUERQUE NM 87110

012125P001-1448A-010B
ASHLEY PENA
ADDRESS INTENTIONALLY OMITTED

011908P001-1448A-010B
AT AND T  AREA CODE 715
PO BOX 5080
CAROL STREAM IL 60197-5080

011909P001-1448A-010B
AT AND T 287262423096
287262423096
PO BOX 6463
CAROL STREAM IL 60197-6463

011910P001-1448A-010B
AT AND T 619299937746425
PO BOX 5025
619 299-9374 642 5
CAROL STREAM IL 60197

011911P001-1448A-010B
ATLANTIC RELOCATION SYSTEMS
PO BOX 403650
ATLANTA GA 30384-3650

011913P001-1448A-010B
AVELLA OF DEER VALLEY INC
23620 N 20TH DR
STE 12
PHOENIX AZ 85085

011914P001-1448A-010B
AVELLA SPECIALTY PHARMACY
24416 NORTH 19TH AVE
PHOENIX AZ 85085-0678

011866P001-1448A-010B
AVI WALLERSTEIN
ADDRESS INTENTIONALLY OMITTED

011755P001-1448A-010B
AVIS
PO BOX 690360
TULSA OK 74169-0360

011915P001-1448A-010B
AWARD MASTERS INC
5353 N PALAFOX ST
PENSACOLA FL 32505-2930

011916P001-1448A-010B
BANKER LOPEZ GASSLER PA
501 E KENNEDY BLVD
STE 1700
TAMPA FL 33602

002601S001-1448A-010B
BANYAN STREET/GAP SATELLITE
PLACE 300 OWNER LLC
WILES AND WILES LLP
VICTOR W NEWMARK ESQ
800 KENNESAW AVE STE 400
MARIETTA GA 30060-7946

011756P001-1448A-010B
BAUSCH AND LOMB SURGICAL VALEANT
4395 COLLECTION CTR DR
CHICAGO IL 60693-0043

011757P001-1448A-010B
BAVAND YOUSSEFZADEH-EXP
11746 BELLAGIO RD
APT 303
LOS ANGELES CA 90049

011917P001-1448A-010B
BAXTER HEALTHCARE CORP
PO BOX 33037
NEWARK NJ 07188-0037

011758P001-1448A-010B
BAYOU VERRET LANDS LLC
2424 EDENBORN AVE
STE 600
METAIRIE LA 70001

011918P001-1448A-010B
BEACON COMMUNICATIONS INC
1944 WARWICK AVE
WARWICK RI 02889

011710P001-1448A-010B
BEAZLEY (LLOYDS)
BEAZLEY USA SVC INC
30 BATTERSON PK RD
FARMINGTON CT 06032

011920P001-1448A-010B
BETTER BUSINESS BUREAU OF WISCONSIN
10101 W GREENFIELD AVE
STE 125
MILWAUKEE WI 53214

011922P001-1448A-010B
BIO MEDTRONICS
9329 NORTHCHESTER DR
PICKERINGTON OH 43147

011923P001-1448A-010B
BIRDEYE INC
250 CAMBRIDGE AVE
STE 103
PALO ALTO CA 94306

011724P001-1448A-010B
BISMARCK REFRACTIVE LLC
314 E THAYER AVE
BISMARCK ND 58501-4018

011711P001-1448A-010B
BLAYMORE I LP
WANN PROPERTIES INC
1603 CARMODY CT #101
SEWICKLEY PA 15143

007510S001-1448A-010B
BLAYMORE I LP RENT
CAMPBELL AND LEVINE LLC
MARK T HURFORD ESQ
222 DELAWARE AVE STE 1620
WILMINGTON DE 19801

007510S002-1448A-010B
BLAYMORE I LP RENT
METZ LEWIS BRODMAN MUST OKEEFE LLC
JUSTIN M TUSKAN ESQ
535 SMITHFIELD ST STE 800
PITTSBURGH PA 15222

011924P001-1448A-010B
BLUE CROSS BLUE SHIELD OF SOUTH CAROLINE
PO BOX 6000
COLUMBIA SC 29260-6000

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 011926P001-1448A-010B<br>BLUECROSS BLUESHIELD ASSOCIATION<br>75 REMITTANCE DR<br>STE 3262<br>CHICAGO IL 60675-3262 | 011760P001-1448A-010B<br>BMO-I BALLAS PLACE LLC<br>600 EMERSON<br>CREVE COEUR MO 63141 | 011927P001-1448A-010B<br>BOTTONES MAINTENANCE LLC<br>535 E 3RD ST<br>PLAINFIELD NJ 07060 | 011761P001-1448A-010B<br>BRACE WOOD MANAGEMENT LLC<br>1400 E EXPWY 83<br>MCALLEN TX 78503 |
| 011260S001-1448A-010B<br>BRACE WOOD MANAGEMENT LLC<br>BRACE WOOD<br>SARA TAYLOR<br>1400 E EXPWY 83<br>STE 155<br>MCALLEN TX 78503 | 011867P001-1448A-010B<br>BRENDAN KISSANE<br>DRUMIN MANAGEMENT ADVISORS<br>8636 18TH HOLE TRL<br>RENO NV 89523 | 011763P001-1448A-010B<br>BRIGID CAPITAL LLC<br>11950 S HARLEM AVE<br>PALOS HEIGHTS IL 60463 | 011764P001-1448A-010B<br>BROOKFIELD INVESTORS LLC<br>707 SKOKIE BLVD<br>NORTHBROOK IL 60062 |
| 011928P001-1448A-010B<br>BUD GRIFFIN CUSTOMER SUPPORT SAN ANTONIO LLC<br>5010 TERMINAL ST<br>BELLAIRE TX 77401 | 011765P001-1448A-010B<br>BURGESS COMPANY LLC RECEIVER<br>37 VILLA RD STE 200<br>GREENVILLE SC 29615 | 011766P001-1448A-010B<br>BUTLER INVSMT GRP LLC 7088 BLDG<br>2160 N FINE AVE<br>FRESNO CA 93727 | 011930P001-1448A-010B<br>C2S INVESTMENTS LTD<br>202 N LOOP 1604 WEST<br>SAN ANTONIO TX 78232 |
| 011719P001-1448A-010B<br>CALIFORNIA LASIK AND CATARACT INSTITUTE INC<br>18632 BEACH BLVD<br>STE 100<br>HUNTINGTON BEACH CA 92648 | 009605P002-1448A-010B<br>CAPITAL COFFEE LLC<br>AMY PING<br>4719 IVYWOOD TRL<br>MCFARLAND WI 53558 | 011931P001-1448A-010B<br>CARDINAL HEALTH INC PHARMA<br>BANK OF AMERICA LOCKBOX<br>5303 COLLECTIONS CTR DR<br>CHICAGO IL 60693 | 011844P001-1448A-010B<br>CEARA STEINER<br>ADDRESS INTENTIONALLY OMITTED |
| 011935P001-1448A-010B<br>CENTURY LINK 505-821-9961-119B<br>PO BOX 91155<br>SEATTLE WA 98111 | 011935S001-1448A-010B<br>CENTURY LINK 505-821-9961-119B<br>CENTURYLINK<br>MIGUEL ZELAYA<br>PO BOX 52187<br>PHOENIX AZ 85072-2187 | 011936P001-1448A-010B<br>CENTURYLINK<br>PO BOX 91154<br>SEATTLE WA 98111-9254 | 011847P001-1448A-010B<br>CHAD VIETH OD<br>ADDRESS INTENTIONALLY OMITTED |
| 012045P001-1448A-010B<br>CHARLES MILLER<br>ADDRESS INTENTIONALLY OMITTED | 012130P001-1448A-010B<br>CHARLES POPE OD<br>ADDRESS INTENTIONALLY OMITTED | 011937P001-1448A-010B<br>CHARLOTTE PRIDE<br>PO BOX 32362<br>CHARLOTTE NC 28232 | 011838P001-1448A-010B<br>CHERRY HILL COMMERCE CENTER ASSOCIATES LP<br>111 GREAT NECK RD<br>GREAT NECK NY 11021 |
| 011768P001-1448A-010B<br>CHRISTIAN AND BLANCA MUNIVE<br>11441 FOOTHILL RD<br>RANCHO CUCAMONGA CA 91730 | 012050P001-1448A-010B<br>CHRISTIAN MUNIV<br>3998 INLAND EMPIRE BLVD #300<br>ONTARIO CA 91764 | 012011P001-1448A-010B<br>CHRISTINE J KANTOR<br>ADDRESS INTENTIONALLY OMITTED | 011769P001-1448A-010B<br>CIM 11600 WILSHIRE LOS ANGELES LP<br>LOCKBOX #1894343183<br>PASADENA CA 91109-8315 |

