**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                             Chapter  11

                                                  Case No.  20 - 11413  ( KBO )

Debtor:  LVI Intermediate Holdings, Inc., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Lisa M. Peters

to represent  CIM/11600 Wilshire (Los Angeles), LP and 16 Court Street Owner LLC

in this action.

/s/ Christopher D. Loizides (No. 3968)

Firm Name: LOIZIDES, P.A.
Address: 1225 North King Street, Suite 800
Wilmington, DE  19801
Phone: (302) 654-0248
Email: loizides@loizides.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Nebraska  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: KUTAK ROCK LLP
Address: 1650 Farnam Street
Omaha, NE  68102-2186
Phone: (402) 661-8609
Email: lisa.peters@kutakrock.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 10th, 2020                             KAREN B. OWENS
Wilmington, Delaware                          UNITED STATES BANKRUPTCY JUDGE

Local Form 105