## **CERTIFICATE OF SERVICE**

I, Henry J. Jaffe, hereby certify that on the 15th day of July, 2020 I caused the foregoing *Objection of CenturyLink Communications, LLC to Proposed Cure Amount* to be served upon the parties on the attached service list, in the manner indicated; and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

/s/ *Henry J. Jaffe*
Henry J. Jaffe (DE Bar No. 2987)

#108823974 v1

**EMAIL & FIRST CLASS MAIL**
(Counsel to the Debtors)
David Dean and Norman L. Pernick
Cole Schotz P.C.,
500 Delaware Avenue, Suite 1410,
Wilmington, DE 19801,
DDean@coleschotz.com; NPernick@coleschotz.com

**EMAIL & FIRST CLASS MAIL**
Office of the United States Trustee
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 King St., Ste 2207
Lockbox 35
Wilmington, DE 19899-0035
Richard.schepacarter.usdoj.gov

**EMAIL & FIRST CLASS MAIL**
(Counsel to the Prepetition Senior Agent and the DIP Agent)
Randall Klein
Goldberg Kohn Ltd.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
Randall.Klein@goldbergkohn.com

**EMAIL & FIRST CLASS MAIL**
(Counsel to the Prepetition Senior Agent and the DIP Agent)
Robert J. Dehney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@mnat.com

**EMAIL & FIRST CLASS MAIL**
(Proposed counsel to the Committee)
Todd M. Goren, Mark A. Lightner, and Andrew Kissner
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
tgoren@mofo.com; mlightner@mofo.com; akissner@mofo.com

**EMAIL & FIRST CLASS MAIL**
(Proposed counsel to the Committee)
Eric J. Monzo and Brya M. Keilson
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com; bkeilson@morrisjames.com