IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LVI INTERMEDIATE HOLDINGS, INC., *et al.*, <br><br> Debtors. | Chapter 15 <br><br> Case No. 20-11413 (KBO) <br><br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Caren W. Stanley of Vogel Law Firm to represent Eye Clinic of North Dakota, PC in the above-referenced cases and any adversary proceedings related thereto.

Dated:  July 15, 2020
/s/Karen C. Bifferato
Karen C. Bifferato (DE 3279)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone:  (302) 757-7300
Email: kbifferato@connollygallagher.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Dakota, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated:  July 15, 2020
/s/ Caren W. Stanley
Caren W. Stanley, Esquire
VOGEL LAW FIRM
218 Northern Pacific Avenue
Fargo, ND  58107
Telephone:  701-237-6983
Email:  cstanley@vogellaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.