**CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the Objection by Balogh Family Partnership II, LLC to Notice of Potential Assumption of Lease and Reservation of Rights was made on July 15, 2020, upon the following parties in the manner indicated:

**VIA E- MAIL:**

David Dean, Esq.
Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
DDean@coleschotz.com
NPernick@coleschotz.com

Randall Klein, Esq.
Goldberg Kohn Ltd.
55 East Monroe, Suite 3300
Chicago, IL 60603
Randall.Kein@goldbergkohn.com

Robert J. Dehney, Esq.
Morris, Nichols, Arsht & TunnellLLP
1201 North Market Street, 16th Floor
Wilmington, DE 19899
rdehney@mnat.com

Todd M. Goren, Esq.
Mark A. Lightner, Esq.
Andrew Kissner, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
tgoren@mofo.com
mlightner@mofo.com
akissner@mofo.com

Eric J. Monzo, Esq.
Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207
Wilmington, DE 19801
richard.schepacarter.usdoj.gov

**VIA CM/ECF:**

All parties that have consented to service through CM/ECF

Under penalty of perjury, I declare that the foregoing is true and correct.

                                                       /s/ Theodore J. Tacconelli
                                                      Theodore J. Tacconelli (No. 2678)