## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of July, 2020, a copy of the foregoing was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case, and also was served by electronic mail on the parties listed below.

Dated: July 15, 2020

                                                                                                */s/Karen C. Bifferato*
                                                                                                Karen C. Bifferato

| | |
|---|---|
| David Dean, Esq.<br>Normal L. Pernick, Esq.<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: DDean@coleschotz.com<br>NPernick@coleschotz.com | Todd M. Goren, Esq.<br>Mark A. Lightner, Esq.<br>Andrew Kissner, Esq.<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019, Attn:<br>Email: tgoren@mofo.com<br>mlightner@mofo.com<br>akissner@mofo.com |
| Randall Klein, Esq.<br>Goldberg Kohn Ltd.<br>55 East Monroe, Suite 3300,<br>Chicago, IL 60603<br>Email: Randall.Klein@goldbergkohn.com | Eric J. Monzo, Esq.<br>Brya M. Keilson, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Email: emonzo@morrisjames.com<br>bkeilson@morrisjames.com |
| Robert J. Dehney, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: rdehney@mnat.com | |
| Richard A. Shepacarter, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207<br>Wilmington, DE 19801<br>Email: Richard.schepacarter.usdoj.gov | |

{05546382.DOC.}