## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LVI INTERMEDIATE HOLDINGS, INC., *et al.,*<br><br>Debtors, | Chapter 11<br><br>Case No. 20-11413 (KBO)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Thomas A. Creekmore III, an attorney with Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. to represent Patrick Chan MD, LLC and Patrick Chan, M.D. in this action.

Date: July 15, 2020
     Wilmington, Delaware

                  */s/ Matthew P. Austria*
                  Matthew P. Austria (DE #4827)
                  Austria Legal, LLC
                  1007 N. Orange Street, 4th Floor
                  Wilmington, DE 19801
                  Telephone: (302) 521-5197
                  Email: maustria@austriallc.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Oklahoma and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: July 15, 2020

                  */s/ Thomas A. Creekmore III*
                  Thomas A. Creekmore III
                  Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
                  320 South Boston Ave., Suite 200
                  Tulsa, OK 74103
                  Telephone: 918-594-0467
                  Email: tcreekmore@hallestill.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: July 16th, 2020
Wilmington, Delaware

                  **KAREN B. OWENS**
                  **UNITED STATES BANKRUPTCY JUDGE**