**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LVI INTERMEDIATE HOLDINGS, INC., *et al.*, | Case No. 20-11413 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK )
) ss:
COUNTY OF KINGS )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 9th day of September, 2020, DRC, acting under my supervision, caused a true and accurate copy of the "Debtors' Motion to Convert Their Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and Granting Related Relief" (Docket No. 497), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via First Class US Mail service upon the parties set forth on Exhibit 2, attached hereto.

[1] The Debtors in these cases, along with the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674);Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Vision Centers, LLC (8271); TLC Whitten Laser Eye Associates, LLC (0182); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088). The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of September, 2020, Brooklyn, New York.

By Edward A. Calderon
Edward A. Calderon

Sworn before me this
20th day of September, 2020

John Burlacu
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

**EXHIBIT 1**

# LVI Intermediate Holdings, Inc. et al.
## Electronic Mail
## Exhibit Pages



000067P001-1448S-088
ALORICA INC
DANIELLE EVANS
5161 CALIFORNIA AVE.,STE 100
IRVINE CA 92617
DANIELLE.EVANS@ALORICA.COM

000099P001-1448S-088
AUSTRIA LEGAL LLC
MATTHEW P AUSTRIA
1007 N ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
MAUSTRIA@AUSTRIALLC.COM

000094P001-1448S-088
BALLARD SPAHR LLP
DUSTIN P BRANCH;JESSICA M SIMON
2029 CENTURY PARK EAST STE 800
LOS ANGELES CA 90067- 2909
BRANCHD@BALLARDSPAHR.COM

000094P001-1448S-088
BALLARD SPAHR LLP
DUSTIN P BRANCH;JESSICA M SIMON
2029 CENTURY PARK EAST STE 800
LOS ANGELES CA 90067- 2909
SIMONJM@BALLARDSPAHR.COM

000095P001-1448S-088
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN
919 N MARKET ST.,11TH FLOOR
WILMINGTON DE 19801-3034
HEILMANL@BALLARDSPAHR.COM

000095P001-1448S-088
BALLARD SPAHR LLP
LESLIE C HEILMAN;LAUREL D ROGLEN
919 N MARKET ST.,11TH FLOOR
WILMINGTON DE 19801-3034
ROGLENL@BALLARDSPAHR.COM

000080P001-1448S-088
BURR & FORMAN LLP
RICHARD A ROBINSON,ESQ
1201 N MARKET ST.,STE 1407
WILMINGTON DE 19801
RROBINSON@BURR.COM

000102P001-1448S-088
BUTT THORNTON & BAEHR PC
RODNEY L SCHLAGEL
P O BOX 3170
ALBUQUERQUE NM 87190-3170
RLSCHLAGEL@BTBLAW.COM

000071P001-1448S-088
CAMPBELL & LEVINE LLC
MARK T HURFORD,ESQ
222 DELAWARE AVE.,STE 1620
WILMINGTON DE 19801
MHURFORD@CAMLEV.COM

000020P001-1448S-088
COLE SCHOTZ P.C.
G. DAVID DEAN
500 DELAWARE AVE
SUITE 1410
WILMINGTON DE 19801
DDEAN@COLESCHOTZ.COM

000096P001-1448S-088
CROSS & SIMON LLC
CHRISTOPHER P SIMON;KEVIN S MANN
1105 N MARKET ST.,STE 901
WILMINGTON DE 19801
CSIMON@CROSSLAW.COM

000096P001-1448S-088
CROSS & SIMON LLC
CHRISTOPHER P SIMON;KEVIN S MANN
1105 N MARKET ST.,STE 901
WILMINGTON DE 19801
KMANN@CROSSLAW.COM

000104P001-1448S-088
DINSMORE & SHOHL LLP
KIM MARTIN LEWIS,ESQ
255 E FIFTH ST.,STE 1900
CINCINNATI OH 45202
KIM.LEWIS@DINSMORE.COM

000103P001-1448S-088
FAEGRE DRINKER BIDDLE & REATH LLP
PATRICK A JACKSON
222 DELAWARE AVE.,STE 1410
WILMINGTON DE 19801
PATRICK.JACKSON@FAEGREDRINKER.COM

000079P001-1448S-088
FORCHELLI DEEGAN TERRANA LLP
GERARD R LUCKMAN
333 EARLE OVINGTON BLVD.,STE 1010
UNIONDALE NY 11553
GLUCKMAN@FORCHELLILAW.COM

000066P001-1448S-088
FURR AND COHEN PA
ROBERT C FURR,ESQ
2255 GLADES RD.,STE 301E
BOCA RATON FL 33431
RFURR@FURRCOHEN.COM

000066P001-1448S-088
FURR AND COHEN PA
ROBERT C FURR,ESQ
2255 GLADES RD.,STE 301E
BOCA RATON FL 33431
LTITUS@FURRCOHEN.COM

