# EXHIBIT A

*Schedule of Unpaid Postpetition Debts*

## LVI Intermediate Holdings Inc. Schedule of Unpaid Debts

| Payee | Amount | Description | Address | City, State, Zip |
|---|---|---|---|---|
| A Storage Place - C1117 | Unknown | Equipment Storage Fees | 11902 Campo Rd | Spring Valley CA 91978 |
| ABENITY INC | $ 60.00 | Advertising Services | 725 COOL SPRINGS BLVD, SUITE 600 | FRANKLIN, TN 37067 |
| ADP SCREENING AND SELECTION SERVICES | 5,831.70 | Outside Services | PO BOX 645177 | CINCINNATI, OH 45264-5177 |
| Affordable Family Storage | Unknown | Equipment Storage Fees | 240 SE 29th | Topeka, KS 66605 |
| AMCON | 28.52 | Clinical Supplies | 9735 GREEN PARK INDUSTRIAL DR | ST. LOUIS, MO 63123 |
| ATMOS ENGERGY #4022791488 - DEBIT | 44.09 | Utility Expense | P O BOX 790311 | ST. LOUIS, MO 63179-0311 |
| AVELLA OF DEER VALLEY, INC | 332.50 | Clinical Supplies | 24416 N 19th AVE | PHOENIX, AZ 85085 |
| BAKER LOPEZ PLLC | 3,365.00 | Legal Services | 17330 PRESTON ROAD, SUITE 160b | DALLAS, TX 75252 |
| Brianne Galloway, O.D. | 350.00 | Doctor Fees | Unavailable | Unavailable |
| Cenveo | 524.12 | Advertising Services | P O BOX 749004 | LOS ANGELES, CA 90074-9004 |
| Chenal Storage - Units 102 and 1417 | Unknown | Equipment Storage Fees | 15601 Kanis Rd. | Little Rock AR 72223 |
| Clark County Assessor | 1,868.28 | Tangible Personal Property Tax | 500 S Grand Central Pkwy., 2nd Floor PO Box 551 | Las Vegas, NV 89155-1401 |
| Colorado Dept of Revenue | 39.00 | Sales & Use Tax | Colorado Dept Of Revenue | Denver, CO 80261-0004 |
| Colorado Dept of Revenue | 516.00 | Sales & Use Tax | Colorado Dept Of Revenue | Denver, CO 80261-0004 |
| COMCAST - AUTO DEBIT DO NOT PAY | 242.28 | Utility Expense | PO BOX 3001 | SOUTHEASTERN, PA 19398-3001 |
| COMCAST - WALTHAM, MA - DEBIT | 50.67 | Utility Expense | PO BOX 70219 | PHILADELPHIA`, PA 19176-0219 |
| Con Edison - DEBIT ACCOUNT | 31.75 | Utility Expense | JAF STATION, PO BOX 1702 | New York, NY 10116-1702 |
| County of San Bernardino | 4,153.40 | Tangible Personal Property Tax | Remittance Processing Center Tax Collector 268 West Hospitality Lane, 1st Floor | San Bernardino, CA 92415-0360 |
| CubeSmart - Unit 5100 | Unknown | Equipment Storage Fees | 11820 W. Olympic Blvd | Los Angeles CA 90064 |
| CubeSmart  Units 1509, 1016, 1111, 1123, 1124 | Unknown | Equipment Storage Fees | 405 Shippan Ave | Stamford CT 06902 |
| CubeSmart - Unit 1603 | Unknown | Equipment Storage Fees | 714 Markley St. | Norristown PA |
| CubeSmart - Unit 2046 | Unknown | Equipment Storage Fees | 5070 Carothers Pkwy | Franklin TN 37067 |
