IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LVI INTERMEDIATE HOLDINGS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 7 <br><br> Case No. 20-11413 (KBO) <br><br> (Jointly Administered) <br><br> **Re: D.I. 552** |

# NOTICE OF FILING OF FINAL REPORT AND ACCOUNT

**PLEASE TAKE NOTICE** that on September 25, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") entered the *Order Approving Debtors' Motion to Convert Their Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and Granting Related Relief* [Docket No. 552] (the "Conversion Order") converting the chapter 11 cases to cases under chapter 7 of the Bankruptcy Code, effective as of September 30, 2020.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Conversion Order and in accordance with Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby submit their final report and account to the United States Trustee for the District of Delaware, which is attached hereto as Exhibit A (the "Schedule").

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: LVI Intermediate Holdings, Inc., (7674); Total Vision Institute, LLC (7571); QualSight, LLC (3866); The LASIK Vision Institute, LLC (7564); Cataract Vision Institute, LLC (7697); Healthcare Marketing Services, LLC (9982); Cataract Vision Institute Florida, LLC (3423); TLC Vision Center Holdings, LLC (5400); TLC Whitten Laser Eye Associates, LLC (0182); TLC Vision Centers, LLC (8271); TruVision, LLC (3399); TruVision Contacts, LLC (3399); Laser Eye Surgery, LLC (3448); TLC Laser Eye Centers (Refractive I), LLC (2702); TLC The Laser Center (Pittsburgh) L.L.C. (2881); TLC The Laser Center (Indiana) LLC (8456); TLC The Laser Center (Institute), LLC (0959); and LVI Missouri, LLC (7088).  The Debtors' executive headquarters are located at 1555 Palm Beach Lakes Blvd., Suite 600, West Palm Beach, Florida 33401.

2

Dated: October 22, 2020 **COLE SCHOTZ P.C.**

*/s/ Andrew J. Roth-Moore*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Andrew J. Roth-Moore (No. 5988)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
E-mail:  npernick@coleschotz.com
          ddean@coleschotz.com
          aroth-moore@coleschotz.com

*Counsel for the Debtors*

2