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

07/07/2020 07:44:12 PM

011939P001-1448A-010B
CINTAS CORP
PO BOX 631025
CINCINNATI OH 45263-1025

011940P001-1448A-010B
CINTAS CORP NO 2
PO BOX 631025
CINCINNATI OH 45263-1025

011941P001-1448A-010B
CITY OF RIVIERA BEACH
600 W BLUE HERON BLVD
RIVIERA BEACH FL 33404

011105S001-1448A-010B
CLINICAL PROPERTY HOLDINGS LLC
ERIC SOLHEIM
653 COLLINS MEADOW DR
GEORGETOWN SC 29940

007535S001-1448A-010B
CLINICAL PROPERTY HOLDINGS LLC
CLINICAL PROPERTY HOLDINGS LLC
ERIC SOLHEIM
653 COLLINS MEADOW DR
GEORGETOWN SC 29940

011942P001-1448A-010B
COLUMBUS EYE ASSOCIATES INC
7840 MONTGOMERY RD
CINCINNATI OH 45236

011942S001-1448A-010B
COLUMBUS EYE ASSOCIATES INC
DINSMORE AND SHOHL LLP
1900 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202

011944P001-1448A-010B
COMCAST CABLE 19398-3005
PO BOX 105257
ATLANTA GA 30348-5257

011945P001-1448A-010B
COMPLIANCE DOCUMENT SVC
7400 BEAUFONT SPRINGS DR STE 300
RICHMOND VA 23225

011946P001-1448A-010B
CONCENTRA MEDICAL CENTERS
OHC OF OKLAHOMA LLC
302 QUADRUM DR
OKLAHOMA CITY OK 73108-1110

011733P001-1448A-010B
CONCUR TECHNOLOGIES INC
14904 COLLECTIONS CTR DR
CHICAGO IL 60693

011770P001-1448A-010B
CP62929 CAMELBACK LLC
280 SECOND ST STE 230
LOS ALTOS CA 94022

011771P001-1448A-010B
CPI AHP FLETCHER MOB OWNER LLC
977 SEMINOLE TRL PMB 344
CHARLOTTESVILLE VA 22901

011947P001-1448A-010B
CPI AHP MOB I LLC LVI051
ACCOUNTS RECEIVABLE
977 SEMINOLE TRL PMB 344
CHARLOTTESVILLE VA 22901

011772P001-1448A-010B
CRANBROOK REALTY INVESTMENT FUND LP
4701 SISK RD STE 101
MODESTO CA 95356

009729P003-1448A-010B
CROOZ MEDIA LLC
CHRIS WHALEN
PO BOX 2841
COEUR D'ALENE ID 83816

011949P001-1448A-010B
CRYSTAL SPRING WATER
1259 WEST MAIN RD
MIDDLETOWN RI 02842-6391

011950P001-1448A-010B
CT CORPORATION SYSTEM
ACCT#1447200
PO BOX 4349
CAROL STREAM IL 60197

011951P001-1448A-010B
CULLIGAN OF PITTSBURGH
DEPT 8289
PO BOX 77043
MINNEAPOLIS MN 55480-7743

011952P001-1448A-010B
CULLIGAN OF WAUKESHA
DEPT 8501
PO BOX 77043
MINNEAPOLIS MN 55480-7743

011953P001-1448A-010B
CULLIGAN SAN ANTONIO
ADDRESS INTENTIONALLY OMITTED

011954P001-1448A-010B
CUPERTINO PARTNERS VI
280 SECOND ST STE 230
LOS ALTOS CA 94022

011963P001-1448A-010B
DAVID ERNST OD
ADDRESS INTENTIONALLY OMITTED

011995P001-1448A-010B
DAVID HERSHBERGER MD
ADDRESS INTENTIONALLY OMITTED

011808P001-1448A-010B
DAVID ODAY
ADDRESS INTENTIONALLY OMITTED

011887P001-1448A-010B
DEBRA A ALEXANDER
ADDRESS INTENTIONALLY OMITTED

012051P001-1448A-010B
DELORES MURPHY OD
ADDRESS INTENTIONALLY OMITTED

011956P001-1448A-010B
DEPT OF COMMERCE
8895 E MAIN ST
REYNOLDSBURG OH 43068

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

---

011957P001-1448A-010B
DEX IMAGING
PO BOX 17299
CLEARWATER FL 33762-0299

011958P001-1448A-010B
DIAMOND SPRING WATER INC
POBOX 38668
RICHMOND VA 23231

011773P001-1448A-010B
DOUGLAS EMMETT 2010 LLC
1003 BISHOP ST #440
HONOLULU HI 96813

011773S001-1448A-010B
DOUGLAS EMMETT 2010 LLC
DOUGLAS EMMETT 2010 LLC
CARMELA VILLAGRACIA
1003 BISHOP ST
#440
HONOLULU HI 96813