000069P001-1448S-088
GREENBERG TRAURIG LLP
DENNIS A MELORO
THE NEMOURS BLDG
1007 NORTH ORANGE ST.,STE 1200
WILMINGTON DE 19801
MELOROD@GTLAW.COM

000068P001-1448S-088
GREENBERG TRAURIG PA
ARI NEWMAN
333 SE 2ND AVE.,STE 4400
MIAMI FL 33131
NEWMANAR@GTLAW.COM

000100P001-1448S-088
HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC
STEPHEN W RAY;THOMAS A CREEKMORE III
320 SOUTH BOSTON AVE.,STE 200
TULSA OK 74103
TCREEKMORE@HALLESTILL.COM

000100P001-1448S-088
HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC
STEPHEN W RAY;THOMAS A CREEKMORE III
320 SOUTH BOSTON AVE.,STE 200
TULSA OK 74103
SRAY@HALLESTILL.COM

000063P001-1448S-088
KURTZMAN STEADY LLC
JEFFREY KURTZMAN,ESQ
401 S 2ND ST.,STE 200
PHILADELPHIA PA 19147
KURTZMAN@KURTZMANSTEADY.COM

000105P001-1448S-088
LAW OFFICE OF SUSAN E KAUFMAN LLC
SUSAN E KAUFMAN,ESQ
919 N MARKET ST.,STE 460
WILMINGTON DE 19801
SKAUFMAN@SKAUFMANLAW.COM

000061P001-1448S-088
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY, STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@PUBLICANS.COM

**LVI Intermediate Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**



000085P001-1448S-088
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILMAN
P O BOX 3064
HOUSTON TX 77253-3064
HOUSTON_BANKRUPTCY@PUBLICANS.COM

000065P001-1448S-088
LINEBARGER GOOGAN BLAIR & SAMPSON LLP
DON STECKER
112 E PECAN ST.,STE 2200
SAN ANTONIO TX 78205
SANANTONIO.BANKRUPTCY@PUBLICANS.COM

000093P001-1448S-088
MARICOPA COUNTY TREASURER
PETER MUTHIG
MARICOPA COUNTY ATTORNEY'S OFFICE
225 W MADISON AVE
PHOENIX AZ 85003
MUTHIGK@MCAO.MARICOPA.GOV

000098P001-1448S-088
MCCABE WEISBERG & CONWAY LLC
JANET Z CHARLTON;MICHAEL K PAK
1407 FOULK RD., STE 204
FOULKSTONE PLAZA
WILMINGTON DE 19803
JCHARLTON@MWC-LAW.COM

000098P001-1448S-088
MCCABE WEISBERG & CONWAY LLC
JANET Z CHARLTON;MICHAEL K PAK
1407 FOULK RD., STE 204
FOULKSTONE PLAZA
WILMINGTON DE 19803
MPAK@MWC-LAW.COM

000073P001-1448S-088
MCCREARY VESELKA BRAGG & ALLEN PC
TARA LEDAY
P O BOX 24106701
ROUND ROCK TX 78680
TLEDAY@MVBALAW.COM

000072P001-1448S-088
METZ LEWIS BRODMAN MUST O'KEEFE LLC
JUSTIN M TUSKAN,ESQ
535 SMITHFIELD ST.,STE 800
PITTSBURGH PA 15222
JTUSKAN@METZLEWIS.COM

000088P001-1448S-088
MEYERS ROMAN FRIEDBERG & LEWIS LPA
DAVID M NEUMANN
28601 CHAGRIN BLVD.,STE 600
CLEVELAND OH 44122
DNEUMANN@MEYERSROMAN.COM

000086P001-1448S-088
MILLER NASH GRAHAM & DUNN LLP
JOHN R KNAPP JR
PIER 70
2801 ALASKAN WAY STE 300
SEATTLE WA 98121
JOHN.KNAPP@MILLERNASH.COM

000082P001-1448S-088
MORRIS JAMES LLP
ERIC J MONZO;BRYA M KEILSON
500 DELAWARE AVE.,STE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM

000082P001-1448S-088
MORRIS JAMES LLP
ERIC J MONZO;BRYA M KEILSON
500 DELAWARE AVE.,STE 1500
WILMINGTON DE 19801
BKEILSON@MORRISJAMES.COM

000083P001-1448S-088
MORRISON & FOERSTER LLP
TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER
250 WEST 55TH ST
NEW YORK NY 10019
TGOREN@MOFO.COM

000083P001-1448S-088
MORRISON & FOERSTER LLP
TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER
250 WEST 55TH ST
NEW YORK NY 10019
MLIGHTNER@MOFO.COM

000083P001-1448S-088
MORRISON & FOERSTER LLP
TODD M GOREN;MARK A LIGHTNER;ANDREW KISSNER
250 WEST 55TH ST
NEW YORK NY 10019
AKISSNER@MOFO.COM