| CUMULUS MEDIA/ WJJK-FM/KLAL-FM | 3,470.00 | Advertising Services | 2000 SE ELM STREET | MINNEAPOLIS, MN 55414 |
| Deb's Dancewear | 150.30 | Other Operating Expense | dba Deb's Dancewear, 111 S 24th St W | Billings, MT 59102 |
| Department of Assessments and Taxation | 195.00 | Tangible Personal Property Tax | 301 West Preston Street | Baltimore, MD 21201-2395 |
| Dept Of Treasurer and Tax Collector | 2,900.61 | Tangible Personal Property Tax | 225 North Hill St., RM. 122, P.O. Box 514818 | Los Angeles, CA 90051-4818 |
| DONNELLY MECHANICAL CORP | 1,143.19 | Repair & Maintenance | 96-59 222ND STREET | QUEENS VILLAGE, NY 11429-1313 |
| Durham County Tax Collector | 5,744.79 | Tangible Personal Property Tax | P.O. Box 30090 | Durham, NC 27702-3090 |
| EEOC | Unliquidated | EEOC Litigation | Unavailable | Unavailable |
| EMMIS INDIANA BROADCASTING LP/COUNTRY HANK 97.1 FM | 5,210.50 | Advertising Services | 40 Monument Cir | Indianapolis, IN 46204 |
| ENVIRONMENTAL CONTROL JANITORIAL OF BELLEVUE INC | 201.45 | Other Operating Expense | 7116 220TH ST. SW #11 | MOUNTLAKE TERRACE, WA 98043 |
| EXPRESS EMPLOYMENT PROFESSIONALS | 1,120.63 | Recruiting Services | Unavailable | Unavailable |
| Extra Space - Unit 2076 | Unknown | Equipment Storage Fees | 3151 Winkler Ave | Ft. Myers FL 33916 |
| Extra Space - Unit 217 & 201 | Unknown | Equipment Storage Fees | 185 Parkshore Drive | Folsom CA 95630 |
| Extra Space - Unit 21845 | Unknown | Equipment Storage Fees | 1280 Rollins Rd | Burlingame CA 94010 |
| Extra Space - Unit M042 | Unknown | Equipment Storage Fees | 2000 Doolittle Dr. | San Leandro, CA 94577 |
| ExtraSpace - Unit 1040 | Unknown | Equipment Storage Fees | 3030 S. Harvard Ave | Tulsa OK 74114 |
| ExtraSpace - Unit 424 | Unknown | Equipment Storage Fees | 1350 N. Wendover Rd | Charlotte NC 28205 |
| Frank Burger, O.D. | 444.00 | Doctor Fees | 2680 South White Rd. Ste 265 | San Jose, CA 95148 |
| FTC | Unliquidated | FTC Litigation | Unavailable | Unavailable |
| Fulton County Tax Commissioner | 1,588.42 | Tangible Personal Property Tax | Arthur E. Ferdinand, P.O. Box 105052 | Atlanta, GA 30348-5052 |
| Hawaii Self Storage - Units C301, D128, D219 | Unknown | Equipment Storage Fees | 2009 Lauwiliwili St | Kapolei, HI 96707 |
| IHEART MEDIA | 22,502.90 | Advertising Services | 3964 COLLECTON CENTER DRIVE | CHICAGO, IL 60693-0039 |
| IHEART MEDIA ENTERTAINMENT INC | 18,453.50 | Advertising Services | 3964 COLLECTON CENTER DRIVE | CHICAGO, IL 60693-0039 |
| Illinois Department of Revenue | 171.83 | Partnership Replacement Tax | P.O. Box 19006 | Springfield, IL 62794-9006 |
| IMIMOBILE NORTH AMERICA INC | 15,000.00 | Other Operating Expense | Unavailable | Unavailable |