012144P001-1448A-010B
DR ALINA REZNIK
ADDRESS INTENTIONALLY OMITTED

012043P001-1448A-010B
DR CHAD MIES
ADDRESS INTENTIONALLY OMITTED

012013P001-1448A-010B
DR CHARLES H KINNEY
ADDRESS INTENTIONALLY OMITTED

011759P001-1448A-010B
DR CRAIG BEYER
ADDRESS INTENTIONALLY OMITTED

012036P001-1448A-010B
DR GHAZALEH MATIAN
ADDRESS INTENTIONALLY OMITTED

012147P001-1448A-010B
DR HODA SADIGHI
ADDRESS INTENTIONALLY OMITTED

012180P001-1448A-010B
DR HUY TRAN
ADDRESS INTENTIONALLY OMITTED

012154P001-1448A-010B
DR KATHERINE SHEN
ADDRESS INTENTIONALLY OMITTED

012024P001-1448A-010B
DR MALLORIE LINDSEY
ADDRESS INTENTIONALLY OMITTED

012198P001-1448A-010B
DR STEVEN ZALAZNICK
PASSAIC EYE CARE PC
ADDRESS INTENTIONALLY OMITTED

011767P001-1448A-010B
DR THOMAS CAMPEN
ADDRESS INTENTIONALLY OMITTED

011888P001-1448A-010B
DR VALERIE ALLEN
ADDRESS INTENTIONALLY OMITTED

011725P001-1448A-010B
EAU CLAIRE REFRACTIVE LLC
745 KENNEY AVE
EAU CLAIRE WI 54701-6361

011774P001-1448A-010B
ELEVATE ONE LLC
4100 E MISSISSIPPI AVE #450
GLENDALE CO 80246

011839P001-1448A-010B
ELIZABETH COCKERILL OD
ADDRESS INTENTIONALLY OMITTED

011961P001-1448A-010B
EMPOWER MISSOURI
308 E HIGH ST
STE 100
JEFFERSON CITY MO 65101

011717P001-1448A-010B
ENCON GROUP INC
LLOYDS UNDERWRITERS
1155 RUE METCALFE STE 2220
MONTREAL QC H3B 2V6
CANADA

011734P001-1448A-010B
ENTERPRISE FLEET MANAGEMENT
PO BOX 800089
KANSAS CITY MO 64180-0089

011962P001-1448A-010B
EPNM INC
2024 5TH ST NW
ALBUQUERQUE NM 87102

012066P001-1448A-010B
ERIN PAPP OD
ADDRESS INTENTIONALLY OMITTED

011964P001-1448A-010B
ESSILOR LABORTORIES OF AMERICA INC
13515 N STEMMONS FWY
DALLAS TX 75234

012178P001-1448A-010B
EVAN TONG OD
ADDRESS INTENTIONALLY OMITTED

011966P001-1448A-010B
EXPRESS MAINTENANCE
9744 LEHIGH AVE
MONTCLAIR CA 91763

011967P001-1448A-010B
EYE CARE AND LASER SURGERY
AT NEWTON-WELLESLEY LLC
2000 WASHINGTON ST
#548-WHITE
NEWTON MA 02462

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

011968P001-1448A-010B
EYE CARE CENTER OF CHESAPEAKE
801 VOLVO PKWY
STE 133
CHESAPEAKE VA 23320

011969P001-1448A-010B
EYE CENTER OF CENTRAL MAINE PA TRUV
40 AIRPORT RD
WATERVILLE ME 04901

011970P001-1448A-010B
EYE SURGEONS ASSOCIATES ROCKLSLAND
SHELLEY MCLAUGHLIN
4731 45TH ST CT
ROCK ISLAND IL 61201

011979P001-1448A-010B
EZRA GALLER MD
ADDRESS INTENTIONALLY OMITTED

009879P003-1448A-010B
FAGRON STERILE SVCS
JCB LABORATORIES LLC
SALLY BLASI
8710 E 34TH ST NORTH
WICHITA KS 67226

011971P001-1448A-010B
FAIRVIEW PHARMACY SVC LLC
711 KASOTA AVE
STE A
MINNEAPOLIS MN 55414

011775P001-1448A-010B
FARMINGTON EXCHANGE LLC ACRE GROUP LLC
270 FARMINGTON AVE STE 138
FARMINGTON CT 06032

011776P001-1448A-010B
FC RICHMOND II LLC
PO BOX 25987
BALTIMORE MD 21275-5987

011972P001-1448A-010B
FCI OPHTHALMICS INC
30 CORPORATE PK DR STE 310/320
PEMBROKE MA 02359

011777P001-1448A-010B
FEDERAL EXPRESS
PO BOX 660481
DALLAS TX 75266-0481

011973P001-1448A-010B
FEDEX DALLAS TX
PO BOX 660481
DALLAS TX 75266-0481

011974P001-1448A-010B
FISHER AND PHILLIPS LLP
450 EAST LAS OLAS BLVD
STE 800
FT LAUDERDALE FL 33301

011975P001-1448A-010B
FLATIRON CAPITAL
PO BOX 712195
DENVER CO 80271-2195

011778P001-1448A-010B
FLDR TLC OVERTON CENTRE LP
OVERTON CENTER  TOWER II
DALLAS TX 75267-8649

011779P001-1448A-010B
AARON FLORKOWSKI MD
ADDRESS INTENTIONALLY OMITTED

011780P001-1448A-010B
FOOTHILLS RETAIL PLAZA LLC
2120 WEST INA RD
TUSCON AZ 85741

011929P001-1448A-010B
FRANK BURGER OD
ADDRESS INTENTIONALLY OMITTED

011977P001-1448A-010B
FREEWHEEL ADVERTISERS INC
33W MONROE ST
19TH FLOOR
CHICAGO IL 60603

011978P001-1448A-010B
FUNKE ELECTRIC INC
6968 GOWANDS ST RD
HAMBURG NY 14075

009919P002-1448A-010B
FURLONG VISION CORRECTION MEDICAL CENTER
2107 N 1ST ST
#101
SAN JOSE CA 95131

011980P001-1448A-010B
GALLOWAY LUCCHESE EVERSON AND PICCHI
2300 CONTRA COSTA BLVD STE 350
PLEASANT HILL CA 94523

011981P001-1448A-010B
GARRANA RMG APC
ADDRESS INTENTIONALLY OMITTED

011781P001-1448A-010B
GENESIS BUILDING LTD
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE OH 44131

011818P001-1448A-010B
GEORGE ROZAKIS
ADDRESS INTENTIONALLY OMITTED

011919P001-1448A-010B
GERALD BELL OD
ADDRESS INTENTIONALLY OMITTED

011782P001-1448A-010B
GIBRALTAR ASSOCIATES INC
9000 BROOKTREE RD
WEXFORD PA 15090

011849P001-1448A-010B
GLOBAL LASER VISION CENTERS INC
18632 BEACH BLVD
STE 100
HUNTINGTON BEACH CA 92648

011982P001-1448A-010B
GLOBAL SOFTWARE LLC
3301 BENSON DR
STE 201
RALEIGH NC 27609

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 011983P001-1448A-010B<br>GOLD COAST OPHTHALMIC INSTRUMENT SVC  INC<br>3600 S CONGRESS AVE<br>STE C<br>BOYNTON BEACH FL 33426 | 011985P001-1448A-010B<br>GOOGLE INC<br>PO BOX 39000<br>DEPT 33654<br>SAN FRANCISCO CA 94139 | 011986P001-1448A-010B<br>GOOGLE INC<br>ACCT #270028365 RMS<br>4836 BRECKSVILLE RD<br>RICHFIELD OH 44286 | 011987P001-1448A-010B<br>GOOGLE INC RENT LVI79<br>CBRE ACCOUNTING BAYHILL<br>101 CALIFORNIA ST FLOOR 22<br>SAN FRANCISCO CA 94111 |
| 011987S001-1448A-010B<br>GOOGLE INC RENT LVI79<br>GOOGLE INC<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW CA 94043 | 011850P003-1448A-010B<br>GORDON JENSEN<br>GORDON C JENSEN INC<br>ADDRESS INTENTIONALLY OMITTED | 011988P001-1448A-010B<br>GRAND STRAND WATER AND SEWER AUTHORITY<br>PO BOX 2308<br>CONWAY SC 29528 | 011783P001-1448A-010B<br>GRANDVIEW HOLDINGS DERBYSHIRE GROUP LLC<br>1801 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 |
| 011989P001-1448A-010B<br>GREATLAND CORP<br>PO BOX 1157<br>GRAND RAPIDS MI 49501-1157 | 011784P001-1448A-010B<br>HAMDEN THREE INVESTORS LLC<br>2319 WHITMEY AVE<br>HAMDEN CT 06518 | 011990P001-1448A-010B<br>HAMDEN THREE INVESTORS LLC<br>2319 WHITMEY AVE<br>STE 1A<br>HAMDEN CT 06518 | 011735P001-1448A-010B<br>HAMPTON INN GROUP SALES<br>1000 S FEDERAL HWY<br>HALLANDALE BEACH FL 33009 |
| 011785P001-1448A-010B<br>HANH M NGUYEN OD PC<br>ADDRESS INTENTIONALLY OMITTED | 011991P001-1448A-010B<br>HARRELL EYECARE CENTER<br>PO BOX 700390<br>TULSA OK 74170-0390 | 011993P001-1448A-010B<br>HAWAII BIO WASTE SYSTEMS INC<br>1084 PU'UWAI ST<br>HONOLULU HI 96819 | 011994P001-1448A-010B<br>HAYDEN SOWERS OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011786P001-1448A-010B<br>HCP SPRINGS MOB LOUISVILLE LLC<br>PO BOX 404485<br>ATLANTA GA 30384-4485 | 011787P001-1448A-010B<br>HEALTHCARE FINANCE DIRECT LLC<br>1201 24TH ST<br>STE B200<br>BAKERSFIELD CA 93309 | 009998S001-1448A-010B<br>HENRY SCHEIN  INC<br>HENRY SCHEIN INC<br>HEATHER STEPHENS<br>PO BOX 371952<br>PITTSBURGH PA 15250-7952 | 011736P001-1448A-010B<br>HENRY SCHEIN INC<br>BOX 371952<br>PITTSBURGH PA 15250-7952 |
| 002633P004-1448A-010B<br>HGR LLC<br>FOUNDERS 3 REAL ESTATE SERVICES<br>252 E HIGHLAND AVE<br>MILWAUKEE WI 53202 | 011788P001-1448A-010B<br>HOUSING AUTHORITY COUNTY OF SAN JOAQUIN<br>2291 WEST MARCH LN #B-215<br>STOCKTON CA 95207 | 011999P001-1448A-010B<br>HPN HOLDINGS LLC<br>728 EAST BEATON DR<br>STE 200<br>WEST FARGO ND 58078 | 012000P001-1448A-010B<br>HUBSPOT INC<br>PO BOX 419842<br>BOSTON MA 02241-9842 |
| 012001P001-1448A-010B<br>HUDSON HOSPITAL AND CLINIC<br>405 STAGELINE RD<br>HUDSON WI 54016 | 011789P001-1448A-010B<br>HYMEADOW HOLDINGS LLC<br>9011 MOUNTAIN RIDGE DR<br>AUSTIN TX 78759 | 012002P001-1448A-010B<br>IBIS INC<br>420 TECHNOLOGY PKWY<br>STE 100<br>PEACHTREE CORNERS GA 30092 | 012003P001-1448A-010B<br>IHEARTMEDIA<br>3964 COLLECTON CTR DR<br>CHICAGO IL 60693-0039 |

## LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 010032P002-1448A-010B<br>IMG TECHNOLOGIES INC<br>RYAN INCAUDO<br>1 TOWER LN STE 1850<br>OAKBROOK TERRACE IL 60181 | 012004P001-1448A-010B<br>INDIANA OPTOMETRY<br>10 W MARKET ST<br>STE 2995<br>INDIANAPOLIS IN 46204 | 011381P002-1448A-010B<br>INTALERE - AMERINET<br>2 CITYPLACE DR<br>STE 400<br>ST. LOUIS MO 63141 | 012005P001-1448A-010B<br>INTEGRA TELECOM INC<br>PO BOX 2966<br>MILWAUKEE WI 53201-2966 |
| 011862P001-1448A-010B<br>IRENE WANG<br>FALCON STRATEGIC PARTNERS IV LP<br>21 CUSTOM HOUSE ST<br>10TH FLOOR<br>BOSTON MA 02110 | 011738P001-1448A-010B<br>IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK NY 10087-7128 | 012006P001-1448A-010B<br>IRON MOUNTAIN<br>PO BOX 915004<br>DALLAS TX 75391-5004 | 012007P001-1448A-010B<br>IRON MOUNTAIN ST LOUIS CORPORATE<br>PO BOX 915004<br>DALLAS TX 75391-5004 |
| 011799P001-1448A-010B<br>ISA MCINTIRE<br>ADDRESS INTENTIONALLY OMITTED | 012020P001-1448A-010B<br>JAKE LAWRENCE<br>ADDRESS INTENTIONALLY OMITTED | 011933P001-1448A-010B<br>JAMES CARPENTER OD<br>ADDRESS INTENTIONALLY OMITTED | 011938P001-1448A-010B<br>JAMES CHISLEY<br>ADDRESS INTENTIONALLY OMITTED |
| 012008P001-1448A-010B<br>JAMES HELMERS DO<br>113 3RD AVE NW<br>MANDAN ND 58554 | 011965P001-1448A-010B<br>JAMES MARK ESTEP<br>114 STONEBROCK LOOP<br>ELIZABETHTON TN 37643 | 011805P001-1448A-010B<br>JAMES MUSE<br>ADDRESS INTENTIONALLY OMITTED | 011791P001-1448A-010B<br>JASON GREENBERG<br>ADDRESS INTENTIONALLY OMITTED |
| 012009P001-1448A-010B<br>JERSEY PRIDE INC<br>2248 SOUTH BRANCH RD<br>BRANCHBURG NJ 08853 | 011708P001-1448A-010B<br>JIHAN AKHTAR<br>ADDRESS INTENTIONALLY OMITTED | 012177P001-1448A-010B<br>JOHN TILL OD<br>ADDRESS INTENTIONALLY OMITTED | 012193P001-1448A-010B<br>JOHNNY WEN<br>ADDRESS INTENTIONALLY OMITTED |
| 011792P001-1448A-010B<br>JONES WALKER LLP<br>201 ST CHARLES AVE<br>50TH FLOOR<br>NEW ORLEANS LA 70170-5100 | 012010P001-1448A-010B<br>JPMORGAN CHASE BANK NA<br>CHRISTOPHER HIGGINS<br>3399 PGA BLVD<br>STE 100<br>PALM BEACH GARDENS FL 33410 | 011732P001-1448A-010B<br>JUAN BOJORQUEZ<br>ADDRESS INTENTIONALLY OMITTED | 012044P001-1448A-010B<br>JUDITH MILES OD<br>ADDRESS INTENTIONALLY OMITTED |
| 011436P002-1448A-010B<br>JW SURGICAL LLC<br>JOHN WEIR<br>200 FRIENDSHIP RD<br>DREXEL HILL PA 19026 | 011790P001-1448A-010B<br>KATHERINE ANNE JACOBS<br>ADDRESS INTENTIONALLY OMITTED | 012017P001-1448A-010B<br>KAYLIN KREIN OD<br>FOR NORTH DAKOTA CENTERS USE ONLY<br>ADDRESS INTENTIONALLY OMITTED | 012012P001-1448A-010B<br>KEELER USA<br>PO BOX 74007574<br>CHICAGO IL 60674-7574 |