000081P001-1448S-088
OFFIT KURMAN PA
STEPHEN A METZ,ESQ
4800 MONTGOMERY LANE, 9TH FLR
BETHESDA MD 20814
SMETZ@OFFITKURMAN.COM

000074P001-1448S-088
PEPPER HAMILTON LLP
KENNETH A LISTWAK
HERCULES PLAZA STE 5100
1313 N MARKET ST
WILMINGTON DE 19899-1709
LISTWAKK@PEPPERLAW.COM

000106P001-1448S-088
ROTH & SCHOLL
JEFFREY C ROTH
866 SOUTH DIXIE HIGHWAY
CORAL CABLES FL 33146
JEFF@ROTHANDSCHOLL.COM

000070P001-1448S-088
SHIPMAN & GOODWIN LLP
ERIC S GOLDSTEIN,ESQ
ONE CONSTITUTION PLAZA
HARTFORD CT 06103-1919
EGOLDSTEIN@GOODWIN.COM

000070P001-1448S-088
SHIPMAN & GOODWIN LLP
ERIC S GOLDSTEIN,ESQ
ONE CONSTITUTION PLAZA
HARTFORD CT 06103-1919
BANKRUPTCY@GOODWIN.COM

000070P001-1448S-088
SHIPMAN & GOODWIN LLP
ERIC S GOLDSTEIN,ESQ
ONE CONSTITUTION PLAZA
HARTFORD CT 06103-1919
BANKRUPTCYPARALEGAL@GOODWIN.COM

000087P001-1448S-088
SIRLIN LESSER & BENSON PC
DANA S PLON,ESQ
123 SOUTH BROAD ST.,STE 2100
PHILADELPHIA PA 19109
DPLON@SIRLINLAW.COM

000097P001-1448S-088
STREUSAND LANDON OZBURN & LEMMON LLP
SABRINA L STREUSAND
1801 S MOPAC EXPRESSWAY STE 320
AUSTIN TX 78746
STREUSAND@SLOLLP.COM

000101P001-1448S-088
THE LAW OFFICES OF ERIC SLOCUM SPARKS PC
ERIC SLOCUM SPARKS
3505 N CAMPBELL AVE.,STE 504
TUCSON AZ 85719
ERIC@ERICSLOCUMSPARKSPC.COM

000092P002-1448S-088
TN DEPT OF REVENUE
LAURA L MCCLOUD, SR ASST ATTORNEY GENERAL
TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
P O BOX 20207
NASHVILLE TN 37202-0207
AGBANKDELAWARE@AG.TN.GOV

**LVI Intermediate Holdings, Inc. et al.**
**Electronic Mail**
**Exhibit Pages**

 09/09/2020 10:19:54 PM

| | | |
|---|---|---|
| 000089P001-1448S-088<br>WIECK DELUCA & GEMMA INCORPORATED<br>ROBERT D WIECK,ESQ<br>ONE TURKS HEAD PLACE, STE 1300<br>PROVIDENCE RI 02903<br>RWIECK@WDGLAW.COM | 000090P001-1448S-088<br>WIECK DELUCA & GEMMA INCORPORATED<br>CHRISTINE L BAGLIONI,ESQ<br>ONE TURKS HEAD PLACE STE 1300<br>PROVIDENCE RI 02903<br>CBAGLIONI@WDGLAW.COM | 000062P001-1448S-088<br>WILES & WILES LLP<br>VICTOR W NEWMARK,ESQ<br>800 KENNESAW AVE.,STE 400<br>MARIETTA GA 30060-7946<br>BANKRUPTCY@EVICT.NET |

Records Printed : **51**

# EXHIBIT 2

**LVI Intermediate Holdings, Inc. et al.**
**Exhibit Page**

Page # : 1 of 1 09/09/2020 10:19:28 PM

000021P001-1448S-088
GOLDBERG KOHN
RANDALL L KLEIN
55 EAST MONROE STREET
SUITE 3300
CHICAGO IL 60603

000077P001-1448S-088
HONIGMAN LLP
LAWRENCE A LICHTMAN,ESQ
2290 FIRST NATIONAL BLDG
660 WOODWARD AVE
DETROIT MI 48226

000001P001-1448S-088
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000002P001-1448S-088
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

000052P001-1448S-088
MORRIS NICHOLS ARSHT & TUNNELL LLP
ROBERT J DEHNEY
1201 NORTH MARKET STREET
16TH FLOOR
WILMINGTON DE 19801

000091P001-1448S-088
OFFICE OF THE U.S. TRUSTEE
KAREN E. STARR, CPA
BANKRUPTCY ANALYST
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
WILMINGTON DELAWARE 19801

000003P002-1448S-088
OFFICE OF THE US TRUSTEE
RICHARD L. SCHEPACARTER, ESQ
844 KING ST
STE 2207
WILMINGTON DE 19801

000015P001-1448S-088
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022

000016P001-1448S-088
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549

000017P001-1448S-088
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103

Records Printed : **10**