## LVI Intermediate Holdings Inc. Schedule of Unpaid Debts

| Payee | Amount | Description | Address | City, State, Zip |
|---|---|---|---|---|
| iStorage - Unit 710 | Unknown | Equipment Storage Fees | 8900 Rossash Rd. | Cincinnati, OH 45236-1210 |
| Jessica Bergana, O.D. | 700.00 | Doctor Fees | Unavailable | Unavailable |
| Jordan Gwaltney, O.D. | 270.00 | Doctor Fees | 2520 North 14th Avenue | Dodge City, KS 67801 |
| Kia Boroumand, O.D. | 576.00 | Doctor Fees | Unavailable | Unavailable |
| Kismet New Vision Holdings, LLC | 10,000.00 | Estimated TSA costs | 7840 Montgomery Road; 3rd Floor | Cincinnati, OH 45236 |
| Linda Zilli, O.D. | 200.00 | Doctor Fees | 19 Willow Place | Brookville, NY 11545 |
| LINN COUNTY EYE CARE PLLC | 6,259.73 | Other Operating Expense | 510 10th Street SE | Cedar Rapids, IA 52403 |
| Linson Pharmacy | 310.51 | Other Operating Expense | 3175 25th Street South | Fargo, ND 58103 |
| Maria Scott, M.D. | 94.75 | Doctor Co-Management Fees | Chesapeake Eye Care and Laser Center2002 Medi | Annapolis, MD 21401 |
| Maricopa County Treasurer | 2,695.70 | Tangible Personal Property Tax | P.O. Box 52133 | Phoenix, AZ 85072-2133 |
| Massachusetts Department of Revenue | 457.80 | Corporate Excise Tax | P.O. Box 7089 | Boston, MA 02241-7089 |
| Metropolitan Trustee | 1,285.93 | Personal Property Tax | Personal Propety Tax Department PO Box 305012 | Nashville, TN 37230-5012 |
| Montgomery County, MD | 4,665.05 | Tangible Personal Property Tax | P.O. Box 824860 | Philadelphia, PA 19182-4860 |
| Nancy M. Bearce Bernalillo County Treasurer | 996.11 | Tangible Personal Property Tax | One Civic Plaza N.W. | Albuquerque, NM 87102 |
| NYC Department of Finance | 519.43 | Corporation Tax | P.O. Box 3933 | New York, NY 10008-3933 |
| OCULUS INC | 1,865.94 | Clinical Supplies | 17721 59TH AVE NE | ARLINGTON, WA 98223 |
| Oklahoma Tax Commission | 84.11 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 123.76 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 143.46 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 172.25 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 184.07 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 195.16 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 206.26 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 217.72 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 229.19 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 239.92 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 251.75 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 258.21 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 263.21 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 273.57 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| Oklahoma Tax Commission | 285.77 | Sales & Use Tax | P.O. Box 26850 | Oklahoma City, OK 73126-0850 |
| PNM - DEBIT | 137.23 | Utility Expense | P.O. Box 27900 | ALBUQUERQUE, NM 87125-7900 |
| Premium Waters, Inc. | 73.50 | Other Operating Expense | P O Box 9128 | Minneapolis, MN 55480-9128 |
| READYTALK | 4,203.22 | Advertising Services | P.O. BOX 975375 | DALLAS, TX 75397-5375 |
| Regina Morrison NewmanShelby County Trustee | 1,720.44 | Tangible Personal Property Tax | P.O. Box 2751 | Memphis, TN 38101-2751 |
| Reliable Self Storage - Units 211 and 025 | Unknown | Equipment Storage Fees | 2157 NW 114th Street | Clive IA 50325 |
| SCC DTAC | 4,403.73 | Tangible Personal Property Tax | County of Santa Clara Dept of Tax and Collections 70 W Hedding Street, East Wing, 6th Floor | San Jose, CA 95110-1767 |
| SHUMAKER LOOP & KENDRICK LLP | 83.00 | Legal Services | 176 CROGHAN SPUR RD, SUITE 400 | CHARLESTON, SC 29407 |
| South Carolina Dept of Revenue | 500.00 | Sales & Use Tax | P.O. Box 2535 | Columbia, SC 29202-2535 |
| SOUTHWEST EYE SURGERY CENTER | 2,500.00 | Clinical Supplies | 9913 S. MAY AVENUE, SUITE A | OKLAHOMA CITY, OK 73159 |
| Spare Feet - 39C/40C | Unknown | Equipment Storage Fees | 314 N Utica Drive | Lubbock TX |
| STEVEN TOWLE, O.D. | 90.00 | Other Operating Expense | 3232 Impala Lane | Bismarck, ND 58503 |
| StorQuest - Unit B1010 | Unknown | Equipment Storage Fees | 1840 E March Lane | Stockton CA 95210 |
| Thazin Aung, O.D. | 1,238.00 | Doctor Co-Management Fees | 540 University Avenue | Palo Alto, CA 94301 |
| THE WALTERS CO A/C INC. | 656.42 | Repair & Maintenance | 9 PETRA LANE | ALBANY, NY 12205-4961 |

## LVI Intermediate Holdings Inc. Schedule of Unpaid Debts

| Payee | Amount | Description | Address | City, State, Zip |
|---|---:|---|---|---|
| Time Warner Cable | 411.62 | Utility Expense | PO BOX 1060 | CAROL STREAM, IL 60132-1060 |
| Town of Brookfield | 2,426.46 | Personal Property Tax | 645 N. Janacek Road | Brookfield, WI 53045 |
| Town of Farmington | 6,111.97 | Personal Property Tax | Tax Collector<br>1 Monteith Drive | Farmington, CT 06032 |
| United States Trustee Fees | 600,000.00 | Est. Q3 US Trustee Fees | United States Trustee Payment Center<br>P.O. Box 6200-19 | Portland, OR 97228-6200 |
| Various Post-Op Agreements [1] | 6,000.00 | Post-Op Services | Unavailable | Unavailable |
| Various Storage Facilities | 5,000.00 | Estimated Equipment Storage Fees | Unavailable | Unavailable |
| VINCODO LLC | 9,815.30 | Advertising Services | 1554 CLARK DR | YARDLEY, PA 19067 |
| Virginia Dept of Taxation | 82.57 | Sales & Use Tax | P.O. Box 1777 | Richmond, VA 23218-1777 |
| Wilson Ophthalmic LEAVE ADDRESS AS IS | 30.48 | Other Operating Expense | PO Box 676101 | Dallas, TX 75267 |
| Yellowstone County Treasurer | 803.53 | Tangible Personal Property Tax | P.O. Box 35010 | Billings, MT 59107 |
| YELP INC | 1,504.00 | Advertising Services | PO BOX 204393 | Dallas, TX 75320-4393 |
| **Total Unpaid Debts** | **$ 777,551.26** | | | |

[1] Represents estimated fees for post-op services per contracts with the following parties: Allen Chung, O.D., Ramoi S. Lavoie, O.D., Eye Medical Center of Fresno, Jordan Brooks, O.D., Aaron Werner, O.D., Eva Doyle, O.D., Greg Kame, O.D., Michael Kling, O.D., William L. Jones, O.D., Shabree Nichols, O.D., Thuy Ha, O.D.  The Debtors are unable to locate addresses for these doctors.