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

011948P001-1448A-010B
KELLI CRAGO OD
ADDRESS INTENTIONALLY OMITTED

011793P001-1448A-010B
KEN MOADEL
110 E 40TH ST
UNIT 600 - 603
NEW YORK NY 10016

011932P001-1448A-010B
KEVIN CARL OD
ADDRESS INTENTIONALLY OMITTED

011794P001-1448A-010B
KIANA KAYMANESH
ADDRESS INTENTIONALLY OMITTED

012067P001-1448A-010B
KIMBERLY PARKER
ADDRESS INTENTIONALLY OMITTED

012140P001-1448A-010B
KIRBY REDMAN OD
ADDRESS INTENTIONALLY OMITTED

011795P001-1448A-010B
KIRKORIAN ENTERPRISES LLC
290 SARATOGA-LOS GATOS RD
LOS GATOS CA 95030

012014P001-1448A-010B
KLIENTBOOST LLC
2787 BRISTOL ST
COSTA MESA CA 92626

012015P001-1448A-010B
KONICA MINOLTA
PO BOX 100706
PASADENA CA 91189-0706

012016P001-1448A-010B
KRAFT MECHANICAL LLC
2441 VENTURA DR STE 100
WOODBURY MN 55125

011912P001-1448A-010B
KRISTIN ATWOOD OD
FOR NORTH DAKOTA CENTERS USE ONLY
ADDRESS INTENTIONALLY OMITTED

012018P001-1448A-010B
KROLL DUFF AND PHELPS
PO BOX 847509
DALLAS TX 75284-7509

012019P001-1448A-010B
LACLEDE GAS CO
DRAWER 2
ST. LOUIS MO 63171

010140P002-1448A-010B
LANGUAGE SCIENTIFIC
AMANDA DUNNETT
101 STATION LANDING STE 500
MEDFORD MA 02155

011864P001-1448A-010B
LAWRENCE HANDEN
MACQUARIE CAPITAL
125 WEST 55TH ST
NEW YORK NY 10019

012021P001-1448A-010B
LCA VISION INC
7840 MONTGOMERY RD
CINCINNATI OH 45236

012021S001-1448A-010B
LCA VISION INC
DINSMORE AND SHOHL LLP
1900 CHEMED CTR
255 EAST FIFTH ST
CINCINNATI OH 45202

011739P001-1448A-010B
LEWIS BRISBOIS BISGAARD AND SMITH
550 E SWEDESFORD RD
STE 270
WAYNE PA 19087

011796P001-1448A-010B
LINCOLN MANAGEMENT
LINCOLN PLAZA
PO BOX 310300
DES MOINES IA 50331-0300

011976P001-1448A-010B
LINDA FOLEY OD
ADDRESS INTENTIONALLY OMITTED

012023P001-1448A-010B
LINDE GAS LLC
88299 EXPEDITE WAY
CHICAGO IL 60695-0001

012025P001-1448A-010B
LINDTECH SVC INC
3432 FRANLIN AVE STE A
BISMARCK ND 58503

011731P001-1448A-010B
LINK BASCOMB
ADDRESS INTENTIONALLY OMITTED

011868P001-1448A-010B
LISA MELAMED
1555 PALM BEACH LAKES BLVD
STE 600
WEST PALM BEACH FL 33401

012027P001-1448A-010B
LIVINGSTON INTERNATIONAL INC
PO BOX 950
BUFFALO NY 14213

011712P001-1448A-010B
LLOYDS
CERTAIN UNDERWRITERS AT LLOYDS
42 W 54TH ST
#14
NEW YORK NY 10019

011723P001-1448A-010B
LLOYDS
120 E PALMETTO PK RD STE 300
BOCA RATON FL 33432

012028P001-1448A-010B
LOCAL 628
PO BOX 628
YONKERS NY 10704

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

011797P001-1448A-010B
LOMA TEN BUSINESS PARK LP
214 E BALTIMORE DR
EL PASO TX 79902

012032P001-1448A-010B
LUXOTTICA OF AMERICA GORDON
12 HARBOR PK DR
PORT WASHINGTON NY 11050

012033P001-1448A-010B
LUXOTTICA OF AMERICA GORDON LHB
8570 W SUNSET BLVD
STE 200
WEST HOLLYWOOD CA 90069

012034P001-1448A-010B
MARCHON
35 HUB DR
NEW YORK NY 11747

012145P001-1448A-010B
MARCY ROSE OD
ADDRESS INTENTIONALLY OMITTED

011798P001-1448A-010B
MARK CASSOL MD PSC
ADDRESS INTENTIONALLY OMITTED

011863P001-1448A-010B
MARK COHEN
ADDRESS INTENTIONALLY OMITTED

011960P001-1448A-010B
MARK EMMERICH OD
EMMERICH EYE CENTER
ADDRESS INTENTIONALLY OMITTED

011836P001-1448A-010B
MARK ESTEP AND ANNE ESTEP
ADDRESS INTENTIONALLY OMITTED

012181P001-1448A-010B
MARK TUFTE OD
FOR NORTH DAKOTA CENTERS USE ONLY
ADDRESS INTENTIONALLY OMITTED

010211P004-1448A-010B
MARKETING ARCHITECTS INC
BETH QUARBERG
110 CHESHIRE LN
MINNEAPOLIS MN 55305

011737P001-1448A-010B
MARKUS HOCKENSON
ADDRESS INTENTIONALLY OMITTED

011998P001-1448A-010B
MARKUS HOCKENSON
ADDRESS INTENTIONALLY OMITTED

011896P001-1448A-010B
MARLAN ANDERSON OD
DBA EYETX VISION CENTERS
ADDRESS INTENTIONALLY OMITTED

011840P001-1448A-010B
MARTHA JAY
ADDRESS INTENTIONALLY OMITTED

012037P001-1448A-010B
MCI
PO BOX 660794
DALLAS TX 75266-0794

012038P001-1448A-010B
MCKESSON MEDICAL SURGICAL
PO BOX 634404
CINCINNATI OH 45263-4404

012039P001-1448A-010B
MCKESSON SPECIALTY HEALTH
15212 COLLECTIONS CTR DR
CHICAGO IL 60693

011800P001-1448A-010B
MD MEDICAL MARKETING
1180 DRUMMOND #400
MONTREAL QC H3G 2S1
CANADA

011762P001-1448A-010B
MELISSA BRIGHT
ADDRESS INTENTIONALLY OMITTED

011997P001-1448A-010B
MELISSA HJELDON OD
ADDRESS INTENTIONALLY OMITTED

012040P001-1448A-010B
MICHAEL GORDON MD INC
ADDRESS INTENTIONALLY OMITTED

012035P001-1448A-010B
MICHAEL MARINO MD
ADDRESS INTENTIONALLY OMITTED

011801P001-1448A-010B
MICHAEL S SOLOMON DO LLC
ADDRESS INTENTIONALLY OMITTED

011996P001-1448A-010B
MICHELLE SHADE HINCHLIFFE OD
ADDRESS INTENTIONALLY OMITTED

012041P001-1448A-010B
MICROSOFT CORP
ONE MICROSOFT WAY
REDMOND WA 98052-6399

011740P001-1448A-010B
MICROSOFT CORPORATE
PO BOX 847543
DALLAS TX 75284-7543

011802P001-1448A-010B
MICROSOFT GREAT PLAINS DYNAMICS
PO BOX 847543
DALLAS TX 75284-7543

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

011748P001-1448A-010B
MIKE WESTON
118 THIRD AVE
STE 700
CEDAR RAPIDS IA 52401

012022P001-1448A-010B
MINH LHAT LE OD
ADDRESS INTENTIONALLY OMITTED

010287P002-1448A-010B
MINNESOTA PRINT MANAGEMENT LLC
KEVIN BEBLER
5001 AMERICAN BLVD W STE 505
BLOOMINGTON MN 55437

012046P001-1448A-010B
MINUTEMAN PRESS
771 OLD HICKORY RD
STE 1
JACKSON TN 38305

012047P001-1448A-010B
MINUTEMAN PRESS WALTHAM MA
713 MAIN ST
WALTHAM MA 02451

012048P001-1448A-010B
MINUTEMAN PRESS-VIENNA
1880 HOWARD AVE
STE 101
TYSON CORNER VA 22182

011803P001-1448A-010B
MORASON ROBERT TODD
ADDRESS INTENTIONALLY OMITTED

010300P002-1448A-010B
MORIA INC
WILLIAM CASHMAN
1050 CROSS KEYS DR
DOYLESTOWN PA 18902

011804P001-1448A-010B
MRES PENN HOLDINGS LLC
11595 N MERIDIAN ST
CARMEL IN 46032

011865P001-1448A-010B
NADINE PELLETIER
1180 DRUMMOND ST
#400
MONTREAL QC H3G2S1
CANADA

011934P001-1448A-010B
NEIL CASEY OD
CLINTON EYE ASSOCIATES
ADDRESS INTENTIONALLY OMITTED

012053P001-1448A-010B
NELSON LABORATORIES
PO BOX 571830
MURRAY UT 84157-1830

012054P001-1448A-010B
NELSON MULLINS RILEY AND SCAROROUGH LLP
PO BOX 11009
COLUMBIA SC 29211-1009

012055P001-1448A-010B
NEOPOST
PO BOX 6813
CAROL STREAM IL 60197-6813

012056P001-1448A-010B
NEOPOST USA INC
25880 NETWORK PL
CHICAGO IL 60673-1258

010331P002-1448A-010B
NEW POSSIBILITIES GROUP LLC
PETER CZECH
1033 ROUTE 46 STE 107
CLIFTON NJ 07013

012057P001-1448A-010B
NORWALK CHAMBER OF COMMERCE
101 EAST AVE
NORWALK CT 06851

012058P001-1448A-010B
NY VISION GROUP
37 MURRAY ST
NEW YORK CITY NY 10007

011810P001-1448A-010B
O'NEILL INTERMEDIARY LLC
ONE WEBSTER'S LANDING
SYRACUSE NY 13202

007592S001-1448A-010B
OAKLAND COMMONS ACQUISITION LLC
HONIGMAN LLP
LAWRENCE A LICHTMAN,ESQ
2290 FIRST NATIONAL BLDG
660 WOODWARD AVE
DETROIT MI 48226

011807P001-1448A-010B
OAKLAND COMMONS ACQUISITIONS LLC
PO BOX 310807
DES MOINES IA 50331-0807

010361P002-1448A-010B
OASIS MEDICAL INC
MATTHEW KRALL
514 SOUTH VERMONT AVE
GLENDORA CA 91741

010361S001-1448A-010B
OASIS MEDICAL INC
OASIS MEDICAL
MATT KRALL
514 S VERMONT AVE
GLENDORA CA 91741

012059P001-1448A-010B
OFFICETEAM
PO BOX  743295
LOS ANGELES CA 90074

011809P001-1448A-010B
OKC LPOB LLC
4200 S HULEN ST #410
FORT WORTH TX 76109

007596S001-1448A-010B
OMNI COMBINED WE LLC
WIECK DELUCA & GEMMA INC.
CHRISTINE L. BAGLIONI
ONE TURKS HEAD PLACE
SUITE 1300
PROVIDENCE RI 02903

012061P001-1448A-010B
ON-TRACK SYSTEMS INC
4151 BERKFORD CIR
ATLANTA GA 30319

011811P001-1448A-010B
OPTIZMO TECHNOLOGIES LLC
401 CONGRESS AVE
STE 1540
AUSTIN TX 78701

## LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 012062P001-1448A-010B<br>OPTOMETRIC SOCIETY OF NEW YORK<br>33 WEST 42ND ST<br>ROOM 1125<br>NEW YORK NY 10036 | 011741P001-1448A-010B<br>OPTUMRX PBM<br>PO BOX 888765<br>LOS ANGELES CA 90088-8765 | 012063P001-1448A-010B<br>ORBIT MEDIA STUDIOS INC<br>4043 N RAVENSWOOD  STE 316<br>CHICAGO IL 60613 | 011812P001-1448A-010B<br>PAC GALLERIA 75 LLC<br>PO BOX 74091<br>CLEVELAND OH 44194-4091 |
| 012064P001-1448A-010B<br>PAETEC<br>CASH APPLICATIONS<br>600 WILLOWBROOK OFFICE PK<br>FAIRPORT NY 14450 | 011841P001-1448A-010B<br>PARKWAY PROPERTIES PJP PROPCO II LLC<br>PO BOX 76437<br>STE 330<br>BALTIMORE MD 21275-6437 | 011813P001-1448A-010B<br>PARMENTER ROCKY POINT CENTRE<br>PO BOX 743578<br>ATLANTA GA 30374-3578 | PATIENT ID # 1056 |
| PATIENT ID # 1057 | PATIENT ID # 1059 | PATIENT ID # 1063 | PATIENT ID # 1064 |
| PATIENT ID # 1066 | PATIENT ID # 1067 | PATIENT ID # 1068 | PATIENT ID # 1069 |
| PATIENT ID # 1070 | PATIENT ID # 1075 | PATIENT ID # 1077 | PATIENT ID # 1078 |
| PATIENT ID # 1080 | PATIENT ID # 1081 | PATIENT ID # 1082 | PATIENT ID # 1083 |
| PATIENT ID # 1086 | PATIENT ID # 1087 | PATIENT ID # 1088 | PATIENT ID # 1094 |

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| PATIENT ID # 1095 | PATIENT ID # 1096 | PATIENT ID # 1098 | PATIENT ID # 1099 |
| PATIENT ID # 1102 | PATIENT ID # 1104 | PATIENT ID # 1105 | PATIENT ID # 1109 |
| PATIENT ID # 1111 | PATIENT ID # 1112 | PATIENT ID # 1113 | PATIENT ID # 1114 |
| PATIENT ID # 1116 | PATIENT ID # 1117 | PATIENT ID # 1118 | PATIENT ID # 1122 |
| PATIENT ID # 1124 | PATIENT ID # 1131 | PATIENT ID # 1136 | PATIENT ID # 1137 |
| PATIENT ID # 1138 | PATIENT ID # 1140 | PATIENT ID # 1143 | PATIENT ID # 1144 |
| PATIENT ID # 1145 | PATIENT ID # 1147 | PATIENT ID # 1148 | PATIENT ID # 1152 |

# LVI Intermediate Holdings, Inc. et al.
## Exhibit Pages

PATIENT ID # 1153

PATIENT ID # 1154

PATIENT ID # 1155

PATIENT ID # 1158

PATIENT ID # 1159

PATIENT ID # 1160

PATIENT ID # 1161

PATIENT ID # 1162

PATIENT ID # 1168

PATIENT ID # 1172

012126P001-1448A-010B
PENCOL MEDISAVE PHARMACY
1325 S COLORADO BLVD
STE B-024
DENVER CO 80222

012127P001-1448A-010B
PHSI PURE WATER FINANCE
PO BOX 404582
ATLANTA GA 30384

011842P001-1448A-010B
PITNEY BOWES
PO BOX 371887
PITTSBURG PA 15250-7887

012128P001-1448A-010B
PITNEY BOWES GLOBAL FINANCIAL SVC LLC
PO BOX 371887
PITTSBURG PA 15250-7887

012129P001-1448A-010B
PKY FUND II TAMPA II LLC
2202 N WESTSHORE BLVD
STE 125
TAMPA FL 33607

012131P001-1448A-010B
PREMIER ELECTRIC OF IOWA LLC
6082 NW BEAVER DR
STE 3
JOHNSTON IA 50131

012132P001-1448A-010B
PREMIUM ASSIGNMENT CORP
PO BOX 8000
TALLAHASSEE FL 32314

011815P001-1448A-010B
PROFECTUS PARTNERS LLC
2900 CHARLEVOIX DR SE
GRAND RAPIDS MI 49546

011742P001-1448A-010B
PROLEASE
1 DOCK ST
STAMFORD CT 06902

011726P001-1448A-010B
PROVIDENCE REFRACTIVE LLC
450 VETERANS MEMORIAL PKWY
STE 7A
EAST PROVIDENCE RI 02914

012133P001-1448A-010B
QUALITY ROOFING SVC INC
7920 GEORGETOWN RD
STE 400
INDIANAPOLIS IN 46268

011816P001-1448A-010B
R AND R REALTY GROUP
1080 JORDAN CREEK PKWY
DES MOINES IA 50266

012135P001-1448A-010B
R AND R REALTY GROUP
446 3RD AVE WEST
1080 JORDAN CREEK PKWY STE 200 NORTH
DES MOINES IA 50266

012049P001-1448A-010B
RACHEL MUESSEL OD
ADDRESS INTENTIONALLY OMITTED

012136P001-1448A-010B
RAINBOW DISTRIBUTING CO INC
PO BOX 1475
LANESBOROUGH MA 01237

012137P001-1448A-010B
RAY HAMILTON CO
2105 E KEMPER RD
CINCINNATI OH 45241

011869P001-1448A-010B
RAY MONTELEONE
ADDRESS INTENTIONALLY OMITTED

012138P001-1448A-010B
RAYMOND JAMES AND ASSOCIATES INC
880 CARILLON PKWY
ST. PETERSBURG FL 33716

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 011817P001-1448A-010B<br>RCS GERMANTOWN I LLC<br>5101 WHEELIS DR<br>MEMPHIS TN 38117 | 012139P001-1448A-010B<br>READYREFRESH BY NESTLE DEBIT<br>PO BOX 856680<br>LOUISVILLE KY 40285-6680 | 012141P001-1448A-010B<br>REED EXHIBITIONS US<br>201 MERRITT 7<br>NORWALK CT 06851 | 012142P001-1448A-010B<br>REGIONS CREDIT CARD<br>1555 PALM BEACH LAKES BLVD<br>WEST PALM BEACH FL 33401 |
| 011843P001-1448A-010B<br>RESCO MOBILE CRM<br>821089 BRATISLAVA | 012143P001-1448A-010B<br>RESCO SPO S RO<br>821089 BRATISLAVA | 011823P001-1448A-010B<br>ROBIN SINN<br>ADDRESS INTENTIONALLY OMITTED | 012195P001-1448A-010B<br>ROGER WILSON OD<br>ADDRESS INTENTIONALLY OMITTED |
| 012146P001-1448A-010B<br>ROSENBERG MEDIA TVI PAID IN TVI<br>14413 AUTUMN BRANCH TER<br>BOYDS MD 20841 | 012060P001-1448A-010B<br>ROSS OLSON OD<br>ADDRESS INTENTIONALLY OMITTED | 007620S001-1448A-010B<br>RP AVENTINE OFFICE OWNER LLC<br>RP AVENTINE OFFICE OWNER LLC<br>M GONZALEZ<br>3953 MAPLE AVE STE 300<br>DALLAS TX 75219 | 012068P001-1448A-010B<br>RUPA PATEL OD<br>ADDRESS INTENTIONALLY OMITTED |
| 012065P001-1448A-010B<br>SANDRA PALOMINO OD<br>ADDRESS INTENTIONALLY OMITTED | 012148P001-1448A-010B<br>SCHAEF AIR INC<br>9057 ARROW ROUTE STE#160<br>RANCHO CUCAMONGA CA 91730 | 012150P001-1448A-010B<br>SCOTT AND WHITEHEAD<br>4675 MACARTHUR CT<br>STE 1240<br>NEWPORT BEACH CA 92660 | 012151P001-1448A-010B<br>SCRIBE SOFTWARE<br>150 DOW ST<br>MANCHESTER NH 03101 |
| 012152P001-1448A-010B<br>SENCOMM<br>912 CHAD LN<br>TAMPA FL 33619 | 012153P001-1448A-010B<br>SENSIS INC<br>TRAVERSE LEGAL PLC DBA HALL LEGAL<br>BRIAN A HALL<br>600 CONGRESS AVE<br>14TH FLOOR<br>AUSTIN TX 78701-3263 | 011819P001-1448A-010B<br>SEVEN SPRINGS TRIPLE T PARTNERS<br>4539 TROUSDALE DR<br>NASHVILLE TN 37204 | 011820P001-1448A-010B<br>SHAREHOLDER VALUE LTD<br>5307 WEST LOOP 289<br>LUBBOCK TX 79414 |
| 012149P001-1448A-010B<br>SHAUNA SCHISSLER OD<br>ADDRESS INTENTIONALLY OMITTED | 011821P001-1448A-010B<br>SILVER CREEK LLC<br>PO BOX 675431<br>RANCHO SANTA FE CA 92130 | 011822P001-1448A-010B<br>SILVERPOP SYSTEMS INC<br>PO BOX 347925<br>PITTSBURGH PA 15251-4925 | 012157P001-1448A-010B<br>SILVR SOCIAL LLC<br>701 E SANTA CLARA ST #15<br>VENTURA CA 93001 |
| 011824P001-1448A-010B<br>SLOSBURG REAL PROPERTY<br>10040 REGENCY CIR<br>OMAHA NE 86114 | 012158P001-1448A-010B<br>SMART FAMILY VISION LLC<br>19705 W 97TH<br>LENEXA KS 66220 | 012159P001-1448A-010B<br>SOLUTION REACH<br>PO BOX 74938<br>CHICAGO IL 60675-4938 | 012160P001-1448A-010B<br>SOLUTIONREACH INC<br>2600 ASHTON BLVD<br>LEHI UT 84043 |

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

011747P001-1448A-010B
SPECTERA INC
9900 BREN ROAD EAST
MINNETONKA MN 55343

011825P001-1448A-010B
SPIRE VISION
1000 WISCONSIN AVE NW
STE 100
WASHINGTON DC 20007

012161P001-1448A-010B
SPOT COOLERS
29749 NETWORK PL
CHICAGO IL 60673-1297

012162P001-1448A-010B
STAAR SURGICAL CO
PO BOX 734944
DALLAS TX 75373-4944

012163P001-1448A-010B
STAPLES
PO BOX 105748
ATLANTA GA 30348-5748

012165P001-1448A-010B
STAPLES ADVANTAGE
PO BOX 105748
ATLANTA GA 30348-5748

012166P001-1448A-010B
STAPLES ADVANTAGE
HARRIS TRUST AND SAVINGS
7TH FLOOR LOCKBOX #71217
CHICAGO IL 60606

011713P001-1448A-010B
STAPLES BUSINESS
DEPT ATL
PO BOX 105748
ATLANTA GA 30348-5748

011715P001-1448A-010B
STAPLES FACILITY Svc
DEPT ATL
PO BOX 105748
ATLANTA GA 30348-5748

011714P001-1448A-010B
STAPLES PRINT SOLUTIONS
DEPT ATL
PO BOX 105748
ATLANTA GA 30348-5748

011716P001-1448A-010B
STAPLES WATER
DEPT ATL
PO BOX 105748
ATLANTA GA 30348-5748

012194P001-1448A-010B
STEPHEN WEXLER MD
RE: STEPHEN WEXLER MD
ADDRESS INTENTIONALLY OMITTED

011743P001-1448A-010B
STERICYCLE
PO BOX 9001588
LOUISVILLE KY 40290-1588

012167P001-1448A-010B
STERICYCLE INC
CASH APPS
4010 COMMERCIAL AVE
NORTHBROOK IL 60062

011744P001-1448A-010B
STERLING
1928 TRUAX BLVD
EUA CLAIRE WI 54703

012029P001-1448A-010B
STEVE LOOYSEN OD
LOOYSEN I CARE
ADDRESS INTENTIONALLY OMITTED

012030P001-1448A-010B
STEVE LOOYSEN OD
ADDRESS INTENTIONALLY OMITTED

012155P001-1448A-010B
STEVEN SIKALIS
ADDRESS INTENTIONALLY OMITTED

012168P001-1448A-010B
STONE OAK PHARMACY
18866 STONE OAK PKWY
STE 101
SAN ANTONIO TX 78258

012169P001-1448A-010B
SWAN VISION
100 HANG DOG LN
WETHERSFIELD CT 06109

011745P001-1448A-010B
SYNCHRONY BANK
170 ELECTION DR
STE 125
DRAPER UT 84020

012170P001-1448A-010B
TALK2REP INC DNT USE ENTER IN VGH
3363 W COMMERCIAL BLVD
STE A200
FORT LAUDERDALE FL 33309

010703P002-1448A-010B
TAPSTONE HOLDINGS LLC
9777 WILSHIRE BLVD
STE 1000
BEVERLY HILLS CA 90212

012172P001-1448A-010B
TENNESSEE INFO TECH
PO BOX 10386
JACKSON TN 38308

012173P001-1448A-010B
TEXAS HEALTH SURGERY CENTER
17950 PRESTON ROAD #75
DALLAS TX 75252

011826P001-1448A-010B
TEXAS NAME MERCANTILE INVESTMENT LLC
40 NE LOOP 410 STE 610
SAN ANTONIO TX 78216

011827P001-1448A-010B
THALHIMER INC
PO BOX 5160
GLEN ALLEN VA 23058

011718P001-1448A-010B
THE HARTFORD
THE HARTFORD CANADA
PURVES REDMOND AND ASSOCIATES
70 UNIVERSITY AVE
STE 400
TORONTO ON M5J2M4
CANADA

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 011718S001-1448A-010B<br>THE HARTFORD<br>THE HARTFORD CANADA<br>HARTFORD FIRE INSURANCE CO<br>102-2103 AIRPOT DR<br>SASKATOON SK S7L 6W2<br>CANADA | 012174P001-1448A-010B<br>THE LASER CENTER OF CORAL GABLES LLC<br>220 ALHAMBRA CIR STE 230<br>CORAL GABLES FL 33134 | 011720P001-1448A-010B<br>THE LASER CENTER OF SAN ANTONIO PLLC<br>7323 SAN PEDRO AVE<br>SAN ANTONIO TX 78216-6225 | 011828P001-1448A-010B<br>THE OMNI GROUP<br>PO BOX 856<br>EAST GREENWICH RI 02818 |
| 011806P001-1448A-010B<br>THERESA NGUYEN<br>ADDRESS INTENTIONALLY OMITTED | 012026P001-1448A-010B<br>THOMAS LITZINGER<br>ADDRESS INTENTIONALLY OMITTED | 012175P001-1448A-010B<br>THOMPSON HINE LLP<br>3900 KEY CENTER 127 PUBLIC SQUARE<br>CLEVELAND OH 44114-1291 | 012176P001-1448A-010B<br>TILFORD DOBBINS AND SCHMIDT PLLC<br>401 WEST MAIN ST<br>STE 1400<br>LOUISVILLE KY 40202 |
| 012052P001-1448A-010B<br>TIMOTHY NEITZKE OD<br>ADDRESS INTENTIONALLY OMITTED | 012171P001-1448A-010B<br>TIMOTHY TELLO OD<br>ADDRESS INTENTIONALLY OMITTED | 011727P001-1448A-010B<br>TLC THE LASER CENTER TRI CITIES INC<br>1019 W OAKLAND AVE<br>STE 2<br>JOHNSON CITY TN 37604-2357 | 012031P001-1448A-010B<br>TODD LUCAS OD<br>ADDRESS INTENTIONALLY OMITTED |
| 007635S001-1448A-010B<br>TOWER 1555<br>FURR AND COHEN PA<br>ROBERT C FURR ESQ<br>2255 GLADES RD STE 301E<br>BOCA RATON FL 33431 | 011829P001-1448A-010B<br>TOWER 1555 LLLP<br>1555 PALM BEACH LAKES BLVD STE 110<br>WEST PALM BEACH FL 33401 | 012179P001-1448A-010B<br>TOWN OF OCEAN CITY MD<br>SPECIAL EVENTS DEPT<br>200-125TH ST<br>OCEAN CITY MD 21842 | 011845P001-1448A-010B<br>TRIANGLE FAMILY EYE CARE OD PLLC<br>1216 VILLAGE MARKET PL<br>MORRISVILLE NC 27560 |
| 007638P002-1448A-010B<br>TROLLEY BOI LLC<br>INFOTECH SYSTEMS CORP<br>BLANE COWART<br>701 TRAVELERS BLVD STE 545<br>SUMMERVILLE SC 29485 | 011830P001-1448A-010B<br>TROLLY-BOI LLC<br>701 TRAVELERS BLVD #545<br>SUMMERVILLE SC 29485 | 011831P001-1448A-010B<br>TULSA TOWERS LLC<br>4821 S SHERIDAN STE 201<br>TULSA OK 74145 | 012182P001-1448A-010B<br>TURNER REPORTING SVC<br>7500 W LANE MEAD BLVD<br>STE 9246<br>LAS VEGAS NV 89128 |
| 011746P001-1448A-010B<br>UGA FINANCE<br>7505 NW TIFFANY SPRINGS PKWY<br>KANSAS CITY MO 64153 | 011846P001-1448A-010B<br>UMC LLC<br>18700 BEACH BLVD<br>HUNTINGTON BEACH CA 92648 | 012184P001-1448A-010B<br>UNITED ILLUMINATING CO 010-0001418-8048<br>010-0001418-8048<br>PO BOX 9230<br>CHELSEA MA 02150-9230 | 012183P001-1448A-010B<br>US POSTAL SVC<br>1200 FRANKLIN MALL<br>SANTA CLARA CA 95050-9998 |
| 011959P001-1448A-010B<br>VAN DUNN OD<br>ADDRESS INTENTIONALLY OMITTED | 012188P001-1448A-010B<br>VERIZON 15124  MOADEL<br>PO BOX 15124<br>ALBANY NY 12212-5124 | 012185P001-1448A-010B<br>VERIZON BUSINESS<br>PO BOX 15043<br>ALBANY NY 12212-5043 | 012186P001-1448A-010B<br>VERIZON BUSINESS<br>PO BOX 371392<br>PITTSBURG PA 15250-7392 |

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Pages**

07/07/2020 07:44:12 PM

011832P001-1448A-010B
VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108

012187P001-1448A-010B
VERIZON WIRELESS 660108
PO BOX 660108
DALLAS TX 75266-0108

012189P001-1448A-010B
VICTOR INSURANCE MANAGERS INC
55 STANDISH CT
STE 600
MISSISSAUGA ON L5R4B2
CANADA

012190P001-1448A-010B
VILLAGE OF ROSEMONT
HEALTH AND LICENSING DEPT
9501 WEST DEVON AVE 2ND FLOOR
ROSEMONT IL 60018

011921P001-1448A-010B
VINCENT BIESIOT OD
WALMART VISION CENTER
ADDRESS INTENTIONALLY OMITTED

010800S001-1448A-010B
VINCODO LLC
VINCODO LLC
TIM DALY
1554 CLARK DR
YARDLY PA 19067

011833P001-1448A-010B
VINEYARD FLAGSHIP 87 LLC
1850 MT DIABLO BLVD #200
WALNUT CREEK CA 94596

012191P001-1448A-010B
VISION SOURCE LP
23824 HWY 59 NORTH
KINGWOOD TX 77339

011721P001-1448A-010B
VISION SURGERY AND LASER CENTER
A SURGICAL MEDICAL GROUP INC
DBA GORDON SCHANZLIN NEW VISION INSTITUTE
8910 UNIVERSITY CTR LN
#800
SAN DIEGO CA 92122

011728P001-1448A-010B
VMWARE
3401 HILLVIEW AVE
PALO ALTO CA 94304

011834P001-1448A-010B
WESTWOOD OWNER LLC
PO BOX 392413
PITTSBURGH PA 15251-9413

011722P001-1448A-010B
WHITTEN LASER EYE ASSOCIATES PC
37767 MARKET DR
STE 103
CHARLOTTE HALL MD 20622

011984P001-1448A-010B
WILLIAM GOLDSMITH OD
ADDRESS INTENTIONALLY OMITTED

011870P001-1448A-010B
WILLIAM HENRICH
295 MADISON AVE
20TH FLOOR
NEW YORK NY 10017

012196P001-1448A-010B
WOOD WORKS
254 HESPER AVE
METAIRIE LA 70005

012197P001-1448A-010B
YAHOO INC
PO BOX 89-4147
LOS ANGELES CA 90189-4147

010886P002-1448A-010B
ZETA GLOBAL CORP
3 PARK AVE RM 3300
NEW YORK NY 10016-5931

010888S001-1448A-010B
ZIEMER USA
ZIEMER USA
CAROL DEPPING OR BETH PRATT
620 E 3RD ST
ALTON IL 62002

Records Printed :  **522**